**VOLUME II, Appx11875-12917**

**Appeal No. 25-2098**

# United States Court of Appeals for the Federal Circuit

OMNITRACS, LLC, XRS CORP., SMARTDRIVE SYSTEMS, INC.,

PLAINTIFFS-APPELLANTS

V.

MOTIVE TECHNOLOGIES, INC., FKA KEEPTRUCKIN, INC.,

*Defendant-Appellee*

Appeal from the United States District Court for the
Northern District of California in
No. 3:23-cv-05261-RFL, Judge Rita F. Lin

**NON-CONFIDENTIAL JOINT APPENDIX, VOLUME II OF II**

Adam R. Alper
Akshay S. Deoras
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1876

Michael W. De Vries
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
(714) 982-8822

Leslie M. Schmidt
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4800

John C. O'Quinn
Jason M. Wilcox
Diva Hollis
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000

*Counsel for Appellants*

June 17, 2026

**VOLUME II, Appx11875-12917**

Paul Alessio Mezzina
*Counsel of Record*
Zachary M. Coots
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
pmezzina@kslaw.com
zcoots@kslaw.com

Angela Tarasi
Eric Valuyev
Roy Falik
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
(720) 535-2300
atarasi@kslaw.com
evaluyev@kslaw.com
rfalik@kslaw.com

Brent P. Ray
ARNOLD & PORTER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
(312) 583-2325
brent.ray@arnoldporter.com

*Counsel for Appellee*

**Non-Confidential Joint Appendix**
*Omnitracs, LLC et al. v. Motive Techs., Inc.*
No. 25-2098 (Fed. Cir.)


| Date | Dkt. No. | Document | Appx Pages |
|---|---|---|---|
| **Volume I (Appx1-11821)** | | | |
| 8/15/2025 | 513 | Judgment | Appx1-2 |
| 8/5/2025 | 510 | Order on Post-Trial Motions re: 486, 489 | Appx3-19 |
| 5/5/2025 | 493-3 | U.S. Patent No. 9,402,060 (Trial Exhibit No. 4) | Appx20-48 |
| 5/5/2025 | 493-4 | U.S. Patent No. 9,911,253 (Trial Exhibit No. 5) | Appx49-74 |
| 4/22/2025 | 465 | Final Jury Instructions | Appx75, Appx78-83, Appx99-100 |
| 4/24/2025 | 473 | Jury Verdict | Appx101-108 |
| | | Docket Sheet | Appx119-188 |
| 10/13/2023 | 1 | Complaint | Appx189-193, Appx201-203 |
| 8/26/2024 | 185 | Order re: Claim Construction and 133 Motion for Clarification | Appx287-310 |
| 4/7/2025 | 413 | Omnitracs' Selection of Narrowed Asserted Claims | Appx311-313 |
| | 464 | Final Verdict Form | Appx314-326 |
| 5/1/2025 | 489 (public); 487-3 (sealed) | Motion for Judgment as a Matter of Law | Appx327-346 |
| 5/8/2025 | 498 | Opposition/Response re 489 Motion for Judgment as a Matter of Law | Appx360, Appx377-379 |
| 5/15/2025 | 500 | Reply re 489 Motion for Judgment as a Matter of Law | Appx408, Appx417-419 |
| 9/4/2025 | 524 | Notice of Appeal | Appx429-431 |

| Date | Dkt. No. | Document | Appx Pages |
|---|---|---|---|
| 2/12/2024 | 51 | Order Granting in Part and Denying in Part Motion to Dismiss | Appx432-436 |
| 4/5/2024 | 60 | First Amended Complaint | Appx440-444 |
| 4/15/2025 | 445-2 | Exhibit B to April 15, 2025 Joint Notification of Objections to Deposition Designation Testimony | Appx558, Appx565-568 |
| 4/27/2025 | 475 | Trial Transcript, Vol. 2 (4-14-2025 Jury Trial Day 2) | Appx10128, Appx10160-10162, Appx10216-10256, Appx10278-10281, Appx10299-10301, Appx10371-10374 |
| 4/27/2025 | 476 | Trial Transcript, Vol. 3 (4-15-2025 Jury Trial Day 3) | Appx10389, Appx10420-10423, Appx10437-10445, Appx10450-10453, Appx10520-10527, Appx10533-10535 |
| 4/27/2025 | 477 | Trial Transcript, Vol. 4 (4-16-2025 Jury Trial Day 4) | Appx10590, Appx10611-10622, Appx10625-10636, Appx10680-10682, Appx10714-10767, Appx10781-10789 |
| 4/27/2025 | 478 | Trial Transcript, Vol. 5 (4-17-2025 Jury Trial Day 5) | Appx10808, Appx10866-10881, Appx10885-10888, Appx10893-10895, Appx10913-10915, Appx11003-11006, Appx11026-11028 |
| 4/27/2025 | 479 | Trial Transcript, Vol. 6 (4-18-2025 Jury Trial Day 6) | Appx11074, Appx11098-11100, Appx11106-11118, Appx11139- |

| Date | Dkt. No. | Document | Appx Pages |
|---|---|---|---|
| | | | 11142, Appx11147-11149, Appx11166-11171 |
| 4/27/2025 | 480 (public); 481 (sealed) | Trial Transcript, Vol. 7 (4-21-2025 Jury Trial Day 7) | Appx11231, Appx11257-11260, Appx11273-11282, Appx11288-11293, Appx11386-11388, Appx11396-11468 |
| 4/27/2025 | 482 | Trial Transcript, Vol. 8 (4-22-2025 Jury Trial Day 8) | Appx11472, Appx11479-11500, Appx11506-11509, Appx11629-11635 |
| 4/27/2025 | 483 | Trial Transcript, Vol. 9 (4-23-2025 Jury Trial Day 9) | Appx11722, Appx11773-11778, Appx11819-11821 |
| **Volume II (Appx11875-12917)** | | | |
| 1/30/2024 | 46 | Protective Order | Appx11875-11900 |
| 5/5/2025 | 493-20 | Trial Exhibit No. 163 | Appx12563-12564 |
| 5/5/2025 | 493-32 | Trial Exhibit No. 282 | Appx12565-12709 |
| 5/5/2025 | 493-33 | Trial Exhibit No. 287 | Appx12710-12728 |
| 5/5/2025 | 493-42 | Trial Exhibit No. 305 | Appx12729-12730 |
| 5/5/2025 | 493-45 | Trial Exhibit No. 314 | Appx12731-12737 |
| 5/5/2025 | 493-57 | Trial Exhibit No. 361 | Appx12738-12750 |
| 5/5/2025 | 493-62 | Trial Exhibit No. 395 | Appx12751 |
| 5/5/2025 | 493-68 | Trial Exhibit No. 446 | Appx12752 |
| 5/5/2025 | 493-82 | Trial Exhibit No. 511 | Appx12753-12756 |
| 5/5/2025 | 493-84 | Trial Exhibit No. 521 | Appx12757-12773 |
| 5/5/2025 | 493-90 | Trial Exhibit No. 542 | Appx12774-12777 |
| 5/5/2025 | 493-93 | Trial Exhibit No. 557 | Appx12778 |
| 5/5/2025 | 493-94 | Trial Exhibit No. 561 | Appx12779-12795 |
| 5/5/2025 | 493-102 | Trial Exhibit No. 731 | Appx12796 |
| 5/5/2025 | 493-103 | Trial Exhibit No. 749 | Appx12797-12805 |
| 5/5/2025 | 493-116 | Trial Exhibit No. 897 | Appx12806-12807 |
| 5/5/2025 | 493-134 | Trial Exhibit No. 1832 | Appx12808-12810 |

| Date | Dkt. No. | Document | Appx Pages |
|---|---|---|---|
| 5/5/2025 | 493-139 | Trial Exhibit No. 1957 | Appx12811-12816 |
| 5/5/2025 | 493-141 | Trial Exhibit No. 1964 | Appx12817-12818 |
| 5/5/2025 | 493-172 | Trial Exhibit No. 3459 | Appx12819-12820 |
| 5/5/2025 | 493-213 | Trial Exhibit No. 4074 | Appx12823, Appx12890-12892 |
| 5/5/2025 | 493-168 | Trial Exhibit No. 3294 | Appx12896, Appx12915-12917 |

## Statement Regarding Confidential Material (Fed. Cir. R. 25.1(e)(1)(B))

Material that was filed under seal pursuant to the district court's protective order entered on January 30, 2024, in *Omnitracs, LLC et al., v. Motive Technologies, Inc.*, No. 23-CV-05261 (N.D. Cal.), has been redacted in the non-confidential joint appendix. Materials have been redacted from the following pages of the non-confidential joint appendix:

Appx332, Appx336, Appx338, Appx340-341, Appx11257-11260, Appx11273-11282, Appx11288-11293.

The redacted material involves confidential source code, information contained in confidential internal technical documents, and personally identifiable information.

Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Jiaxiao Zhang (SBN 317927)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
michael.devries@kirkland.com
jiaxiao.zhang@kirkland.com
Telephone: (213) 680-8400

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

*Attorneys for Plaintiffs Omnitracs, LLC, XRS Corporation, and SmartDrive Systems, Inc.*

Shane Brun (SBN #179079)
sbrun@kslaw.com
Thomas J. Friel, Jr. (SBN #80065)
tfriel@kslaw.com
KING & SPALDING LLP
601 California Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 422-6700

Brent Ray (*Pro Hac Vice*)
bray@kslaw.com
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6925

Angela Tarasi (*Pro Hac Vice*)
atarasi@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

*Attorneys for Defendant Motive Technologies, Inc.*

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

OMNITRACS, LLC, XRS CORPORATION, AND SMARTDRIVE SYSTEMS, INC.,

Plaintiffs,

MOTIVE TECHNOLOGIES, INC. (F/K/A KEEPTRUCKIN, INC.),

Defendant.

C.A. NO. 3:23-CV-05261-RFL

**[~~PROPOSED~~] STIPULATED PROTECTIVE ORDER**

Judge: Honorable Rita F. Lin

1. PURPOSES AND LIMITATIONS

Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted. Accordingly, the parties hereby stipulate to and petition the court to enter the following Stipulated Protective Order. The parties acknowledge that this Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles. The parties further acknowledge, as set forth in Section 14.4, below, that this Stipulated Protective Order does not entitle them to file confidential information under seal; Civil Local Rule 79-5 sets forth the procedures that must be followed and the standards that will be applied when a party seeks permission from the court to file material under seal.

2. DEFINITIONS

2.1 Challenging Party: a Party or Non-Party that challenges the designation of information or items under this Order.

2.2 "CONFIDENTIAL" Information or Items: information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c).

2.3 Counsel (without qualifier): Outside Counsel of Record and House Counsel (as well as their support staff).

2.4 Designated House Counsel: one House Counsel per side who seek access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information in this matter.

2.5 Designating Party: a Party or Non-Party that designates information or items that it produces in disclosures or in responses to discovery as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE".

2.6 Disclosure or Discovery Material: all items or information, regardless of the medium or manner in which it is generated, stored, or maintained (including, among other things,

testimony, transcripts, and tangible things), that are produced or generated in disclosures or responses to discovery in this matter.

2.7 Expert: a person with specialized knowledge or experience in a matter pertinent to the litigation who (1) has been retained by a Party or its counsel to serve as an expert witness or as a consultant in this action, (2) is not a past or current employee of a Party or of a Party's competitor, and (3) at the time of retention, is not anticipated to become an employee of a Party or of a Party's competitor.

2.8 "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items: extremely sensitive "Confidential Information or Items," disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means.

2.9 "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items: extremely sensitive "Confidential Information or Items" representing computer code and associated comments and revision histories, formulas, engineering specifications, or schematics that define or otherwise describe in detail the algorithms or structure of software or hardware designs, disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means.

2.10 House Counsel: attorneys who are employees of a party to this action. House Counsel does not include Outside Counsel of Record or any other outside counsel.

2.11 Non-Party: any natural person, partnership, corporation, association, or other legal entity not named as a Party to this action.

2.12 Outside Counsel of Record: attorneys who are not employees of a party to this action but are retained to represent or advise a party to this action and have appeared in this action on behalf of that party or are affiliated with a law firm which has appeared on behalf of that party.

2.13 Party: any party to this action, including all of its officers, directors, employees, consultants, retained experts, and Outside Counsel of Record (and their support staffs).

2.14 Producing Party: a Party or Non-Party that produces Disclosure or Discovery Material in this action.

2.15 Professional Vendors: persons or entities that provide litigation support services (e.g., photocopying, videotaping, translating, preparing exhibits or demonstrations, and organizing, storing, or retrieving data in any form or medium) and their employees and subcontractors.

2.16 Protected Material: any Disclosure or Discovery Material that is designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or as "HIGHLY CONFIDENTIAL – SOURCE CODE."

2.17 Receiving Party: a Party that receives Disclosure or Discovery Material from a Producing Party.

3. SCOPE

The protections conferred by this Stipulation and Order cover not only Protected Material (as defined above), but also (1) any information copied or extracted from Protected Material; (2) all copies, excerpts, summaries, or compilations of Protected Material; and (3) any testimony, conversations, or presentations by Parties or their Counsel that might reveal Protected Material. However, the protections conferred by this Stipulation and Order do not cover the following information: (a) any information that is in the public domain at the time of disclosure to a Receiving Party or becomes part of the public domain after its disclosure to a Receiving Party as a result of publication not involving a violation of this Order, including becoming part of the public record through trial or otherwise; and (b) any information known to the Receiving Party prior to the disclosure or obtained by the Receiving Party after the disclosure from a source who obtained the information lawfully and under no obligation of confidentiality to the Designating Party. Any use of Protected Material at trial shall be governed by a separate agreement or order.

4. DURATION

Even after final disposition of this litigation, the confidentiality obligations imposed by this Order shall remain in effect until a Designating Party agrees otherwise in writing or a court order otherwise directs. Final disposition shall be deemed to be the later of (1) dismissal of all claims and defenses in this action, with or without prejudice; and (2) final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of this action, including the

United States District Court
Northern District of California

time limits for filing any motions or applications for extension of time pursuant to applicable law.

5. DESIGNATING PROTECTED MATERIAL

5.1 Exercise of Restraint and Care in Designating Material for Protection. Each Party or Non-Party that designates information or items for protection under this Order must take care to limit any such designation to specific material that qualifies under the appropriate standards. To the extent it is practical to do so, the Designating Party must designate for protection only those parts of material, documents, items, or oral or written communications that qualify – so that other portions of the material, documents, items, or communications for which protection is not warranted are not swept unjustifiably within the ambit of this Order.

Mass, indiscriminate, or routinized designations are prohibited. Designations that are shown to be clearly unjustified or that have been made for an improper purpose (e.g., to unnecessarily encumber or retard the case development process or to impose unnecessary expenses and burdens on other parties) expose the Designating Party to sanctions.

If it comes to a Designating Party's attention that information or items that it designated for protection do not qualify for protection at all or do not qualify for the level of protection initially asserted, that Designating Party must promptly notify all other parties that it is withdrawing the mistaken designation.

5.2 Manner and Timing of Designations. Except as otherwise provided in this Order (see, e.g., second paragraph of Section 5.2(a) below), or as otherwise stipulated or ordered, Disclosure or Discovery Material that qualifies for protection under this Order must be clearly so designated before the material is disclosed or produced.

Designation in conformity with this Order requires:

(a) for information in documentary form (e.g., paper or electronic documents, but excluding transcripts of depositions or other pretrial or trial proceedings), that the Producing Party affix the legend "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" to each page that contains protected material. If only a portion or portions of the material on a page qualifies for protection, the Producing Party also must clearly identify the protected portion(s) (e.g., by making appropriate markings in the margins)

and must specify, for each portion, the level of protection being asserted.

A Party or Non-Party that makes original documents or materials available for inspection need not designate them for protection until after the inspecting Party has indicated which material it would like copied and produced. During the inspection and before the designation, all of the material made available for inspection shall be deemed "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." After the inspecting Party has identified the documents it wants copied and produced, the Producing Party must determine which documents, or portions thereof, qualify for protection under this Order. Then, before producing the specified documents, the Producing Party must affix the appropriate legend ("CONFIDENTIAL, ""HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE) to each page that contains Protected Material. If only a portion or portions of the material on a page qualifies for protection, the Producing Party also must clearly identify the protected portion(s) (e.g., by making appropriate markings in the margins) and must specify, for each portion, the level of protection being asserted.

(b) for testimony given in deposition or in other pretrial or trial proceedings, that the Designating Party identify on the record, before the close of the deposition, hearing, or other proceeding, all protected testimony and specify the level of protection being asserted. When it is impractical to identify separately each portion of testimony that is entitled to protection and it appears that substantial portions of the testimony may qualify for protection, the Designating Party may invoke on the record (before the deposition, hearing, or other proceeding is concluded) a right to have up to 21 days to identify the specific portions of the testimony as to which protection is sought and to specify the level of protection being asserted. Only those portions of the testimony that are appropriately designated for protection within the 21 days shall be covered by the provisions of this Stipulated Protective Order. Alternatively, a Designating Party may specify, at the deposition or up to 21 days afterwards if that period is properly invoked, that the entire transcript shall be treated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Parties shall give the other parties notice if they reasonably expect a deposition, hearing or other proceeding to include Protected Material so that the other parties can ensure that only



United States District Court
Northern District of California

United States District Court
Northern District of California

authorized individuals who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A) are present at those proceedings. The use of a document as an exhibit at a deposition shall not in any way affect its designation as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Transcripts containing Protected Material shall have an obvious legend on the title page that the transcript contains Protected Material, and the title page shall be followed by a list of all pages (including line numbers as appropriate) that have been designated as Protected Material and the level of protection being asserted by the Designating Party. The Designating Party shall inform the court reporter of these requirements. Any transcript that is prepared before the expiration of a 21-day period for designation shall be treated during that period as if it had been designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" in its entirety unless otherwise agreed. After the expiration of that period, the transcript shall be treated only as actually designated.

(c) <u>for information produced in some form other than documentary and for any other tangible items</u>, that the Producing Party affix in a prominent place on the exterior of the container or containers in which the information or item is stored the legend "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE". If only a portion or portions of the information or item warrant protection, the Producing Party, to the extent practicable, shall identify the protected portion(s) and specify the level of protection being asserted.

5.3 <u>Inadvertent Failures to Designate</u>. If timely corrected, an inadvertent failure to designate qualified information or items does not, standing alone, waive the Designating Party's right to secure protection under this Order for such material. Upon timely correction of a designation, the Receiving Party must make reasonable efforts to assure that the material is treated in accordance with the provisions of this Order.

6. <u>CHALLENGING CONFIDENTIALITY DESIGNATIONS</u>

6.1 <u>Timing of Challenges</u>. Any Party or Non-Party may challenge a designation of confidentiality at any time. Unless a prompt challenge to a Designating Party's confidentiality designation is necessary to avoid foreseeable, substantial unfairness, unnecessary economic

burdens, or a significant disruption or delay of the litigation, a Party does not waive its right to challenge a confidentiality designation by electing not to mount a challenge promptly after the original designation is disclosed.

6.2 Meet and Confer. The Challenging Party shall initiate the dispute resolution process by providing written notice of each designation it is challenging and describing the basis for each challenge. To avoid ambiguity as to whether a challenge has been made, the written notice must recite that the challenge to confidentiality is being made in accordance with this specific paragraph of the Protective Order. The parties shall attempt to resolve each challenge in good faith and must begin the process by conferring directly within 14 days of the date of service of notice. In conferring, the Challenging Party must explain the basis for its belief that the confidentiality designation was not proper and must give the Designating Party an opportunity to review the designated material, to reconsider the circumstances, and, if no change in designation is offered, to explain the basis for the chosen designation. A Challenging Party may proceed to the next stage of the challenge process only if it has engaged in this meet and confer process first or establishes that the Designating Party is unwilling to participate in the meet and confer process in a timely manner.

6.3 Judicial Intervention. If the Parties cannot resolve a challenge without court intervention, the Designating Party shall file and serve a motion to retain confidentiality under Civil Local Rule 7 (and in compliance with Civil Local Rule 79-5, if applicable) within 21 days of the initial notice of challenge or within 14 days of the parties agreeing that the meet and confer process will not resolve their dispute, whichever is earlier. Each such motion must be accompanied by a competent declaration affirming that the movant has complied with the meet and confer requirements imposed in the preceding paragraph. Failure by the Designating Party to make such a motion including the required declaration within 21 days (or 14 days, if applicable) shall automatically waive the confidentiality designation for each challenged designation. In addition, the Challenging Party may file a motion challenging a confidentiality designation at any time if there is good cause for doing so, including a challenge to the designation of a deposition transcript or any portions thereof. Any motion brought pursuant to this provision must be

United States District Court
Northern District of California

accompanied by a competent declaration affirming that the movant has complied with the meet and confer requirements imposed by the preceding paragraph.

The burden of persuasion in any such challenge proceeding shall be on the Designating Party. Frivolous challenges and those made for an improper purpose (e.g., to harass or impose unnecessary expenses and burdens on other parties) may expose the Challenging Party to sanctions. Unless the Designating Party has waived the confidentiality designation by failing to file a motion to retain confidentiality as described above, all parties shall continue to afford the material in question the level of protection to which it is entitled under the Producing Party's designation until the court rules on the challenge.

7. ACCESS TO AND USE OF PROTECTED MATERIAL

7.1 Basic Principles. A Receiving Party may use Protected Material that is disclosed or produced by another Party or by a Non-Party in connection with this case only for prosecuting, defending, or attempting to settle this litigation. Such Protected Material may be disclosed only to the categories of persons and under the conditions described in this Order. When the litigation has been terminated, a Receiving Party must comply with the provisions of Section 15 below (FINAL DISPOSITION).

Protected Material must be stored and maintained by a Receiving Party at a location and in a secure manner that ensures that access is limited to the persons authorized under this Order.

7.2 Disclosure of "CONFIDENTIAL" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "CONFIDENTIAL" only to:

(a) the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A;

(b) one House Counsel of the Receiving Party to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

(c) Experts (as defined in this Order) of the Receiving Party to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

(d) the court, jury and court personnel;

(e) court reporters and their staff, videographers and their staff, professional jury or trial consultants, and Professional Vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

(f) during their depositions, witnesses in the action to whom disclosure is reasonably necessary and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), **unless otherwise agreed by the Designating Party or ordered by the court**. Pages of transcribed deposition testimony or exhibits to depositions that reveal Protected Material must be separately bound by the court reporter and may not be disclosed to anyone except as permitted under this Stipulated Protective Order.

(g) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information;

(h) mock jurors who have signed who have signed the "Acknowledgment and Agreement to Be Bound" (Appendix A), though mock jurors may not be shown materials marked as HIGHLY-CONFIDENTIAL – SOURCE CODE; and

(i) any mediator who is assigned or selected to hear this action and his or her staff, subject to their agreement to maintain confidentiality to the same degree as required by this Protective Order.

7.3 Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – SOURCE CODE" only to:

(a) the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for

this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A;

(b) Experts of the Receiving Party (1) to whom disclosure is reasonably necessary for this litigation, (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures set forth in Section 7.4(a)(1), below, have been followed;

(c) the court, jury and court personnel;

(d) court reporters and their staff, videographers and their staff, professional jury or trial consultants, and Professional Vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

(e) during their depositions, witnesses in the action to whom disclosure is reasonably necessary and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), **unless otherwise agreed by the Designating Party or ordered by the court**. Pages of transcribed deposition testimony or exhibits to depositions that reveal Protected Material must be separately bound by the court reporter and may not be disclosed to anyone except as permitted under this Stipulated Protective Order.

(f) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information;

(g) mock jurors who have signed who have signed the "Acknowledgment and Agreement to Be Bound" (Appendix A), though mock jurors may not be shown materials marked as HIGHLY-CONFIDENTIAL – SOURCE CODE; and

(h) any mediator who is assigned or selected to hear this action and his or her staff, subject to their agreement to maintain confidentiality to the same degree as required by this Protective Order.

7.4 Procedures for Approving or Objecting to Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items to Experts.

(a) Unless otherwise ordered by the court or agreed to in writing by the Designating Party, a Party that seeks to disclose to an Expert (as defined in this Order) any information or item that

United States District Court
Northern District of California

has been designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" pursuant to Section 7.3(c) first must make a written request to the Designating Party that (1) identifies the general categories of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" information that the Receiving Party seeks permission to disclose to the Expert, (2) sets forth the full name of the Expert and the city and state of his or her primary residence, (3) attaches a copy of the Expert's current resume, (4) identifies the Expert's current employer(s), (5) identifies each person or entity from whom the Expert has received compensation or funding for work in his or her areas of expertise or to whom the expert has provided professional services, including in connection with a litigation, at any time during the preceding five years,[1] and (6) identifies (by name and number of the case, filing date, and location of court) any litigation in connection with which the Expert has offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the preceding five years.[2]

(b) A Party that makes a request and provides the information specified in the preceding respective paragraphs may disclose the subject Protected Material to the identified Expert unless, within five (5) business days of delivering the request, the Party receives a written objection from the Designating Party. Any such objection must set forth in detail the grounds on which it is based. Confidential Information may be disclosed to an Expert if the five (5) business day period has passed and no objection has been made. The approval of Experts must not be unreasonably withheld.

(c) If no agreement is reached, the Party seeking to make the disclosure to the Expert may file a motion as provided in Civil Local Rule 7 (and in compliance with Civil Local Rule 79-5, if applicable) seeking permission from the court to do so. Any such motion must describe the circumstances with specificity, set forth in detail the reasons why the disclosure to the Expert is reasonably necessary, assess the risk of harm that the disclosure would entail, and suggest any additional means that could be used to reduce that risk. In addition, any such motion must be accompanied by a competent declaration describing the parties' efforts to resolve the matter by

agreement (i.e., the extent and the content of the meet and confer discussions) and setting forth the reasons advanced by the Designating Party for its refusal to approve the disclosure.

In any such proceeding, the Party opposing disclosure to the Expert shall bear the burden of proving that the risk of harm that the disclosure would entail (under the safeguards proposed) outweighs the Receiving Party's need to disclose the Protected Material to its Expert.

8. PROSECUTION AND ACQUISITION BAR

(a) Prosecution Bar. Absent written consent from the Producing Party, any individual who receives access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" information shall not be involved in the prosecution of patents or patent applications relating to fleet management solutions, such as FMCSA regulatory compliance, fleet safety compliance, GPS fleet tracking, fleet route planning, and fleet communication, including without limitation the patents asserted in this action and any patent or application claiming priority to or otherwise related to the patents asserted in this action, before any foreign or domestic agency, including the United States Patent and Trademark Office ("the Patent Office").

For purposes of this paragraph, "prosecution" includes directly or indirectly drafting, amending, advising, or otherwise affecting the scope or maintenance of patent claims. To avoid any doubt, "prosecution" as used in this paragraph does not include representing a party challenging a patent before a domestic or foreign agency (including, but not limited to, a reissue protest, *ex parte* reexamination or *inter partes* reexamination). The parties expressly agree that the Prosecution Bar set forth herein shall be personal to each attorney, Expert, or other individual who has access to materials subject to the Prosecution Bar in this section and shall not be imputed to any other persons at that person's firm or organization. It is expressly agreed that attorneys who work on this matter without having access to materials subject to the Prosecution Bar under this section shall not be restricted from engaging in prosecution (as that term is defined herein) on matters that fall within the Prosecution Bar.

(b) Acquisition Bar. Absent written consent from the Producing Party, any individual who receives "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY

CONFIDENTIAL – SOURCE CODE" information designated by the opposing Party shall not be involved in activity related to the acquisition of patents or patent applications for potential assertion against the opposing Party or the development of products and services relating to fleet management solutions, such as FMCSA regulatory compliance, fleet safety compliance, GPS fleet tracking, fleet route planning, and fleet communication or advising or counseling clients regarding the same. This Acquisition Bar shall begin when access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" information is first received by the affected individual and shall end two (2) years after final disposition of this action.

(c) This Prosecution and Acquisition Bar shall begin when access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" information is first received by the affected individual and shall end two (2) years after final disposition of this action.

9. <u>SOURCE CODE</u>

(a) To the extent production of source code becomes necessary in this case, a Producing Party may designate source code as "HIGHLY CONFIDENTIAL - SOURCE CODE" if it comprises or includes confidential, proprietary or trade secret source code, associated comments and revision histories, pseudo-code and other algorithms describing the software design, and technical design documentation that comprises, includes, or substantially discloses source code or algorithms ("Source Code").

(b) Protected Material designated as "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be subject to all of the protections afforded to "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be subject to all of the protections afforded to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information including the Prosecution Bar set forth in Section 8, and may be disclosed only to the individuals to whom "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information may be disclosed, as set forth in Sections 7.3 and 7.4.

(c) Unless otherwise agreed by the Producing Party, any Source Code designated "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be made available for inspection, upon at least five (5) business days' notice by the Receiving Party, in a format allowing it to be reasonably

United States District Court
Northern District of California

reviewed and searched, during normal business hours, which for purposes of this paragraph shall be 9:00 AM through 5:00 PM local time at the reviewing location, or at other mutually agreeable times, at a mutually agreed upon location where Outside Counsel for the party has a staffed office.[3] The Producing Party shall make reasonable efforts to accommodate the Receiving Party's request for access to the computer outside of normal business hours on a business day. If the Receiving Party wishes to inspect Source Code outside of a normal business day, the Parties shall meet and confer to determine whether it is possible on the requested date(s) and a whether the Receiving Party should pay any costs associated with such inspection. The Source Code shall be made available for inspection on one standalone, secured computer in a secured room without internet access or network access to other computers, and without connection to any printer or storage device other than the internal hard disk drive of the computer, and the Receiving Party shall not copy, remove, or otherwise transfer any portion of the Source Code onto any recordable media or recordable device.[4] The Parties are to cooperate in good faith such that maintaining the Source Code at the offices of the Producing Party's Outside Counsel shall not unreasonably hinder the Receiving Party's ability to efficiently conduct the prosecution or defense in this litigation. The Producing Party or its Outside Counsel may visually monitor the activities of the Receiving Party's representatives during any Source Code review, but only to ensure that there is no unauthorized recording, copying, or transmission of the Source Code. There will be no video supervision by any Producing Party. The Receiving Party may take notes in a separately encrypted and/or password protected file, folder or container on the secured computer but may not re-type or copy source code into such notes. Nothing in this Protective Order shall prevent the Receiving Party from claiming such notes are protected from disclosure under the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.

[3] The code will remain available at that same office unless other arrangements are made between the parties. If a change in the inspection location is requested, an additional three days' notice before the inspection shall be provided by the requesting party.

[4] If additional inspection computers are necessary or warranted, the parties must meet and confer in good faith to provide reasonable accommodations for at least one additional computer for inspection purposes. If such accommodations are denied by the Producing Party, it shall be the Receiving Party's burden to establish that a second inspection computer is proportional to the needs of the case.

(d) The Receiving Party must identify in writing to the Producing Party at least three (3) business days in advance the names of any person that will review the Source Code for the first time, and at least two (2) days prior to review the names of any person that was already identified at least once, and all persons entering the locked room containing the Source Code must agree to submit to reasonable security measures to ensure they are not carrying any prohibited items before they will be given access to the locked room. If requested or required by the Producing Party within one day of receiving notice of inspection, proof of COVID-19 vaccination, a negative COVID-19 test result within the last 24 hours, or some other medical exception to either shall be provided upon arrival.

(e) The standalone computer(s) shall, at the Receiving Party's request, include reasonable analysis tools appropriate for the type of Source Code. The Receiving Party shall be responsible for providing the tools or licenses to the tools that it wishes to use to the Producing Party or its Outside Counsel so that the Producing Party or its Outside Counsel may install such tools on the standalone computer(s).

(f) The Receiving Party may request four (4) hard copy print outs of-limited, reasonable portions of Source Code that are reasonably necessary for the preparation of court filings, pleadings, expert reports, or other papers, or for deposition or trial, but shall not request paper copies for the purposes of reviewing the Source Code in lieu of the inspection above. Requests for less than 200 pages total (in aggregate) and 20 pages of code from any file shall be presumed to be reasonable. All paper copies of Source Code excerpts shall be produced by the Producing Party within four (4) business days of the request (unless additional time is needed due to the volume requested). The Producing Party shall provide all such Source Code in paper form including production numbers and the label "HIGHLY CONFIDENTIAL - SOURCE CODE." The Producing Party may challenge the amount of Source Code requested in hard copy form pursuant to the procedure and timeframes set forth in Section 7 whereby the Producing Party is the "Challenging Party" and the Receiving Party is the "Designating Party" for purposes of the dispute resolution.

(g) The Receiving Party shall maintain all paper copies of any printed portions of the Source Code in a secured, locked area. The Receiving Party shall not create any electronic or other

United States District Court
Northern District of California

images of paper copies of Source Code and shall not convert any of the information contained in the paper copies into any electronic format except for the creation of encrypted physical media (e.g., thumb drives) or for filing under seal with the Court. The Receiving Party shall only make no more than five (5) additional paper copies for use at a deposition or hearing. One hard copy of the source code may be marked as an exhibit for the deposition, and then maintained by counsel for the party presenting the exhibit during the deposition in a secured locked area. All other copies shall be destroyed immediately after the deposition is concluded by the party presenting the source code. Any paper copies used during a deposition shall not be given to or left with a court reporter or any other unauthorized individual unless approved by a Producing Party or its counsel. Upon request of a Receiving Party within five (5) business days before a deposition, a Producing Party shall make copies of a reasonable number of specifically identified Source Code files available in electronic form for use by the witness at the deposition. The Producing Party may challenge the amount of Source Code requested for use at the deposition by promptly notifying the requesting party in writing, where such notice shall identify all requested Source Code files the Producing Party refuses to make available at the deposition. The parties will promptly meet and confer regarding the challenged Source Code files and, in the event no agreement is reached, the parties will promptly bring the dispute to the Court's attention, following the procedures outlined in Judge Lin's Chambers Rules.[5] The parties agree to make reasonable accommodations to modify the date of the deposition or for any extension to a schedule required by a deposition postponed under this section where the source code issues are not resolved before the date of the deposition.

(h) All Source Code made available for inspection shall continue to be available for inspection until the litigation has terminated. The Parties must meet and confer in good faith if different notice or inspection procedures are desired for subsequent phases in the litigation.

(j) Within twenty (20) calendar days after final termination of this litigation, the Receiving Party must serve upon the Producing Party a certification of the destruction of all copies of the Producing Party's Source Code.

---

[5] *See* Chambers Rules of the Honorable Rita F. Lin, (hereafter "Chambers Rules"), *available at* https://cand.uscourts.gov/wp-content/uploads/2023/03/RFL-Civil-Standing-Order.pdf.

10. PROTECTED MATERIAL SUBPOENAED OR ORDERED PRODUCED IN OTHER LITIGATION

If a Party is served with a subpoena or a court order issued in other litigation that compels disclosure of any information or items designated in this action as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" that Party must:

(a) promptly notify in writing the Designating Party. Such notification shall include a copy of the subpoena or court order;

(b) promptly notify in writing the party who caused the subpoena or order to issue in the other litigation that some or all of the material covered by the subpoena or order is subject to this Protective Order. Such notification shall include a copy of this Stipulated Protective Order; and

(c) cooperate with respect to all reasonable procedures sought to be pursued by the Designating Party whose Protected Material may be affected.

If the Designating Party timely seeks a protective order, the Party served with the subpoena or court order shall not produce any information designated in this action as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" before a determination by the court from which the subpoena or order issued, unless the Party has obtained the Designating Party's permission. The Designating Party shall bear the burden and expense of seeking protection in that court of its confidential material – and nothing in these provisions should be construed as authorizing or encouraging a Receiving Party in this action to disobey a lawful directive from another court.

11. A NON-PARTY'S PROTECTED MATERIAL SOUGHT TO BE PRODUCED IN THIS LITIGATION

(a) The terms of this Order are applicable to information produced by a Non-Party in this action and designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE". Such information produced by Non-Parties in connection with this litigation is protected by the remedies and relief provided by this Order. Nothing in these provisions should be construed as prohibiting a Non-Party from seeking additional protections.

United States District Court
Northern District of California

(b) In the event that a Party is required, by a valid discovery request, to produce a Non-Party's confidential information in its possession, and the Party is subject to an agreement with the Non-Party not to produce the Non-Party's confidential information, then the Party shall:

1. promptly notify in writing the Requesting Party and the Non-Party that some or all of the information requested is subject to a confidentiality agreement with a Non-Party;

2. promptly provide the Non-Party with a copy of the Stipulated Protective Order in this litigation, the relevant discovery request(s), and a reasonably specific description of the information requested; and

3. make the information requested available for inspection by the Non-Party.

(c) If the Non-Party fails to object or seek a protective order from this court within 14 days of receiving the notice and accompanying information, the Receiving Party may produce the Non-Party's confidential information responsive to the discovery request. If the Non-Party timely seeks a protective order, the Receiving Party shall not produce any information in its possession or control that is subject to the confidentiality agreement with the Non-Party before a determination by the court. Absent a court order to the contrary, the Non-Party shall bear the burden and expense of seeking protection in this court of its Protected Material.

12. <u>UNAUTHORIZED DISCLOSURE OF PROTECTED MATERIAL</u>

If a Receiving Party learns that, by inadvertence or otherwise, it has disclosed Protected Material to any person or in any circumstance not authorized under this Stipulated Protective Order, the Receiving Party must immediately (a) notify in writing the Designating Party of the unauthorized disclosures, (b) use its best efforts to retrieve all unauthorized copies of the Protected Material, (c) inform the person or persons to whom unauthorized disclosures were made of all the terms of this Order, and (d) request such person or persons to execute the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A.

13. <u>INADVERTENT PRODUCTION OF PRIVILEGED OR OTHERWISE PROTECTED MATERIAL</u>

When a Producing Party gives notice to Receiving Parties that certain inadvertently produced material is subject to a claim of privilege or other protection, the obligations of the

United States District Court
Northern District of California

Receiving Parties are those set forth in Federal Rule of Civil Procedure 26(b)(5)(B). This provision is not intended to modify whatever procedure may be established in an e-discovery order that provides for production without prior privilege review. Pursuant to Federal Rule of Evidence 502(d) and (e), insofar as the parties reach an agreement on the effect of disclosure of a communication or information covered by the attorney-client privilege or work product protection, the parties may incorporate their agreement in the stipulated protective order submitted to the court.

A Producing Party may assert privilege or protection over produced documents at any time by notifying the Receiving Party in writing of the assertion of privilege or protection. Within five (5) days of being notified of the inadvertent disclosure, the Receiving Party, regardless of whether it intends to dispute the claim of privilege or protection, must confirm to the party making the claim that it has returned or destroyed the specified information and any copies it has. The Receiving Party shall not maintain the specified information or provide it to the Court in order to challenge the claim of privilege. Also within five (5) days of the Producing Party's notice and request for the return and/or destruction of privileged or protected material, the Producing Party shall provide a privilege log with entries for the inadvertently produced document(s).

The privilege log shall provide, separately for each document, (1) all author(s), sender(s), recipient(s), of the document; (2) the date the document was created or sent; (3) the specific privilege or protection asserted; and (4) a description of the purportedly privileged or protected material sufficient to assess whether the claimed privilege or protection attaches.

Parties are not required to log on their privilege logs privileged documents related to this litigation that were authored, sent, or received between the party and Counsel on or after October 13, 2023.

The return and/or destruction of inadvertently produced material shall not preclude a Receiving Party from challenging the designation of the material. If a dispute arises concerning the privileged nature of the document(s) demanded or returned, the parties shall meet and confer in good faith in an effort to resolve the dispute. If the parties are unable to resolve the dispute the Receiving Party may file a motion to compel the production of such document(s). In the event of such a motion to compel, the Producing Party shall have the burden to demonstrate the claimed privilege, work

product protection, or other privilege or immunity.

No later than June 19, 2024, the parties will serve privilege logs, as described in paragraphs 0 and 0 of this Section **Error! Reference source not found.**, for Materials withheld from production on the ground of any privilege or protection. Except as necessary to comply with Local Patent Rule 3-7, the Parties are not required to include on their privilege log any protected documents that came into existence on or after October 13, 2023. Either party may request such documents be logged in the future at which point the Parties will meet and confer on the request.

14. MISCELLANEOUS

14.1 Right to Further Relief. Nothing in this Order abridges the right of any person to seek its modification by the court in the future.

14.2 Right to Assert Other Objections. By stipulating to the entry of this Protective Order no Party waives any right it otherwise would have to object to disclosing or producing any information or item on any ground not addressed in this Stipulated Protective Order. Similarly, no Party waives any right to object on any ground to use in evidence of any of the material covered by this Protective Order.

14.3 Export Control. Disclosure of Protected Material shall be subject to all applicable laws and regulations relating to the export of technical data contained in such Protected Material, including the release of such technical data to foreign persons or nationals in the United States or elsewhere. The Producing Party shall be responsible for identifying any such controlled technical data, and the Receiving Party shall take measures necessary to ensure compliance.]

14.4 Filing Protected Material. Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5. Protected Material may only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material at issue. Pursuant to Civil Local Rule 79-5, a sealing order will issue only upon a request establishing that the Protected Material at issue is privileged, protectable as a trade secret, or otherwise entitled to protection under the law. If a Receiving Party's request to file Protected Material under seal pursuant to Civil Local

Rule 79-5 is denied by the court, then the Receiving Party may file the Protected Material in the public record pursuant to Civil Local Rule 79-5 unless otherwise instructed by the court.

14.5 Required Disclosure. Nothing within this order will be construed to prevent disclosure of Confidential Information if such disclosure is required by law or by order of the Court.

14.6 Public Information. The restrictions and obligations set forth within this order will not apply to any information that: (a) the Parties agree should not be designated Confidential Information; (b) the Parties agree, or the Court rules, is already public knowledge; (c) the Parties agree, or the Court rules, has become public knowledge other than as a result of disclosure by the Receiving Party, its employees, or its agents in violation of this Order; or (d) has come or will come into the Receiving Party's legitimate knowledge independently of the production by the designating party. Prior knowledge must be established by pre-production documentation.

15. FINAL DISPOSITION

Within 60 days after the final disposition of this action, as defined in Section 4, each Receiving Party must return all Protected Material to the Producing Party or destroy such material. As used in this subdivision, "all Protected Material" includes all copies, abstracts, compilations, summaries, and any other format reproducing or capturing any of the Protected Material. Whether the Protected Material is returned or destroyed, the Receiving Party must submit a written certification to the Producing Party (and, if not the same person or entity, to the Designating Party) by the 60-day deadline that (1) identifies (by category, where appropriate) all the Protected Material that was returned or destroyed and (2) affirms that the Receiving Party has not retained any copies, abstracts, compilations, summaries or any other format reproducing or capturing any of the Protected Material. Notwithstanding this provision, Counsel are entitled to retain an archival copy of all pleadings, motion papers, trial, deposition, and hearing transcripts, legal memoranda, correspondence, deposition and trial exhibits, expert reports, attorney work product, and consultant and expert work product, even if such materials contain Protected Material. Any such archival copies that contain or constitute Protected Material remain subject to this Protective Order as set forth in Section 4 (DURATION).

United States District Court
Northern District of California

Dated: January 30, 2024

Respectfully Submitted,

By: */s/ Adam R. Alper*

Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Jiaxiao Zhang (SBN 317927)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
michael.devries@kirkland.com
jiaxiao.zhang@kirkland.com
Telephone: (213) 680-8400

Leslie M. Schmidt (pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

*Attorneys for Plaintiffs Omnitracs, LLC, XRS Corporation, and SmartDrive Systems, Inc.*

Dated: January 30, 2024

Respectfully Submitted,

By: */s/ Brent Ray*

Shane Brun (SBN #179079)
sbrun@kslaw.com
Thomas J. Friel, Jr. (SBN #80065)
tfriel@kslaw.com
KING & SPALDING LLP
601 California Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 422-6700

Brent Ray (Pro Hac Vice)

bray@kslaw.com
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6925

Angela Tarasi (Pro Hac Vice)
atarasi@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

*Attorneys for Defendant Motive Technologies, Inc.*

United States District Court
Northern District of California

United States District Court
Northern District of California

**SIGNATURE ATTESTATION**

Pursuant to Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: January 30, 2024

*/s/ Adam R. Alper*
Adam R. Alper

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 30, 2024

Hon. Rita F. Lin
United States District Judge

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _______________________________ [print or type full name], of _________________ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on [date] in the case of *Omnitracs, LLC et al. v. Motive Technologies, Inc.*, Case No. 3:23-cv-05261-RFL. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint __________________________ [print or type full name] of _______________________________________ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _________________________________

City and State where sworn and signed: _________________________________

Printed name: ______________________________
[printed name]

Signature: __________________________________
[signature]

Trial Exhibit
163
Case No. 3:23-cv-05261-RFL

omnitracs

**Omnitracs, LLC**

717 N. Harwood Street, Suite 1300
Dallas, TX 75201
(800) 647-3325

www.omnitracs.com

July 16, 2018

KeepTruckin
Attn: Shoaib Makani, CEO
370 Townsend Street, Suite 420
San Francisco, CA 94107

Dear Shoaib,

It was good meeting with you last week. As we discussed, I am writing to you to provide more information about certain patents in our portfolio. As you know, we have a large portfolio of patents in the fleet management area. I would like to bring five particular patents to your attention at this time. These patents are generally related to electronic logging device (ELD) technology and driver score and metrics technology.

The five patents include:

1. U.S. Patent 9,064,422; Data Transmission for Transportation Management

2. U.S. Patent 6,317,668; Paperless Log Systems and Method

3. U.S. Patent 9,633,568; Vehicle Driver Evaluation Techniques

4. U.S. Patent 9,262,873; Systems and Methods for Processing Vehicle Data to Report Performance Data Interchangeably

5. U.S. Patent 9,390,628; Vehicle Data and Driver Association for Transportation Management

When I mentioned our patents with you during our meeting, you stated that there is a lot of prior art. I don't disagree - if you look at the face of these five patents you can see that a lot of prior art was considered by the patent examiners when they were reviewing the patent applications. The patents issued over that prior art and now, as you know, the patents are presumed valid.

omnitracs

**Omnitracs, LLC**

717 N. Harwood Street, Suite 1300
Dallas, TX 75201
(800) 647-3325

www.omnitracs.com

In addition to giving you some detail about our patents, I also wanted to provide more information about a subject of concern that I briefly mentioned when we met. In particular, one of the named inventors on our patents, Daniel ("Dan") Fuglewicz, was employed by KeepTruckin for several years at a critical time for KeepTruckin. When Dan worked for our company, XRS Corporation, he was a Senior Director for Mobile & Embedded Technologies. In this capacity, Dan was a technical and administrative leader of the XRS engineering team focused on hardware and software for all XRS embedded products, including the XRS Relay. Dan's responsibility included development and management of the interface to the Vehicle engine control module (ECM) and all related data captured for the support of the Mobile and Host applications. That data included fuel management, vehicle fault reporting, GPS capture for hours of service (HOS) and fleet management systems, hard brake and over speed event recording, details of capturing odometers and mileage for automatic onboard recording device (AOBRD) applications, among other items. Dan also had responsibility for the architecture for the currently deployed XRS Relay Unit product, which required design at the board level, operating system software selection, power management, communication, GPS components, and physical architecture of the device.

After Dan resigned from our company and joined yours, we noticed how rapidly your products came to market and how strikingly similar your products looked in comparison to our XRS Relay Unit product. Further, it appears that your products use the same parts as ours, and that you used the same product development contractor that we used, Augmentum, Inc. To be sure, all of this caught our attention.

I hope that the information I have provided here is helpful for you to see the value of our engaging in further discussion regarding our companies, and the potential synergies. While we have not yet discussed the idea of KeepTruckin taking a license to our patents, it is certainly something Omnitracs would be open to and would encourage.

Please let me know when would be a good time for us to continue our conversation.

Sincerely,

Ray Greer
CEO
Omnitracs, LLC

Trial Exhibit
282
Case No. 3:23-cv-05261-RFL




Welcome!

# Introductions!

- Name, team, start date
- Favorite childhood movie?
- You have 30s and must popcorn to another person!







## Trivia Time!

**Trivia Questions**

*Q1: What year was KeepTruckin founded in?*

*Q2: How many messages are sent from the Vehicle Gateway to KT servers per week?*

*Q3: Company Names (True or False)*

*A. OLD FARTS ENTERPRISES*

*B. Jump Around LLC*

*C. Up in Flames Trucking*

*D. UGLY DUCK Trucking LLC*

**Trivia Answers**

*Q1: 2013*

*Q2: 160,911 (Avg per week)*

*Q3:*

*A. True!*

*B. True!*

*C. False*

*D. True*

# Reminders

**Cameras on:** we want to make this as close to being in person as possible, so keeping your camera on will help us feel like we're in the same room. Please try to have your camera for the whole day.

**Be present:** let your teammates know that you'll be attending the POD and will be unavailable on slack/meetings. Also, do not plan on doing other work while attending the POD -we want to have your full undivided attention!

**Do your homework:** don't forget to complete the Product Certification and Product Challenge before the Product Onboarding Day.








## Got Questions?

❓ **Use Coda:** If you have any questions during the presentation, put them into Coda. There will be time at the end of each presentation to answer questions. Be sure to upvote questions so we can prioritize answering them! Unanswered questions will be followed up offline.

*Note: We'll be sharing links to each session's respective Q&A page before each it begins on Slack & Hangout.*

**Coda Q&A Link**



# Schedule for today

| Topic | Presenter | Schedule (Pacific times) |
|---|---|---|
| Business Overview & Key Metrics | Hamish (Strategic Analytics) | 9 AM - 930 AM |
| Market & Competitor Overview | John Manzo (Strategy) | 930 AM - 10 AM |
| Hardware 101 | Prateek Bansal (Hardware Product) | 10 AM - 1045 AM |
| Break for lunch | N/A | 1045AM - 1130 AM |
| Product Development, Team Processes and Org Overview | Jason Leu (Product) | 1130 AM - 12 PM |
| PM Challenge Activity | Rebeca Soto (Product Ops) | 12 PM - 1 PM |
| Product Strategy & Leadership Q&A | Jai Ranganathan (Product) | 1 PM - 130 PM |
| Accessing Data & Key Tools / Tables | Fernando (Strategic Analytics) | 130 PM - 2 PM |
| Recap / closing | Cindy, Rebeca & Abhishek | 2PM - 215 PM |


Hamish W
9am - 930am
Business Overview
and Key Metrics




First App user : 12/2013
First ELD sold : 03/2016
ELD Mandate : 12/17
First DC Sold : 07/18
First AG Sold : 09/19




First App user : 12/2013
First ELD sold : 03/2016
ELD Mandate : 12/17
First DC Sold : 07/18
First AG Sold : 09/19




First App user : 12/2013
First ELD sold : 03/2016
ELD Mandate : 12/17
First DC Sold : 07/18
First AG Sold : 09/19




First App user : 12/2013
First ELD sold : 03/2016
ELD Mandate : 12/17
First DC Sold : 07/18
First AG Sold : 09/19

Hamish W
9am - 930am

# Our Key Numbers (link)

| ARR | FY21 YoY Growth | Gross Margin | NRR |
|---|---|---|---|
| $235M | 74% | 71% | 120% |
| $142M / $93M | 95% / 56% | | 119% / 122% |

| Attach Rate | Average Revenue Per vehicle | Number of Logos | Number of Devices |
|---|---|---|---|
| 39% | $524 | 120k | 630k |
| 29% / 53% | $555 / $482 | 118k / 4k | 352k / 278k |


Hamish W
9am - 930am
How We sell
SMB (1-19)
Upper (20+)
KT
$40,000
$30,000
$20,000
$10,000
$0
Revenue (k$)
$13,006
39%
$10,278
31%
$4,341
13%
$6,053
17%
-$7,988
-$5,983
$19,707
Q4 - 2021 Breakdown
●New ARR defined as ARR from 1st 90days
●74% of new ARR from SMB
●52% of Upper Revenue from Expansion
●~90% ARR renewal rate
SMB - New
SMB - Expansion
Upper - New
Upper - Expansion
SMB - Churn
Upper - Churn
Subtotal




Add difficulty to sell




Add difficulty to sell




Add difficulty to sell

Hamish W
9am - 930am

## Survival Estimation




Survival probability in upper is ~3x vs lower after 100 months

| Account Segment | Expected Lifetime in Years |
|---|---|
| VSB | 4.09 |
| Lower SMB | 5.42 |
| Upper SMB | 7.72 |
| MM | 9.08 |
| ENT | 7.88 |
| Weighted Expected Lifetime | 6.30 |

Probabilistic model - KM to account for censorship. Assumptions: extending cash-flows
2.5x upper vs lower
Expected lifetime of 6.3

Hamish W
9am - 930am

## Company and Product Goals

| Goal / Metric |
|---|
| Overall revenue growth of 62% (from $213 M to $345 M) |
| 67% growth in Titan ARR (from $28.8 M to $48.1 M) |
| 94% growth in Voyager ARR<br>*Construction, Oil & Gas, Food & Beverage priority* |
| $400M transaction run rate for cards business |
| $110M camera business |
| $18M AG business |
| COGS improvement of 20% per device per month (from $7.15 to $5.72) |


John M
930am - 10am
Market Overview and Competitors

John M
930am - 10am

## Vehicles and the Physical Economy

- KeepTruckin initially served only the trucking industry
  - Trucking is only a small part of the commercial vehicle market
  - There are over 5 million businesses in the physical economy with 30 million+ vehicles



John M
930am - 10am

# Trucking Market Saturation

- We believe the trucking market, subject to the ELD mandate, is about 70% existing companies, 30% new companies on an annual basis
- Existing companies turn over about every 3 years
- We are highly effective at winning new companies and existing companies whose contracts turn over
- We are clear winners in this space, especially in the long tail of SMBs - competitors can't match our sales efficiency downmarket
- We have traditionally been strongest in SMB, but new Titan efforts, Voyager functionality, and better branding will all help us succeed upmarket
- However, trucking is only a fraction of US commercial vehicles...



John M
930am - 10am

# Non-trucking (Voyager)

- Voyager fleets represent the vast majority of commercial vehicles on US roads
- Most do not currently have a telematics solution
- Our best fit today is companies with heavy assets/ vehicles, e.g. construction, oil & gas, local trucking
- Voyager also allows us to win more upmarket, as these companies are less likely to only need ELDs
- As we continue to bolster our product set and sales abilities, this will expand
  - AI dashcam is a huge winner here
  - Improvements in OBD-II telematics, PTO, the addition of cards, and dispatching and workflow tools also bode well for us



John M
930am - 10am

# Competition

| KeepTruckin | samsara | verizon connect | GEOTAB | Omnitracs |
|---|---|---|---|---|
| • Started in trucking, now serves all markets<br>• Historical SMB focus with highly outbound efficient GTM motion<br>• Easy to use interface and top tier service<br>• Launching new foray into payments<br>• Fast growing, technology oriented | • Started outside trucking with camera focus, serves all markets<br>• Historical upmarket focus with primarily inbound driven leads and amazing marketing<br>• Launching new foray into site visibility (see: Verkada)<br>• Fast growing, technology oriented<br>• Went public late 2021 | • Created through purchases of Fleetmatics, Telogis, and Networkfleet<br>• Heavily integrated with wireless sales and overall VZ brand<br>• Poor interface and service<br>• Largest player in the space - no clear focus on a specific market<br>• Good head to head target | • Oldest player - spun out of Qualcomm in 1990s<br>• Excellent OBD-II and light duty telematics<br>• No market focus<br>• Unique GTM motion is channel-only - i.e. resellers and whitelabel. No Geotab salespeople<br>• Large integration network makes very custom environments possible, but clunky | • Biggest name in ELDs; mainly focused on trucking market<br>• Strong upmarket presence<br>• Purchased by Private Equity (Vista). Struggling to grow.<br>• Increasingly a head to head target as our technology outstrips their longstanding presence |




It all starts with the AI Dashcam.

John M
930am - 10am

**Samsara at a Glance**

**These values correspond to the end of Q3-21**

| Revenue Scale | Momentum | Improving profitability | Sales Efficiency |
|---|---|---|---|
| **$493M** | **68%** | **72%** | **19 months** |
| Annual Recurring Revenue ($558M as of Q1) | ARR YoY Growth (64% Q1 growth YoY) | Gross Margin | CAC Gross Margin Payback Period |

| Downmarket User Base | ENT User Base | Land and Expand | Growing Addressable Market | |
|---|---|---|---|---|
| **13,000** | **715** | **115%** | **$55B** | **$96B** |
| Customers with ARR>$5k | Customers with ARR>$100k | Net Dollar Retention | 2021 Estimate | 2025 Estimate |


Samsara growth story
John M
930am - 10am
ARR ($MM)
$500
$400
$300
$200
$100
$0
FY 2022
Surpassed 10,000 Core Customers
FY2021
Launched Site Visibility Application
FY2020
Opened First International Headquarters in London
Launched App Marketplace
Surpassed 5,000 Core Customers
FY2019
Expanded into Driver Workflow & Compliance Application
Launched Enterprise Team
FY2018
Expanded into Video-based Safety Application
Launched Equipment Monitoring Application
FY2017
Launched Vehicle Telematics Application
FY2016
Founded in San Francisco
2016
2017
2018
2019
2020
2021
Q2 2022
Fiscal Year
23%
17%
13%
12%
9%
7%
5%
5%
4%
5%
ARR by industry
Transportation
Wholesale & Retail Trade
Construction
Field Services
Logistics
Utilities & Energy
Manufacturing
Government, Healthcare, Education
Food & Beverage
Other




It all starts with the AI Dashcam.

John M
930am - 10am

## Samsara TAM

Samsara measures its TAM broadly - this is good for KT

**Market Sizing**

- Samsara asserts a $55B TAM, growing 21% annually to $100B in 2024
- Consists of potential fleet, connected equipment, and site visibility customers globally

**How do they plan to fulfill this TAM?**

- Expansion of remote equipment monitoring tools
- Growth in video security business (currently negligible)
- Continued displacement of legacy telematics and video safety providers
- Apps and Workflows: Dispatch, routing, document capture, driver inspections, and back office messaging.



It all starts with the AI Dashcam.


John M
930am - 10am
Performance since IPO
NASDAQ Composite Index (-18%)
IOT (-39%)
• Looks bad! Down 40% from IPO
• Actually trading alongside the market every step of the way (with higher beta)
• Expected, given growth nature of stock
• Attributable to the macro environment - treating all growth stocks similarly
• As markets rebound, we expect see Samsara respond in kind, to a greater degree, especially if they continue to beat earnings guidance
4.00 %
2.00 %
0.00 %
-2.00 %
-4.00 %
-6.00 %
-8.00 %
-10.00 %
-12.00 %
-14.00 %
-16.00 %
20.00 %
10.00 %
0.00 %
-10.00 %
-20.00 %
-30.00 %
-38.66 %

# KT TAM/Growth Story Going Forward

John M
930am - 10am

- TAM today is **massive and growing**
- We have plenty of TAM runway with our existing product catalog
- There is an important vertical growth opportunity, however...
- Now that we are expanding to own the crucial **compliance and workflow control points** of our customers, we are well situated to expand offerings
  - Multi-product attach: DC 2.0
  - Additional workflow and business-essential SW addons to be the center of business *and* system of record
  - Payments, payroll, and financial svcs






Hi, I'm Prateek Bansal


Prateek B
10am - 1045am
Agenda
01 Vehicle Gateway
02 Cameras
03 Asset Gateway + Sensors


Prateek B
10am - 1045am
Vehicle Gateway
KT
Confidential and Proprietary Information of KeepTruckin, Inc. © 2020 KeepTruckin, Inc. All rights reserved.


We started with a simple but universal problem faced by drivers: paper logs.
USA Truck, Inc.
Driver's Daily Vehicle Inspection Report

to this


We believed there could be a better way.
Drivers agreed.
The end all be all of trucking tools!
I can speak on the KeepTruckin app from several points of view. I started as an owner operator, now I own and manage a small fleet of trucks(while still driving myself). This app is great, it makes training new hires super easy; simply because this app is super easy to use!
Amber Hagler
Awesome app. Whoever created it.. YOUR THE BOMB! Now I don't have to worry about calculations, or papers scattered all through my truck and trying to find the correct one. Definitely recommend this app to Hotshot drivers and truck drivers as well.
Georgios Moraitis
Best Trucking app ever. Stable, no ads, bugs, glitches. For years now I have received an excellent service , and I highly recommend to all friends and drivers. !!
DOT Approved Electronic Logbook

to this

**In 2016, Electronic Logging devices (ELD) became a law.**

**Our first Vehicle Gateway (VG) hardware was born.**



to this


Vehicle Gateway powers following solution areas
GPS Tracking
Instant live tracking for your vehicles
Maintenance
Keep vehicles on the road by predicting issues before they happen.
Fuel
Reduce costs, consumption, and environmental impact with AI-powered insights.
ELD Compliance
Stay compliant with the #1 ELD certified for use across the US and Canada.
Dispatch & Workflow
Simplify daily tasks with one end-to-end integrated platform.
And in combination with our dashcam hardware, powers
CELL PHONE USAGE
Driver Safety
Stop crashes before they happen and avoid third-party liability.

to this


Our VG hardware has been referred by multiple names
Vehicle Gateway (VG) is the product name
LBB is model number
ELD is one of the VG feature
VG
(Vehicle Gateway)
LBB
(Little Black Box)
ELD
(Electronic Logging Device)

to this

**Moving forward, it should be referred as**

**Vehicle Gateway or VG**
**only.**



- Even, the next generation VG model number would be changed from LBBxx to VGxx

to this


Vehicle Gateway Models
"ca" (cellular/at&t)
H1 2016
LBB1 (non-cell)
H2 2016
LBB2 (non-cell)
LBB2ca (cell, 3G)
H1 2017
LBB3 (non-cell)
Q3 2018
LBB3.05 (non-cell)
LBB 3.35ca (cell, 4G)
Q4 2018
LBB3.2 (non-cell)
LBB 3.2ca (cell, 4G)
Q1 2019
LBB3.5ca (cell, 4G)
Q2 2019
LBB3.55ca (cell, 4G)
Q2 2021
LBB3.6ca (cell, 4G)
2023
VG5.x
Monthly Active Units (MAU)
312,475
Vehicle Gateways
Vehicle Gateway Model
16.2%
7.74%
5.2%
2.85%
64.7%
lbb-3.55ca
lbb-3.6ca
lbb-3
lbb-3.5ca
lbb-3.2ca
lbb-3.05
lbb-3.2
lbb-3.35ca
lbb-2
lbb-1


How does Vehicle Gateway communicates with the vehicle?
DB15
USB
Connects to the Dashcam
Connects to the Vehicle ECM Diagnostic Port
DB15
USB

to this

## Vehicle Gateway talks to the Engine Control Module (ECM) through diagnostic port.

*If your car had the brain, ECM would be it.*




There are multiple types of diagnostic ports depending on the vehicle year, make and model

Most of the vehicles since 1994 has a core engine computer. That's the ECM or ECU. The engine computer monitors all of those sensors and actuators positioned throughout a modern vehicle, flags errors if it detects a problem, implements safety features, etc. We can pull all sorts of useful information from the ECM in the vehicles in our fleets and build products in the KT dashboard.

We talk to the engine computer through the diagnostic port in every vehicle –


Diagnostic port comes in multiple flavors
This is the port you will see in your personal vehicles
Vehicle diagnostic port
J1939 (9-pin)
J1962 (OBD-II)
J1708 (6-pin)
Supported vehicle-specific connections
TMC RP 1226
Proprietary Volvo 2013-2018
Proprietary Mack 2013-2018
Proprietary Volvo and Mack 2018+
Proprietary Freightliner (varies by model and year)

to this

**and so does our VG cables**

| P/N | Description |
|---|---|
| CABLE-3000 | 9-Pin Type II - J1708 J1939 |
| CABLE-3001 | 9-Pin Y Type II - J1708 J1939 |
| CABLE-3002 | 9-Pin Type II+SqY-J1708 J1939 |
| CABLE-3003 | 9-pin Green + Circular Y |
| CABLE-3010 | OBD-II - J1962 |
| CABLE-3015 | OBD-II (J1962) Light Vehicles |
| CABLE-3017 | OBD-II Long Y for LMH Duty Vehicles |
| CABLE-3022 | 6-Pin+Y - J1708 |
| CABLE-3030 | Volvo 2013-2018 - J1939 |
| CABLE-3031 | Mack 2013-2018 - J1939 |
| CABLE-3034 | Volvo+Mack 2018+ - J1939 |
| CABLE-3035 | TMC RP1226 J1939 |
| CABLE-3036 | TMC RP1226 Short Y Cable |
| CABLE-3043 | Freightliner 2017+ J1939 hdv |
| CABLE-3070 | Autotap 1 of 2 - J1850 (kit) |
| CABLE-3071 | Autotap 2 of 2 - J1850 (kit) |
| CABLE-4000 | Thermoking 2010+ for Reefers AG cable |
| CABLE-4020 | Power Cable for Assets AG cable |
| CABLE-5000 | Bendix Cable |
| CABLE-5005 | Universal Breakout Cable |
| CABLE-5006 | 3-pin Bendix Extention Cable |
| CABLE-5007 | DB-9 Bendix Extention Cable |

Link to VG Installation Guide + Videos

to this

How does VG powers all these solution areas?



## VG Communicates through 2 ways

KT Arch Diagram

1. eld_messages

- VG generates eld_messages to build features
- Eld_messages are sent to K2web (Backend) & Mobile (via Bluetooth or USB**)
- Eld_messages sent to Mobile are always considered **higher priority** than K2web as these messages are critical for ELD mandate **compliance.**

2. AWS Core IoT Services

- Backend and mobile can **request additional data** (image_breadcrumb, AI Dashcam composite DPE files, etc) - [uses an entity called **Jobs**]
- Backend and mobile can **alter device configuration** to change product behavior (KT admin feature flags, firmware update) - [uses an entity called **Shadows**]

** USB support only for Android

Example Use Case: Location Tracking

KT Web Dashboard

As a fleet manager I want to see where my vehicles have been. This includes the last known position and all roads previously traveled.



Location Tracking using Breadcrumbs

- Breadcrumbs is 1 of the 40+ eld_messages types.
- Breadcrumbs helps with building location tracking data
- Breadcrumbs are created as needed using the logic defined on the Intelligent Location Collection page
    - TL;DR; max time between messages based on engine state, on speed or heading changes, on ifta jurisdiction changes, if something noteworthy happened (engine start/stop, vehicle moving/stopped)
- Breadcrumbs are created frequently and contain a lot of information. For this reason they are often used to build or augment other telematics reports.
    - Binding driver periods
    - Utilization reports
    - Diagnostic data for device health




select model, min(created_at), max(created_at) from replica.eld_devices group by model

What are **the key strengths** of KT's Vehicle Gateway hardware?

| | |
|---|---|
| 1 | Ease of Install |
| 2 | Simplicity |
| 3 | Plug & Play |
| 4 | Reliability |
| 5 | DPE Sensitivity |
| 6 | Bluetooth connection |

SHOAIB

**How would you rate the VG features?**

| Feature | Rating ( 5- highest, 1 - lowest) |
|---|---|
| WiFi Hotspot | 3.3 |
| Multiple connectivity (PTO, Bendix, any others) | 3.3 |
| GPS performance | 3.5 |
| Tablet/smartphone connectivty over USB | 3.5 |
| LEDs | 3.7 |
| Install - LDV | 3.7 |
| BT performance | 3.9 |
| Price | 3.9 |
| Device Size | 3.9 |
| 4G LTE | 3.9 |
| Vehicle connectivity (DB-15 connector) | 4.1 |
| Tablet/smartphone connectivty over BT | 4.1 |
| Industrial Design | 4.2 |
| Install - MDV | 4.3 |
| Camera connectivity | 4.5 |
| Install - HDV | 4.5 |

SHOAIB

**What are the most common objections or issues that we come across on VG?**

| | |
|---|---|
| More Connected | 1. 5G support<br>2. Dual SIM<br>3. Satellite |
| More Extensible I/O | 1. 8 PTO<br>2. Additional USB ports<br>3. Audio alerts support (speaker) |
| More Vehicle Coverage | 1. Hardwired support<br>2. Increased OBD vehicle support<br>3. EV + Hybrid support |
| Install Experience | Samsara has much better consumer OOB experience |
| Physical Experience | Diagnostics/LEDs |
| Reliability | 1. Bluetooth<br>2. DOA/NPU issues<br>3. GPS drift (augmented GPS)<br>4. Cold Start GPS problem (assisted GPS) |

SHOAIB

**Launching in 2023 ......** **VG5**

to this


Cameras
Confidential and Proprietary Information of KeepTruckin, Inc. © 2020 KeepTruckin, Inc. All rights reserved.

**Our fleets were looking for a solution to exonerate drivers when they were not at fault.**

**In 2018, we launched our first safety solution (DC-2).**



This was an OEM solution from Brinno.
In case an accident does happen, we also provide footage of the road and the cab to prove drivers were not at fault and save our fleets money.

**In 2019, we launched Smart Dashcam (DC33/34).**

- **Added driver facing camera**
- **Enhanced our video quality, recording duration, alerts**



We made this device - even better video quality and added driver facing camera to support our dual-facing dashcam SKU. The device has built-in storage and records 100+ hours of video. The dashcam connects to the VG. The VG powers the dashcam. In case of an accident, driver performance event (meaning something unsafe happened), or a video recall request (meaning a manual request from the fleet manager), the vehicle gateway transmits video segments back to the KeepTruckin cloud.

**In 2021, we added AI capabilities to prevent accidents through real time alerting**



to this

**Our dashcam hardware is most advanced in the market with the highest quality image capture.**

KeepTruckin | Lytx | Samsara



**"1000% better video quality. I can actually see license plate numbers"**
*- David (CEO) IDI Distributors*

Abhishek



## Audio Signatures

→ Dashcam activated
→ Speeding
→ Harsh events
→ Close following
→ Cell phone usage
→ Seatbelt
→ Live stream enabled/disabled
→ Quick Capture
→ Dashcam disconnected
→ Unidentified trip

Driver's eyes should be on the road and not the camera, so we needed to provide audio feedback as well as visual. We worked with voice actors and sound designers to explore, evaluate and test the auditory experience of the dashcam. We shipped with a few key alerts, but more will be released in the months to come.




Some key innovations of the dashcam hardware include the Light Bar - which uses a combination of color and pattern to provide visual feedback drivers regarding recording status, safety and compliance alerts, device issues, and camera states.

## Quick Capture

**Drivers have the ability to capture any event as-it-happens, and automatically upload it to their Fleet Manager.**



The dashcam includes a physical Quick Capture button that allows drivers to instantly record and share video in real-time directly to their fleet managers.




And finally, we designed an optional accessory called the Lens Cover, that provides drivers with the ability to clearly demonstrate that their dashcams are covered when in restricted areas such as military installations in addition to providing in-cab privacy when off duty.


Camera Models
H2 2018
DC-2 (road facing)
H2 2019
Smart Dashcam
DC33 (road facing)
DC34 (dual facing)
H1 2021
AI Dashcam
DC53 (road facing)
DC54 (dual facing)
Q4 2022
Side/Rear Camera
SRCxx
Works with
LBB 3.6ca, LBB 3.55ca, LBB 3.5ca, LBB 3.35ca, LBB 3.2ca
Works with
LBB 3.6ca, LBB 3.55ca


Camera Models
H2 2018
DC-2 (road facing)
H2 2019
Smart Dashcam
DC33 (road facing)
DC34 (dual facing)
H1 2021
AI Dashcam
DC53 (road facing)
DC54 (dual facing)
Q4 2022
Side/Rear Camera
SRCxx
Apollo
Hubble
Galileo
Monthly Active Units (MAU)
121,181
COUNT(CAMERA)
8.13%
8.07%
81.7%
apollo
dc2
hubble
unknown

## A revolution not an evolution

The AI Dashcam includes a vast majority of product advancements that address emerging needs for an evolving market.

| Feature |  Smart Dashcam |  AI Dashcam |
|---|---|---|
| Quality | Good | High |
| AI Capability | Cloud | Edge + Cloud |
| Real-time audible alerts | Yes | Yes |
| Real-time visual alerts | Power Only | Yes |
| Quick Capture Button | No | Yes |
| Mounting | Direct | Flexible |
| Third party mount support | No | Yes |
| International Friendly | Limited | Yes |
| Internal battery support | No | Yes |
| Cable | Fixed | Fixed |
| Privacy Lens Cover | No | Yes |
| Quality Packaging & Onboarding | No | Yes |

The AI Dashcam represented not just an evolution but a revolution in our camera hardware. While there will always be a place for the smart dashcam in our portfolio, Looking across a variety of attributes, we can see that the AI Dashcam includes many product advancements that address emerging needs for an evolving market

H2 2022

# IoT Devices
## Side and Rear Cameras

- Side and Rear cameras with industry leading durability, an IP69K waterproof rating, and 5-year warranty
- The only side and rear cameras available on the market with independent LTE connectivity and storage, for the ultimate in connectivity and backup
- Superb image quality, made with hardware designed to meet the unique challenges of being externally mounted on industrial vehicles



67

**Side & Rear Camera (SRC) - Arriving November '22**



**Vehicle Coverage**

| | Side Cameras (Left / Right) | Rear Camera |
|---|---|---|
| Semi / Class 8 Heavy Duty Tractors | ✓ | (NA) |
| - Trailers with roll-up style doors | (NA) | ✓ |
| - Trailers with swing style doors | (NA) | X |
| Medium Duty | ✓ | Some/Not all |
| Pickup / Van | ✓ | X |


Asset Gateway
+ Sensors


Vehicle Gateway does not support non-vehicle assets and they are tons of them out there.
Trucking
Construction
Food & Bev
Oil & Gas
Agriculture
Other
Platform
Dry Vans
Double Drop
Double Trailer
Logger
Dump Trailer
Dry Bulk
Auto Transporter
Cranes
Forklift
Dumpsters
Excavators
Scissorlifts
Arrow Boards
Dozers / Bulldozers
Backhoe Loaders
Portable Toilet
Skid-Steer
Light Towers
Equipment Trailers
Generators
Refrigerated Trailers
Refrigerated Box Trucks
Refrigerated Vans
Boilers / Chillers
Compressors
Liquid Tanker
Oil Equipment
Water Tank
Farm Equipment
Containers
Instrumented Trailers

SHOAIB


In 2019, we launched our first Asset Gateway AG-55 to support this market
starting with trailer tracking and construction equipment monitoring
Trucking
Construction
Food & Bev
Oil & Gas
Agriculture
Other
Platform
Double Drop
Logger
Dry Vans
Double Trailer
Dump Trailer
Dry Bulk
Auto Transporter
Cranes
Excavators
Dozers / Bulldozers
Forklift
Dumpsters
Scissorlifts
Arrow Boards
Backhoe Loaders
Portable Toilet
Skid-Steer
Light Towers
Equipment Trailers
Generators
Refrigerated Trailers
Refrigerated Box Trucks
Refrigerated Vans
Boilers / Chillers
Compressors
Liquid Tanker
Oil Equipment
Water Tank
Farm Equipment
Containers
Instrumented Trailers
AG-55 Coverage

SHOAIB

## The Asset Gateway is designed for the harshest environments

| | |
|---|---|
| Unit lifetime | 5-year warranty |
| Local Memory | Up to 6 weeks of log data |
| Battery charge | 14F to 114.8F (-10C to 46C) |
| Operation with external power | -4F to 185F (-20C to 85C) |
| Storage temperature | -40F to 185F (-40C to 85C) |
| Environmental rating | IP67 |
| Environmental texts | • Drop tested from 1 meter onto cement<br>• Vibration tested to SAE-J1455 specification<br>• Operating bump testing to ISO 160750-3<br>• Salt resistance tested to IEC 60068-2-52<br>• Solar radiation tested to IEC 60068-2-5<br>• Hail impact tested to IEC 61216 and IEC 61646 |
| Product Safety | UL tested and listed |




Battery life w/o sunlight: ~8 days driving 12hr/day; 1 year parked;

## Dynamic GPS Ping Rates

| Battery Charge | Solar Powered | | Cable Powered |
|---|---|---|---|
| | Moving | Stationary | Moving/Stationary |
| More than 50% | 1 min capture/ 5 min report | 12 hrs capture/ 12 hrs report | 1 min capture/ 1 min report |
| 10 to 50% | 5 min capture/ 15 min report | | |
| Less than 10% | 4 hrs capture/ 4 hrs report | | |




Consistent visibility with extended battery power
Conserves energy when stationary and reports GPS once every 5 minutes when in motion

Track any trailer or asset by solar or/and cable
Powered with built-in solar or 7-way connector cable

## Quick & Easy Installation Setup

- No mechanic required—anyone can install
- Solar avoids expensive electrical issues with trailer and tractor



# Customer Feedback

**WOW Factor**
- Automated travel groups (trailer tractor pairing)

**Competitive differentiators**
- Solar powered AG
- Single hardware that supports both cable and solar powered option
- Dynamic battery performance

**Gaps**
- Low cost and smaller size AG
- Reefer Monitoring
- Construction equipment - fault codes
- Auto trailer assignments on logs + DVIR
- Virtual trailers - static trailer pairing to vehicle



## Asset Gateway ( AG-55)

H2 2019
Solar Powered Asset Gateway
(AG-55)



Total Units Sold - **48,952**

Daily Active Units - **29,894**


Asset Gateway + Sensors
H2 2019
Solar Powered Asset Gateway (AG-55)
Q2 2022
Environmental Sensor (ES-2)
Q3 2022
Battery Powered Asset Gateway (AG-31)
Q4 2022
Door Sensor (DS-2)


In Q2 2022, Environmental Sensor (ES-2) expands our market even further
Trucking
Construction
Food & Bev
Oil & Gas
Agriculture
Other
Platform
Double Drop
Logger
Dry Vans
Double Trailer
Dump Trailer
Dry Bulk
Auto Transporter
Cranes
Excavators
Dozers / Bulldozers
Forklift
Dumpsters
Scissorlifts
Arrow Boards
Backhoe Loaders
Portable Toilet
Skid-Steer
Light Towers
Equipment Trailers
Generators
Refrigerated Trailers
Refrigerated Box Trucks
Refrigerated Vans
Boilers / Chillers
Compressors
Liquid Tanker
Oil Equipment
Water Tank
Farm Equipment
Containers
Instrumented Trailers
AG-55 Coverage
ES-2 + (AG or VG) Coverage

SHOAIB

Q2 2022

## Environmental Sensor (ES-2)

- Compact and rugged sensor that measures the temperature and humidity inside of refrigerated trailers.
- Contains long-lasting 5-year battery life with replaceable battery
- Communicates wirelessly with both asset gateway and vehicle gateway devices over Bluetooth



80

## ES2 + AG-55 supports temperature monitoring on refrigerated trailers

Multiple ES2 can communicate with single AG55 over wireless Bluetooth connection



## Another solution: AG-55 + Thermo King custom cable enables support for OEM Integration

Multiple ES2 can communicate with single AG55 over wireless Bluetooth connection



**In Q2 2022, we are also launching another feature w/ AG-55 + Thermo King cable integration solution to support 2-way remote control of refrigerated trailers**

ES-2

**Multiple ES2 can communicate with single AG55 over wireless Bluetooth connection**




Thermo King Cable

**Thermo King OEM integration communicates with AG55 over wired Cable 4000.**



| | Environmental Sensor ES2 | Thermo King OEM Integration Cable 4000 |
|---|---|---|
| **Compatibility w/ Gateway hardware** | | |
| AG55 | ✓ | ✓ |
| AG31 | Available in H2 2022 | |
| VG (LBB 3.6) | Available in H2 2022 | |
| **Communication channel to Gateway** | | |
| Wired | | ✓ |
| Wireless (Bluetooth) | ✓ | |
| **Reefer Models Supported** | | |
| Thermo King 2018 or newer | ✓ | ✓ |
| Thermo King 2017 or older | ✓ | Requires BlueBox/iBox hardware (customer confirm with TK dealer) |
| Carrier Transicold | ✓ | |
| **Monitoring support** | | |
| Temperature | ✓ | ✓ |
| Humidity | ✓ | |
| Reefer Fuel Level, Engine Hours, Battery Voltage | | ✓ |
| **Remote Control** | | |
| Change set point, op mode, pre-trip, power on/off, zones on/off, clear alarms | | ✓ |
| **Alerts + Reporting** | | |
| Temperature alert | ✓ | ✓ |
| Humidity alert | ✓ | |
| Alarms (reefer fault codes) alert | | ✓ |

Q4 2022

# Door Sensor (DS-2)

- Compact and rugged sensor that detects whether a trailer door is open and closed. Can be used on both swing and rollout doors.
- Long-lasting 5-year battery life w/ replaceable battery option
- Communicates wirelessly with both the Asset Gateway and Vehicle Gateway devices over Bluetooth



85


In Q3 2022, launch of Battery Powered Asset Gateway (AG-31) would further expand our market
Trucking
Construction
Food & Bev
Oil & Gas
Agriculture
Other
Platform
Double Drop
Logger
Dry Vans
Double Trailer
Dump Trailer
Dry Bulk
Auto Transporter
Cranes
Excavators
Dozers / Bulldozers
Forklift
Dumpsters
Scissorlifts
Arrow Boards
Backhoe Loaders
Portable Toilet
Skid-Steer
Light Towers
Equipment Trailers
Generators
Refrigerated Trailers
Refrigerated Box Trucks
Refrigerated Vans
Boilers / Chillers
Compressors
Liquid Tanker
Oil Equipment
Water Tank
Farm Equipment
Containers
Instrumented Trailers
AG-31 Coverage
AG-55 Coverage
AG-31 Coverage
ES-2 + (AG or VG) Coverage
AG-31 Coverage

SHOAIB

H2 2022

# Battery-Powered Asset Gateway (AG-31)

- Compact and affordable asset tracker to support discreet installations.
- Industry-leading years battery life of over 7 years.
- Single device that supports both cable powered and battery powered modes.

Battery Powered Mode



Cable Powered Mode



| | AG55<br>Solar Powered AG | AG31<br>Battery Powered AG |
|---|---|---|
| **Modes Supported** | | |
| Solar Powered | ✓ | |
| Cable Powered | ✓ | ✓ |
| Battery Powered (Unpowered) | ✓ | ✓ |
| **Battery** | | |
| Battery life in Unpowered Mode | 6-9 months | 5 - 7 years |
| Replaceable Battery | | |
| **Connectivity/Integration** | | |
| Environmental Sensors + Door Sensors | ✓ | ✓ |
| Thermo King OEM Integration | ✓ | |
| Carrier Transicold OEM Integration | ✓ | |
| **GPS Ping Rate** | | |
| Ping rate in Battery Powered Mode | 1-2 pings a day | Configurable - 1 to 5 pings a day |
| Ping rate in Cable Powered mode | 1 every min | 1 every min |
| **Use Cases** | | |
| Intrinsic Safety Certification (for Oil & Gas) | | ✓ |
| Trailer Tracking | Dry Vans | Flat Beds |
| Reefer Monitoring | ES2, Thermo King OEM, Carrier OEM | ES2 |
| Equipment Monitoring | Large equipments | Small equipments/assets |




BREAK
1045am - 1130am
LUNCH BREAK!
We start exactly at 1130am Pacific!
KEEP TRUCKIN




# Product Development, Team Processes and Org Overview


Jason L
1130am - 12pm
Agenda
01
Product Delivery Process
02
Top 10 Ways to learn more about our Product


Jason L
1130am - 12pm
Product Delivery Process:
Stage Gates
KEEP TRUCKIN

**Product Delivery Process - Goals**

Key goals we are trying to achieve as we deliver product:

- **1) Maintain a High Quality Bar:**
  - Having more eyes to review and provide feedback increases the quality and consistency of features that are developed by different teams.
- **2) Improve alignment with other teams**
  - This process helps bring in key cross-functional teams are engaged at the right times.
- **3) Strike the right balance between quality, alignment, and speed:**
  - This approach allows us to balance these competing goals as best as possible.
  - This process also does evolve as the size and complexity of the business grows.

## Product Delivery - Stage Gate Process

Reference PRD Template for further details

| Discovery | Design | Knowledge Transfer | Launch | Review |
|---|---|---|---|---|
| **Purpose of stage:**<br>To define the following:<br>• Problem being solved<br>• Why solve this now<br>• High-level approach<br>• Success metrics/criteria<br>• Key use cases | Purpose of stage:<br>To define the following:<br>• Requirements<br>• Designs<br>• Dependencies / Risks<br>• Key Milestones | Purpose of stage:<br>To teach other teams in the company what we're building, and why we're building it.<br>• Occurs at least 1 month prior to launch<br>• Allow others teams to kick off their respective workflows that are needed to support the launch of the project | Purpose of stage:<br>To prepare for a successful launch, by defining the following:<br>• Rollout Plan<br>• Feature Flags (if applicable)<br>• Reports / instrumentation of Key Metrics<br>• GTM Strategy & Materials | Purpose of stage:<br>To review the performance of the feature after it has been deployed. We will aim to hold these meetings 45-60 days after a feature has been deployed. Items will we review are:<br>• Key Metrics<br>• FullStory Walkthrough (if applicable)<br>• Key Learnings |
| **Stage Gate Presentation**<br>Project Review meeting (held every Tuesday) | Stage Gate Presentation:<br>Design Review meeting (held every Friday) | Stage Gate Presentation:<br>Knowledge Transfer meeting (bi-weekly)<br>• Meeting to be recorded, annotated, and archived | Stage Gate Presentation:<br>Project Review meeting (held every Friday | Stage Gate Presentation:<br>Project Review meeting (held every Friday |
| **Responsibilities:**<br>• PM: Walk through of the key points of the project, as defined above. | Responsibilities:<br>• PM: Context-setting, and review of key requirements.<br>• Design: Walkthrough of the design | Responsibilities:<br>• PM: Brief review of project, and walkthrough of anticipated customer experience | Responsibilities:<br>• PM: Quick demo of feature, review of rollout plan.<br>• PMM: Review of enablement plan, and review of any relevant GTM content, and launch announcement to the company | |
| **Why solve this problem? Why now?** | | | | |

## Product Delivery - Stage Gate Process

Reference PRD Template for further details

| Discovery | Design | Knowledge Transfer | Launch | Review |
|---|---|---|---|---|
| **Purpose of stage:**<br>To define the following:<br>• Problem being solved<br>• Why solve this now<br>• High-level approach<br>• Success metrics/criteria<br>• Key use cases | **Purpose of stage:**<br>To define the following:<br>• Requirements<br>• Designs<br>• Dependencies / Risks<br>• Key Milestones | **Purpose of stage:**<br>To teach other teams in the company what we're building, and why we're building it.<br>• Occurs at least 1 month prior to launch<br>• Allow others teams to kick off their respective workflows that are needed to support the launch of the project. | **Purpose of stage:**<br>To prepare for a successful launch, by defining the following:<br>• Rollout Plan<br>• Feature Flags (if applicable)<br>• Reports / Instrumentation of Key Metrics<br>• GTM Strategy & Materials | **Purpose of stage:**<br>To review the performance of the feature after it has been deployed. We will aim to hold these meetings 45-60 days after a feature has been deployed. Items will we review are:<br>• Key Metrics<br>• FullStory Walkthrough (if applicable)<br>• Key Learnings |
| **Stage Gate Presentation**<br>Project Review meeting (held every Tuesday) | **Stage Gate Presentation:**<br>Design Review meeting (held every Friday) | **Stage Gate Presentation:**<br>Knowledge Transfer meeting (bi-weekly)<br>• Meeting to be recorded, annotated, and archived | **Stage Gate Presentation:**<br>Project Review meeting (held every Friday | **Stage Gate Presentation:**<br>Project Review meeting (held every Friday |
| **Responsibilities:**<br>• PM: Walk through of the key points of the project, as defined above. | **Responsibilities:**<br>• PM: Context-setting, and review of key requirements.<br>• Design: Walkthrough of the design | **Responsibilities:**<br>• PM: Brief review of project, and walkthrough of anticipated customer experience | **Responsibilities:**<br>• PM: Quick demo of feature, review of rollout plan.<br>• PMM: Review of enablement plan, and review of any relevant GTM content, and launch announcement to the company | |
| **Why solve this problem? Why now?** | **What are we actually building?** | | | |

## Product Delivery - Stage Gate Process

Reference PRD Template for further details

| Discovery | Design | Knowledge Transfer | Launch | Review |
|---|---|---|---|---|
| **Purpose of stage:** To define the following: • Problem being solved • Why solve this now • High-level approach • Success metrics/criteria • Key use cases | **Purpose of stage:** To define the following: • Requirements • Designs • Dependencies / Risks • Key Milestones | **Purpose of stage:** To teach other teams in the company what we're building, and why we're building it. • Occurs at least 1 month prior to launch • Allow others teams to kick off their respective workflows that are needed to support the launch of the project. | **Purpose of stage:** To prepare for a successful launch, by defining the following: • Rollout Plan • Feature Flags (if applicable) • Reports / Instrumentation of Key Metrics • GTM Strategy & Materials | **Purpose of stage:** To review the performance of the feature after it has been deployed. We will aim to hold these meetings 45-60 days after a feature has been deployed. Items will we review are: • Key Metrics • FullStory Walkthrough (if applicable) • Key Learnings |
| **Stage Gate Presentation** Project Review meeting (held every Tuesday) | **Stage Gate Presentation:** Design Review meeting (held every Friday) | **Stage Gate Presentation:** Knowledge Transfer meeting (bi-weekly) • Meeting to be recorded, annotated, and archived | **Stage Gate Presentation:** Project Review meeting (held every Friday | **Stage Gate Presentation:** Project Review meeting (held every Friday |
| **Responsibilities:** • PM: Walk through of the key points of the project, as defined above. | **Responsibilities:** • PM: Context-setting, and review of key requirements. • Design: Walkthrough of the design | **Responsibilities:** • PM: Brief review of project, and walkthrough of anticipated customer experience | **Responsibilities:** • PM: Quick demo of feature, review of rollout plan. • PMM: Review of enablement plan, and review of any relevant GTM content, and launch announcement to the company | |
| **Why solve this problem? Why now?** | **What are we actually building?** | **Let the company see what we're building** | | |

## Product Delivery - Stage Gate Process

Reference PRD Template for further details

| Discovery | Design | Knowledge Transfer | Launch | Review |
|---|---|---|---|---|
| **Purpose of stage:**<br>To define the following:<br>• Problem being solved<br>• Why solve this now<br>• High-level approach<br>• Success metrics/criteria<br>• Key use cases | **Purpose of stage:**<br>To define the following:<br>• Requirements<br>• Designs<br>• Dependencies / Risks<br>• Key Milestones | **Purpose of stage:**<br>To teach other teams in the company what we're building, and why we're building it.<br>• Occurs at least 1 month prior to launch<br>• Allow others teams to kick off their respective workflows that are needed to support the launch of the project. | **Purpose of stage:**<br>To prepare for a successful launch, by defining the following:<br>• Rollout Plan<br>• Feature Flags (if applicable)<br>• Reports / Instrumentation of Key Metrics<br>• GTM Strategy & Materials | **Purpose of stage:**<br>To review the performance of the feature after it has been deployed. We will aim to hold these meetings 45-60 days after a feature has been deployed. Items will we review are:<br>• Key Metrics<br>• FullStory Walkthrough (if applicable)<br>• Key Learnings |
| **Stage Gate Presentation**<br>Project Review meeting (held every Tuesday) | **Stage Gate Presentation:**<br>Design Review meeting (held every Friday) | **Stage Gate Presentation:**<br>Knowledge Transfer meeting (bi-weekly)<br>• Meeting to be recorded, annotated, and archived | **Stage Gate Presentation:**<br>Project Review meeting (held every Friday | **Stage Gate Presentation:**<br>Project Review meeting (held every Friday |
| **Responsibilities:**<br>• PM: Walk through of the key points of the project, as defined above. | **Responsibilities:**<br>• PM: Context-setting, and review of key requirements.<br>• Design: Walkthrough of the design | **Responsibilities:**<br>• PM: Brief review of project, and walkthrough of anticipated customer experience | **Responsibilities:**<br>• PM: Quick demo of feature, review of rollout plan.<br>• PMM: Review of enablement plan, GTM content | |
| **Why solve this problem? Why now?** | **What are we actually building?** | **Let the company see what we're building** | **Are we ready to launch?** | |

## Product Delivery - Stage Gate Process

Reference PRD Template for further details

| Discovery | Design | Knowledge Transfer | Launch | Review |
|---|---|---|---|---|
| **Purpose of stage:**<br>To define the following:<br>• Problem being solved<br>• Why solve this now<br>• High-level approach<br>• Success metrics/criteria<br>• Key use cases | **Purpose of stage:**<br>To define the following:<br>• Requirements<br>• Designs<br>• Dependencies / Risks<br>• Key Milestones | **Purpose of stage:**<br>To teach other teams in the company what we're building, and why we're building it.<br>• Occurs at least 1 month prior to launch<br>• Allow others teams to kick off their respective workflows that are needed to support the launch of the project. | **Purpose of stage:**<br>To prepare for a successful launch, by defining the following:<br>• Rollout Plan<br>• Feature Flags (if applicable)<br>• Reports / Instrumentation of Key Metrics<br>• GTM Strategy & Materials | **Purpose of stage:**<br>To review the performance of the feature after it has been deployed. We will aim to hold these meetings 45-60 days after a feature has been deployed. Items will we review are:<br>• Key Metrics<br>• FullStory Walkthrough (if applicable)<br>• Key Learnings |
| **Stage Gate Presentation**<br>Project Review meeting (held every Tuesday) | **Stage Gate Presentation:**<br>Design Review meeting (held every Friday) | **Stage Gate Presentation:**<br>Knowledge Transfer meeting (bi-weekly)<br>• Meeting to be recorded, annotated, and archived | **Stage Gate Presentation:**<br>Project Review meeting (held every Friday | **Stage Gate Presentation:**<br>Project Review meeting (held every Friday |
| **Responsibilities:**<br>• **PM:** Walk through of the key points of the project, as defined above. | **Responsibilities:**<br>• **PM:** Context-setting, and review of key requirements.<br>• **Design:** Walkthrough of the design | **Responsibilities:**<br>• **PM:** Brief review of project, and walkthrough of anticipated customer experience | **Responsibilities:**<br>• **PM:** Quick demo of feature, review of rollout plan.<br>• **PMM:** Review of enablement plan, GTM content | |
| **Why solve this problem? Why now?** | **What are we actually building?** | **Let the company see what we're building** | **Are we ready to launch?** | **How did the project perform?** |


Jason L
1130am - 12pm
Operational Cadence
for Product Managers
KEEP TRUCKIN


Operational Cadence for Product Managers
Weekly Meetings (Q1 2022)
Legend
Required
Optional, unless presenting a project
SUN 13
MON 14
TUE 15
WED 16
THU 17
FRI 18
SAT 19
Tech Weekly
Project Review
Proj Summary
Pre-Launch Review
Post-Launch Review
Team Meeting
Knowledge Transfer
Design Review
Requirements / Design
Various Team Eng and Design meetings
Update Coda
(not a meeting)


Product Team Org
KEEP TRUCKIN


Product Team Organization (Q1 2022)
Reference the Product Team page on Confluence for further details
**Management:** Responsible for aligning our various product efforts toward our overall corporate strategy, as well as building and managing the team.

## Product Team Organization (Q1 2022)

Reference the Product Team page on Confluence for further details




**Product Ops:** Responsible for making the product team run more efficiently. (Data, Process Optimization, Managing product feedback lifecycle, manages critical product tools, etc.)

## Product Team Organization (Q1 2022)

Reference the Product Team page on Confluence for further details




**Facilities:** Focused on understanding the facilities monitoring space, in preparation for our eventual entry into that market.

## Product Team Organization (Q1 2022)

Reference the Product Team page on Confluence for further details




**Insurance:** Focused on building out a network of insurance partnerships.

**Safety:** Focused on keeping fleets safe.

**Compliance:** Focused on ensuring fleets remain compliant.


Product Team Organization (Q1 2022)
Reference the Product Team page on Confluence for further details
Product Ops
Facilities
Insurance
Safety
Compliance
Sustainability
Telematics
Tracking
Fleet App
Sustainability / Fuel: Focused on helping fleets manage and reduce their fuel usage. (And eventually will be working on hybrids and EVs)
Telematics: Focused on retrieving telematics data from vehicles, and making this data available to other areas of our platform.
Tracking: Focused on helping fleets have superior visibility over their drivers, vehicles, and assets.
Fleet App: Focused on delivering an incredible mobile fleet manager experience.

## Product Team Organization (Q1 2022)

Reference the Product Team page on Confluence for further details




**Freight:** Focused on building and growing our Smart Load Board

**Dispatch:** Focused on building a new Dispatch module for fleets. This will eventually be a paid product.


Product Team Organization (Q1 2022)
Reference the Product Team page on Confluence for further details
Product Ops
Facilities
Insurance
Safety
Complia nce
Sustainability Telematics Tracking Fleet App
Freight Dispatch
Core Platform
Driver Experience
Enterprise Tech
Tech Platform
Core Platform: Focused on building an consistent and intuitive experience across the entire product platform.
Driver Experience: Focused on delivering an incredible mobile driver experience.

## Product Team Organization (Q1 2022)

Reference the Product Team page on Confluence for further details




**Enterprise Tech** Partners with our sales team and brings technology muscle to the sales process, to help us meet the needs of large, enterprise prospects.

**Tech Platform:** Focused on technical infrastructure, and ensuring we have a scalable and extensible platform and marketplace.


Product Team Organization (Q1 2022)
Reference the Product Team page on Confluence for further details
Product Ops
Facilities
Insurance
Safety
Complia nce
Sustainability Telematics Tracking Fleet App
Freight Dispatch
Core Platform
Driver Experience
Enterprise Tech
Tech Platform
Hardware
Asset Monitoring
Hardware: Responsible for delivering a first class, industrial-grade hardware platform
Asset Monitoring: Responsible for delivering our asset tracking and equipment monitoring hardware and software solutions.


Product Team Organization (Q1 2022)
Reference the Product Team page on Confluence for further details
Product Ops
Facilities
Insurance
Safety
Complia nce
Sustainability Telematics Tracking Fleet App
Freight Dispatch
Core Platform Driver Experience
Enterprise Tech Tech Platform
Hardware Asset Monitoring
Growth
Growth: Responsible for working across the organization to find opportunities for us to accelerate growth.


Product Team Organization (Q1 2022)
Reference the Product Team page on Confluence for further details
Product Ops
Facilities
Insurance
Safety
Compliance
Sustainability Telematics Tracking Fleet App
Freight Dispatch
Core Platform
Driver Experience
Enterprise Tech
Tech Platform
Hardware
Asset Monitoring
Growth
Strategic Partnerships
Strategic Partnerships: Responsible for forming Strategic partnerships with important vendors in the transportation industry.


Jason L
1130am - 12pm
Top 10 ways to learn more about our Product
KEEP TRUCKIN

## 10) Join the #product-announcements Slack chann

- PMs will make **helpful launch announcements** each time a key feature goes live.
- Use the **emojis** to virtually celebrate with your coworkers.

**Mary Shepherd** 1:48 PM
Hi team,

I'm excited to announce the launch of **Timelapse Recall for the AI Dashcam**.

**What's new?**
Fleet managers can now recall up to 60 minutes (!!!) of video footage in a single request.

**How does this help our customers?**
Exonerate drivers by quickly identifying the exact clip needed to prove innocence and avoid third-party liability. This is especially helpful if managers aren't 100% sure when the event occurred.

**How does this feature work?**
The recalled video is sped up into a timelapse video. For example, 60 minutes of footage will be compressed into one minute.

**Rollout plan:**
Rollout began 3/4 and we plan to complete by the end of March. Timelapse Recall is available to AI Dashcam customers (v14 AI DC firmware and v76 VG firmware) on all subscription plans.

**Resources:**
Support Article

**Shoutouts:**
Embedded: @Jerry, @Richard Li, @Derek Palmerton, @Christine Kolling
BE: @Gopal
FE: @Sheharyar Ahmed Toor @Mehmood
QA: @Farjad @Roopa Nagaraju, @Rashid @JZ (Jahanzaib Khan) @Qasim Mushtaq
Design: @awais (edited)
2 files



## 9) Go back and listen to the All-Hands Meetings

- Listening to previous all-hands meetings will allow you to understand how our platform has evolved through the years.
- They often provide important strategic context that help you understand why we've made certain key strategic product decisions.



## 8) Explore the Videos on our YouTube page

- Our YouTube page has over 130 videos (and counting) on it that review different aspects of our platform.
- Videos are grouped into themes and are great for getting an overview of how key features of the platform work.



## 7) Review Area Health Review presentations from each team

- Every 6 weeks, each product team performs an **area health review.**
- These area health reviews include:
  - Executive Summary (what's going well, not well)
  - Key Metrics
  - Competitive Update
  - 3-Month Roadmap
  - Discussion / Key Topics
- Area Health Reviews are archived on this Confluence page



## 6) Listen to Recordings from the weekly Product Knowledge Transfer Meeting

- Every week, Product Managers will walk through new features that are launching about a month out.
- This knowledge transfer meeting allows other teams at the company to get an early preview of what will be launching in a month.
- Presentations are recorded, annotated, and posted to this Confluence page, for later viewing.



https://k2labs.atlassian.net/wiki/spaces/PROD/pages/3070394531/Product+Knowledge+Transfer+Meetin...

KT Home Home Recent Spaces People Apps Templates Create

Product Knowledge Transfer Meeting - Recordings

Every week, PMs in this meeting will walk through features that are scheduled to deploy in approximately 1 month's time. This meeting will allow other teams to learn more about upcoming features and start preparing for their launch. Recordings of each meeting will be stored on this page. Each feature will contain an explanation by the PM:

1. Brief context-setting as to why we're building the feature.
2. Explanation of how the feature works, with visuals (if applicable) and demos (if available)

**Recording / Notes from Meeting on 3/2/2022:**

| Meeting | Date | PM Lead | Recording | Additional Documents/Links |
|---|---|---|---|---|
| Thermoking - Reefer Monitoring & Control [beta] | 3/2/2022 | Prateek Bansal | Watch it here (starting at minute 0:26) | Reefer Presentation |
| Rolling through stop signs | 3/2/2022 | Dhruv Maheshwari | Watch it here (starting at minute 17:10) | |
| Distracted/Drowsiness - Looking Downwards | 3/2/2022 | Dhruv Maheshwari | Watch it here (Starting at minute 22:20) | |

Quickstart

**Recording / Notes from Meeting on 2/23/2022:**

## 5) Listen to Recorded Customer Sales Calls

- By logging into **Salesloft**, you can listen to customer calls that have been recorded from our sales team.
- It's highly informative to listen to what prospects are asking for, and how our teams interact with our prospects and talk about our product.



## 4) Shadow our Support Reps

- Hearing customers' pain points live helps to add a human element to the request, and helps to develop customer empathy.
- Our Support team is generally very welcoming of these; simply reach out to your favorite Support rep or Support Manager if you are interested in doing this.



## 3) Follow the Product Onboarding Checklist

- The Product Onboarding Checklist is a self-guided tour through the product that employees can use to gain a basic familiarity with how different aspects of our platform works.
- There are two pathways through this checklist:
  - Simple Version: For normal employees.
  - Extended Version: For outstanding employees
- The Extended version is required for all Product Managers to complete.



## 2) Install our Hardware in your vehicle (and use it)

- Join the **KeepTruckin internal fleet** to drive alongside your coworkers
- Note #1: Due to the supply chain crunch, only order this hardware if you really, seriously plan to use it
- Note #2: Be sure to make family members aware if you install hardware into their vehicle.



## 1) Talk to Customers

- There's absolutely no substitute for talking to customers to understand their business, their goals, and their pain points.
- Get scrappy to get in front of customers. **But this will require being proactive.**
- A common way to get in front of customers is to ask your favorite Sales, Onboarding, or CS team member if they wouldn't mind having you on some calls.
- **Bonus points if you are able to arrange an in-person visit.**






Rebeca S
12pm - 1pm
PM Challenge Activity

Rebeca S
12pm - 1pm

## PM Challenge Activity

**Instructions**

- You will be divided into small groups
- Discuss what you learned by completing the Product Certification and watching a Demo recording
- Put together one slide summarizing the following:
  - Customer Needs
    - What were the customers looking for?
    - Is there anything that really stood out for the customers?
    - Is there anything that really stood out for you?
  - Feedback
    - Was there anything that could've gone better during the Demos?
    - Based on the Product Certification, were there any areas not covered during the demos that we should've?
- Nominate someone from your team to present to the rest of the group!

# Product Strategy & Leadership Q&A

Jai R
1pm - 130pm




Fernando
130pm - 2pm
Accessing Data and Tools
(Key Tables)


Where data comes from
Vehicle Gateway
Driver & Fleet App
Fleet Dashboard
Salesforce (CRM)
Zuora (subscription)
Marketing
FMCSA


Main Tables
Redash
Snowflake
Augmented data (CORE)
fleet_companies
fleet_vehicles
fleet_crm
Raw data (DB_WH)
ELD Message data
Backend data
Salesforce
Fivetran
Data sources

## What is CORE?

DB_WH : Raw data (built around data source)

Core → Transformed Data
Built around entities (vehicles, users etc.)

We compensate for our decentralized data, by being able to connect it all.
The device does not know which vehicle it was on last week, or the hadware

## Tools to access data

**Redash**

- Tool to query data, generate plots and create dashboards
- Instructions for getting access and a video tutorial: **Redash User Guide**
  - TLDR: Access **https://redash.prod.ktdev.io/** sign in using SSO and ask the **#data-platform channel** to get access to specific data sources

**Snowflake**

- Slightly more advanced data tool. Better for complex queries. Access and tutorial here: **Snowflake User Guide**

NOTE: To query data in Redash and Snowflake you'll need to use SQL. Here is a great refresher course: **Mode SQL Tutorial**


Redash - Opening Page
Favorite Dashboards
[sa] CSA Data Checks
[csa] Carrier Overview - Hours of S
[csa] Carrier overview
[sa] ARR / Logo
[sa] Expansion Deep Dive
[sa]Exec Metrics
SLB - Loads
[sa] Growth Forecasting
Safety Dashboard
NARR by Segment
Marketing Tracker
[SA] New ARR by Segment
[SA] Opportunity Stage Progression
Table Connections Tool
Fleet Summary
Favorite Queries
HW ASP
Upcoming Renewal MRR by Segment
csa scores
Market Share Base - Total DOT Level
Dashcam Attach Rate by CFS
See existing queries, dashboards or alerts - across all KT
Create new query or dashboard


Redash - Create a Query
Define Database
Search tables
Columns in Table
Write a SQL query
Create a visualization
Query Results
Download data to CSV

# Redash - Create Visualization




Tables in CORE
CORE tables are built around entities
Owned by the BI team
Entity →
Table name →
ID →
Fleet
Driver
Vehicle
Finance
fleet_crm
fleet_companies
fleet_users.drivers
fleet_vehicles
bi_masterdata
fleet_account_id
sfdc_account_id
fleet_driver_id
fleet_vehicle_id


Fleet Query Example
Entity →
Fleet
Driver
Vehicle
Finance
Table name →
fleet_crm
fleet_companies
fleet_users.drivers
fleet_vehicles
bi_masterdata
Example query
How many active companies with size >= 150?
select count(distinct fleet_account_id) as fleet_count
from core.fleet_companies.companies
where account_status = 'customer'
and composite_fleet_size >= 150


Driver Query Example
Entity →
Fleet
Driver
Vehicle
Finance
Table name →
fleet_crm
fleet_companies
fleet_users.drivers
fleet_vehicles
bi_masterdata
Example query
How many deactivated drivers do we have?
select count(fleet_driver_id) as driver_count
from core.fleet_users.drivers
where deactivated_date is not null

# Vehicle Query Example

| | | | | |
|---|---|---|---|---|
| Entity → | Fleet | Driver | Vehicle | Finance |
| Table name → | fleet_crm<br>fleet_companies | fleet_users.drivers | fleet_vehicles | bi_masterdata |

Example query

**How many electric vehicles do we have?**

```
select count(distinct fleet_vehicle_id) as driver_count
from core.fleet_vehicles.vehicles
where vehicles.fuel_type = 'electric'
```

# Finance Query Example




Example query

**What is the recurrent revenue from fleets with size >= 150?**

```
select sum(fin.mrr_net) * 12 as arr
from bi_masterdata.masterdata_presentation.vw_mst_arr_waterfall_monthly_net
fin
join core.fleet_companies.companies comp
on comp.fleet_account_id = fin.fleet_account_id
where comp.composite_fleet_size >= 150
and comp.account_status = 'customer'
and fin.date = fin.latest_date
```


Dashboards
Main fleet dashboard:fleet summary
Fleet Summary
Tip! You can click on the three dots to see the underlying query.
$270,858,684
$270,917,988
128,819
780,323

# Dashboard Directory

Visit the Dashboard Directory in the Strategic Analytics Confluence to see available dashboards.

| Dashboard | Team | Description | Documentation | Owner(s) |
|---|---|---|---|---|
| LTV | Finance | LTV Model results and inputs | LTV Model | @Fernando Hernandez Sanz |
| Top 10 Metrics | Growth / Strategy | General growth and strategy metrids such as ARR growth and net retention | | @Fernando Hernandez Sanz |
| Pricing Summary | Pricing | Overview Dashboard to understand high level Pricing Metrics | | @Nick Judson @Bilal Chaudhry |
| Pricing Pockets | Pricing | Deepdive dashboard to understand team level efficiency and selling patterns | | @Nick Judson @Bilal Chaudhry |
| Fleet Summary | Growth | Company wide source for top level reporting. Considered source of truth for most departments within the company. | | @Aniket Tiwari |
| Pending CCV | Growth | Shows total deal in pending status during the 2021 inventory shortage | | @Aniket Tiwari |

# Where to get help

## Channels and Confluence

1. **#data-platform** for help with data access and infrastructure questions.
2. **#data** for help about where to find specific data points. Ctrl + F in the channel for previous questions!
3. Strategic Analytics Confluence Page

## Office Hours

1. **SA office hours** (Thursdays 9:30am PT) for help with building specific queries
2. **Data Platform office hours:** for help with platforms (access to Redash, Redash failing,


Moderators
2pm - 2:15pm
Next Steps and Resources

## Closing Remarks

Thank You!

**YOU** were a part of our first onboarding cohort (Q1 2022). Our goal is to make onboarding day a quarterly event for new employees - help us make it better!

**Next steps:**

- Give us your feedback: **survey coming on 3/22** (will send via email), complete by EOW
- Follow - up with presenters on any additional questions
- Continue using the product to learn or identify opportunities for improvement
- Share the knowledge and learnings with your team
- How else can we improve product awareness across the company?

## Resources

Trial Exhibit
287
Case No. 3:23-cv-05261-RFL




HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

MOTIVE_OT_0034386

EX287.1

# Meet the Speakers



**Dhruv Maheshwari**
Driver Safety Product Expert
KeepTruckin



**Mary Shepherd**
Driver Safety Product Expert
KeepTruckin



**Lauren Abrams**
Product Manager
Reliable Carriers

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.






HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

MOTIVE_OT_0034388

EX287.3

Safety business reality

# Driver safety is more important than ever.

**25%** increase in insurance costs

**87%** of accidents are preventable

**500%** increase in nuclear verdicts

**25GB** of data generated every hour

**$10K** for every new driver

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY MOTIVE_OT_0034389

EX287.4

Problems, **solved.**



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

The ROI

# Plug into the KeepTruckin network. Find safety in numbers.




Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

"These AI Dashcams are worth a **million** dollars. There's simply no price you can put on how valuable these cameras are to our business.

Tom Abrams
CEO, Reliable Carriers




Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

Appx12717


Here's how you can transform the way you manage driver safety:
Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

# 1. The AI Dashcam

Our AI Dashcam *instantly* detects unsafe driving behaviors, including cell phone usage and close following, and alerts drivers in real-time.

**The KeepTruckin difference**

- → Powered by the leading edge AI processor and advanced computer vision algorithms
- → Industry-leading accuracy
- → Higher driver engagement with less false alerts

**The value**

- → Prevent accidents before they happen
- → Reduce operating costs

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.



# In-cab alerts in action



Close following




Hard brake




Speeding




Cell phone usage

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

# 2. Automatic video review and coaching

Our advanced event intelligence technology and in-house safety team automatically analyze every video *within seconds* to determine context and severity.

### The KeepTruckin difference

- → Low-risk videos are automatically filtered out
- → Prioritized footage with rich, actionable insights
- → Automatic driver coaching post-trip

### The value

- → Increase safety department productivity
- → Reduce operating costs

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.



# 3. Reduce future risk with DRIVE

Our proprietary DRIVE risk score builds a holistic understanding of your drivers' performance, helping you put risks into context and focus on the most pressing issues.

### The KeepTruckin difference

- → 5x more predictive of future accidents than the industry's leading safety score
- → Benchmarked behavior against a 400,000+ vehicle network
- → Pre-built driver coaching framework

### The value

- → Improve driver performance
- → Reduce accidents
- → Lower insurance costs

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.



# 4. Retain top performers with DRIVE

Since it's "always-on", DRIVE automatically pinpoints your top performers too, rewarding positive behaviors just as much as it penalizes high-risk behaviors.

### The KeepTruckin difference

→ Framework to establish driver incentive programs

### The value

→ Reduce driver churn
→ Reduce operating costs

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.



# The results




Modify behavior in real-time



Increase safety department productivity




Improve driver performance




Retain top performers

Reduce accidents **by up to 30%** and lower costs

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

# Transform the safety of your operations with KeepTruckin's AI-powered technology.

## KeepTruckin differentiators

➔ **AI Dashcam + real-time alerting**
The AI Dashcam detects unsafe driving with unrivaled accuracy and alerts drivers in real time to help stop crashes before they happen.

➔ **Automated video review + coaching**
Our in-house safety team and proprietary event intelligence analyzes every video within seconds, and then coaches your drivers post-trip.

➔ **DRIVE risk score + Safety Hub**
AI-driven risk scoring, crash prediction, and behavioral coaching recommendations to reduce future risk.

## Plus everything else you need:

Unlimited video recall, speeding, audio recording, live images, automated collision reporting, insurance savings, dashcam device monitoring, harsh event detection & alerting, and more




Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

# Why KeepTruckin?



**Intuitive and reliable**

Technology to supercharge operations



**Comprehensive and integrated**

Everything you need in one place



**Automated workflows**

Work smarter, not harder



**Award-winning support**

24/7, 365 white-glove support



**Strong partnerships**

Built by fleets, for fleets

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

# Take the next steps

## What's Next

➔ Visit
https://keeptruckin.com/fleet-safety-solution

➔ Request a demo




Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

KEEP TRUCKIN

# Thank you

Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 Keep Truckin, Inc. All rights reserved.

Appx12728

# Live Q&A




Confidential and Proprietary Information of KeepTruckin, Inc. © 2021 KeepTruckin, Inc. All rights reserved.

Trial Exhibit
305
Case No. 3:23-cv-05261-RFL

**From:** "Obaid Khan" <obaid@keeptruckin.com>
**Sent:** Sun, 23 Jun 2013 21:18:06 -0500 (CDT)
**To:** "Shoaib Makani" <shoaib@keeptruckin.com>; "Ryan Johns" <ryan@keeptruckin.com>; "Shaneeb Kamran" <shaneeb@keeptruckin.com>; "Kush Kella" <kush@keeptruckin.com>; "Khushnood Qadir" <khushnood@keeptruckin.com>
**Subject:** Re: News Roundup

---

An XRS primer:
http://xrscorp.com/fleet-management-solutions/xrs/

On Sun, Jun 23, 2013 at 7:12 PM, Obaid Khan <obaid@keeptruckin.com> wrote:

> Here are a few news stories I ran into recently. I thought it'd be a good idea to circulate these with you. If you don't want me to send them to you, let me know and I'll leave you off the list. Would love to hear your thoughts on all of this. The story that caught my eye was the XRS corp one.
>
> "The United States Court of Appeals for the District of Columbia is — in trucking terms — using the 11th hour of allowable opinion time to tell the commercial vehicle industry whether or not it will be able to operate under the Hours of Service rules that the Federal Motor Carrier Safety Administration will begin enforcing July 1....Since the court only issues opinions on Tuesdays and Fridays, that obviously means there are two more opportunities for the court to say whether the rule can stay or whether a portion or all of it needs to be rewritten."
> http://www.thetrucker.com/News/Stories/2013/6/21/CourtofAppealsusing11thhourbeforerenderingopiniononHOS.aspx
>
> "XRS Corp. Monday debuted its new XRS product, what the company labeled the trucking industry's first and only complete mobile platform for compliance and fleet optimization...The new XRS mobile platform runs on more than 50 types of devices and automatically transmits vehicle and operator data directly to a management dashboard, preparing for compliance with the pending MAP-21 compliance mandate for recording Hours of Service, Coughlan said, adding that nearly 90 percent of drivers already use mobile devices, meaning there are no additional hardware costs associated with the XRS platform, and XRS Corporation has partnership agreements with the leading brands in mobile communications in both the U.S. and Canada."
> http://www.thetrucker.com/News/Stories/2013/3/5/XRSCorpdebutsitsnewXRSproductatTCAconvention.aspx
>
> This app is getting a lot of buzz:
> "Drivewyze is an application designed for truck drivers who want to spend less time waiting at weigh stations and more time doing what matters. It uses GPS-based technology to offer weigh station bypass service in participating states and provinces in the US and Canada....Download the free Drivewyze app and start a 60-day hassle free trial to receive bypass opportunities and experience the benefits of Drivewyze. Sign up at the end of your free trial period to continue receiving the benefits of weigh station bypass...The Drivewyze app automatically detects the location of weigh stations and alerts the driver when the vehicle is 2 miles from an inspection site. Next, the app sends a bypass request, and notifies the driver to either bypass or pull-in when the vehicle is one mile away. After the driving decision is instructed, the application resets and is ready for the next weigh station. Drivewyze turns your compatible tablet or smartphone into a next generation transponder."
> https://play.google.com/store/apps/details?id=com.drivewyze.agatha&hl=en
>
> "The commercial developer of the particular system deployed in the demonstration, the Drivewyze bypass service provider in collaboration with in-truck technology partners PeopleNet, XRS and Zonar, calls it "e-Inspection." As a truck approaches a weigh station, critical safety data on both vehicle and driver, including driver ID, electronic logging information, and the weight of the vehicle, in the system are communicated in real-time while the vehicle remains in motion."
>
> http://www.overdriveonline.com/e-inspection-technology-demonstrated-in-maryland/
>
> Drivewyze PreClear provides commercial vehicles with bypass opportunities at over 180 fixed weigh stations and mobile inspection sites using the GPS technology of tablets, smartphones and other in-cab devices.
> http://www.thetrucker.com/News/Stories/2013/1/23/ATAaddsweighstationbypassdevicetofeaturedproducts.aspx
>
> "The Federal Motor Carrier Safety Administration has sent a Supplemental Notice of Proposed Rulemaking to the Department of Transportation's Secretary's office for review, and the agency expects to publish a proposed rule to

mandate the use of electronic onboard recorders Nov. 18."

http://www.overdriveonline.com/eobr-rule-in-the-works-expected-in-november/

Trial Exhibit
314
Case No. 3:23-cv-05261-RFL

**From:** "Shoaib Makani" <shoaib@keeptruckin.com>
**Sent:** Mon, 5 Jan 2015 15:36:44 -0600 (CST)
**To:** "Joe Kraus" <jkraus@google.com>
**Subject:** Re: Additional Thoughts from Our Recent Conversation

---

Also, from fund raising perspective, he really rounds out the team well. Digi is v1 get to market fast product, but we have a guy with deep experience building our own hardware.

On Mon, Jan 5, 2015 at 1:35 PM, Shoaib Makani <shoaib@keeptruckin.com> wrote:

> If we need help closing him, I may ask you to help. That said, I am pretty confident we can get him. He is very keen.
>
> On Mon, Jan 5, 2015 at 1:33 PM, Joe Kraus <jkraus@google.com> wrote:
>
>> If we don't get him, we need someone with those insights.
>>
>> Let me know if I can help on recruiting
>>
>> On Monday, January 5, 2015, Shoaib Makani <shoaib@keeptruckin.com> wrote:
>>
>>> agree on all points. assuming meeting next week goes well, we are going to aggressively pursue him.
>>>
>>> On Mon, Jan 5, 2015 at 1:19 PM, Joe Kraus <jkraus@google.com> wrote:
>>>
>>>> sorry for the delay. I was trying to stay off devices for about 10 days. Back on now, obviously.
>>>>
>>>> First off, when I read the email, I was really impressed with the level of detailed understanding of the problem. Second feeling I had was being overwhelmed with a fear that we're not ready for what we're getting into given all the corner-cases he's describing and the level of operational expertise our competitors may be bringing to the table.
>>>>
>>>> All in all, this guy seems like he would seriously tune-up our perspective on how to succeed in the market.
>>>>
>>>> --joe
>>>>
>>>> On Mon, Jan 5, 2015 at 1:11 PM, Shoaib Makani <shoaib@keeptruckin.com> wrote:
>>>>
>>>>> quick update -- we are bringing Dan out next week to meet the team. We are making progress on our integration with the Digi device and will continue that no matter what happens with Dan. But we are feeling pretty good about him -- he would round out the team really nicely with deep automative hardware/software experience.
>>>>>
>>>>> On Mon, Dec 29, 2014 at 1:53 PM, Shoaib Makani < shoaib@keeptruckin.com> wrote:
>>>>>
>>>>>> Joe -- we have an opportunity to pick up the guy who lead the development of the XRS relay device. XRS is the co that was acquired by Omnitracs a few months back for their smartphone/tablet based eld platform. Would be the guy to lead our own hardware dev efforts if we wanted to go that route. Would be a hedge to digi. Thoughts?
>>>>>>
>>>>>> Shoaih
>>>>>>
>>>>>> On Sun, Dec 28, 2014 at 4:43 AM, Dan Fuglewicz < dfuglewicz@yahoo.com> wrote:
>>>>>>
>>>>>>> Hi Shoaib,

I've been thinking about our recent conversation. Thanks very much for the time! I'd like to add a few thoughts here that you can forward to the gentleman you said would be getting in touch with me. I am looking forward to continuing our conversations.

Firstly, enclosed is an updated resume.

Secondly, our conversation focused a lot on H/W – but H/W is only one aspect that needs to be well understood when working with heavy trucks / fleets. There are three aspects that are critical for successful interfacing to heavy trucks and satisfying heavy trucking fleets needs: 1) H/W, 2) S/W, and 3) understanding how heavy trucks & fleets really operate. So, using my experience gained from being responsible for > 100k embedded devices for XRS / Xata / Turnpike, I offer the following.

**H/W:**

It's obvious that any H/W connected to a heavy truck needs to operate "correctly". But it's the details in "correctly" that are critical. Of course there are recommended practices from organizations like SAE (i.e., J1455, J1587, J1708, J1939) that guide some of the design/operational aspects – but those aren't all of them. For example, how low of an operational voltage should be tolerable? I have personally seen trucks take the battery voltage down to 4.5 VDC at start-up. If the embedded device doesn't have an energy reserve, it will reboot when the truck starts. According to the Digi WVBA datasheet, its operational voltage is 9-36 VDC. It's not clear if it has an energy reserve, but if it doesn't, it will reboot at startup. Is that critical? It depends on what you're trying to obtain from the truck, and how long a device reboot takes. I know for sure that a device reboot would result in a data gap if you're trying to collect black box and perhaps some types of performance data.

SAE J1455 states the device should operate down to 6.5 VDC during cold cranking. Like I said, I've seen much lower. In order to survive these cold-cranking events, typically an energy reserve is included in the design. All XRS / Xata / Turnpike equipment has energy reserves – we made Digi add it to the X5. Other aspects that are critical are sensitivity to noise (conducted and radiated), load dump, temperature, humidity, and vibration. Of course, the device cannot emit excessive noise – conducted or radiated.

There are things that seem straight-forward, like the actual electrical interfaces for J1708 and J1939. But when talking to Volvo, Mack, and Freightliner, they all told me how the telematics companies keep getting it wrong. I worked with the truck OEMs to make sure our interfaces are electrically correct, and tolerant to the realities of what actually occurs in the field. Even cabling isn't straight-forward. Not everyone uses the J1939 9-pin OBD connector for data. Volvo &

Mack use the OBDII-style connector, and don't even want telematics companies to connect there. I worked with Volvo & Mack to connect where they recommended, using appropriate cables. I wasn't hard, and this ensured that Volvo & Mack answered my questions when problems were seen on their trucks.

Keep in mind that Digi is not a trucking fleet telematics provider. They generalize to what the "average" use case is. The problem is the customer will want **ALL** of their trucks working on the system – heavy-, medium-, and light-duty. They are not satisfied if 95% of their fleet is on the system. When they switch to paperless logs, they want all vehicles to comply. I've heard this over and over. And I've had to deal with getting light- and medium-duty vehicles onto the XRS systems.

It's interesting to me to see everyone jumping on the wireless solution for obtaining vehicle data. Sure, that is a very good solution when you need to take the mobile device out of the cab, but most of the time it is in the cab, and many devices cannot operate for more than 10 hours running GPS and the mobile app and using wireless on its battery. Therefore, mobiles are plugged into a charger, which typically takes up the automotive accessory port (a.k.a., cigarette lighter). Why not plug the mobile directly into the embedded device for power, and then talk to it via USB? This eliminates the charger and ensures communication. That being said, having wireless is a good option for those who need portability. I think it's always good to offer options.

So, there are many details that must be carefully considered when it comes to H/W. And only one bad mistake will cause a ton of issues in the field – and cause a ton of expense. That being said, is it doable? Of course! But real expertise must be applied to ensure success.

**S/W:**

The embedded S/W must be rock solid, maintainable, adaptable, and field upgradable. I know we put a few man-years of effort into the XRS Relay, Xata X5 and XAM, and Turnpike RouteTracker. And we were always finding new aspects of vehicle operations that we had to adjust for. For example, newer Volvos & Macks do not precisely follow the J1708 & J1939 S/W standards. We had to adjust for them – it wasn't hard, but was somewhat unexpected, and it was critical that we could communicate correctly with those trucks.

Once you get into black box data recording (e.g., crash event recording) and performance data recording, sampling rates and data storage become very important. The XRS Relay and Turnpike RouteTracker did a great job at this. Unfortunately, the Digi X5 did not. It could not keep up with the data rates we needed and it lost data. We had a few truck crashes where the black box data record was incomplete – and that just will not cut it from the fleet's perspective. And at one point Digi told us the X5 was no longer being actively upgraded / supported – that

put us into a difficult situation – and we (obviously) stopped selling them.

We took a lot of time designing the embedded S/W so that it could record data when there was no mobile device present, and then when the mobile device was there, pre-recorded data was delivered and assimilated into the system. This is also very important. Fleets need to know where their trucks are, and how they're being operated at all times. We had drivers purposefully turn off the mobile device, thinking operational data wouldn't be recorded. They were wrong, and the fleets appreciated our ability to catch these events.

We also had to design the S/W to be very fault tolerant. If the vehicle wasn't operating correctly, we had to be able to collect enough data, not only to keep operating and producing as many reports as we could, but to clearly show the fleet manager why a particular truck was having a specific issue. Several times we ended up debugging their trucks – sometimes by going into the field. We directly exposed issues (bugs) on Detroit Diesel and Volvo engines. You will find that customers will blame you for incorrect truck operations – mostly because you will have an aftermarket device sitting on the data bus. And the OEMs will also blame you. The good news is that if you know what data to collect, and can present it in logical form, both the fleets and OEMs will accept your conclusion – and the fleets really start to trust you and your data.

Eventually, you will want to get into fault code reporting. This information is very important to fleets. On J1939, if more than one fault code is present, it comes across via an extended message. J1587 can have extended messages as well. It is very important that extended messages be supported, so all data broadcast on the data bus is read and used. It's also very important to represent the faults correct in the host reports.

**Understanding Heavy Truck Operations:**

I have found that working for trucks fleets is the most difficult group of customers I've ever worked with. They want all of their trucks to be on the system. They blame you for all kinds of problems that end up being **not** the telematics system. They require you to have a working system – but refuse to fix an aspect of the vehicle that prevents the system from operating correctly (e.g., faulty speed sensor). But this is a huge market, with a lot of money to be made. The key is to build a team that knows how trucks and fleets operate, and can reply on experience to help the fleet through their issues. And then build a rock-solid system that performs.

The upcoming ELD Mandate is very exciting, and I think the forward-looking telematics providers, the ones who give the best overall value, will really make out in the market. The fleets will not only want HOS, but they will also want vehicle performance, driver behavior monitoring, safety system data, crash data, and be able to perform predictive maintenance. While the ELD mandate is all about HOS, fleets will buy the systems that provide the "total package" – at least that's my humble opinion.

**Summary**:

While the vehicle data aspect of a telematics systems is very complicated, and there are many angles that must be considered, it is definitely possible. Care must be used when partnering with anyone who isn't an "on-vehicle" expert. Even vehicle diagnostics equipment suppliers like Dearborn Group, Intrepid Control Systems, or Noregon, while they have a ton of experience, it's mostly on equipment in development, or new vehicles, or with vehicles that are not moving. It's the permanently-installed, always on, systems that needs to be able to take a beating (for years), and be compatible with the last 20 years' worth of trucks from 10 (or so) different manufacturers.

We had quite a few issues with Digi. The reason we could weather those "storms" was because we only had about 8k active devices on the X5 – but even then, any issue (H/W, S/W, or with their cloud) caused a lot of problems, slow responses, and angry customers. Note that I'm not trying to pound on Digi – I'm just stressing that when you control the embedded H/W and S/W these problems are much more of a rare occurrence – and can be responded to very quickly. Is it a good long-term solution to trust another company with a critical aspect of your company?

I could go on & on, but I think this is enough to assimilate for now. ☺

Again, thanks for your time the other day, and I look forward to talking to you or to someone from your team.

Have a Happy New Year!

Best Regards,

Dan Fuglewicz

716-698-0908

--

Shoaib Makani
keeptruckin.com
twitter.com/smakani
linkedin.com/in/smakani

--
Shoaib Makani
keeptruckin.com
twitter.com/smakani
linkedin.com/in/smakani

--
Joe Kraus
Partner, Google Ventures
cell:650-208-2022
http://joekraus.com

--
Shoaib Makani
keeptruckin.com
twitter.com/smakani
linkedin.com/in/smakani

--
Joe Kraus
Partner, Google Ventures
cell:650-208-2022
http://joekraus.com

--
Shoaib Makani
keeptruckin.com
twitter.com/smakani
linkedin.com/in/smakani

--
Shoaib Makani
keeptruckin.com
twitter.com/smakani
linkedin.com/in/smakani

Trial Exhibit
361
Case No. 3:23-cv-05261-RFL




Agenda
01 Background
02 Smartdrive Product In-Depth
03 Competitive Analysis
Note: This report only includes 'New' opportunities that made it past 'Qualified' stage. Expansion and Renewal opportunities are excluded from this report.

# Background

**ATech Logistics** (KeepTruckin ELD customer) gave us an overview of SmartDrive Systems - deployed across 100+ trucks & used in all terminals. They are willing to switch over to KT safety solutions once we're able to match SmartDrive's capabilities due to cost savings & single solution integration advantages.

**SmartDrive Systems** is widely seen as the #2 in video safety market (~15% market share, $100-$150m revenue, ~150k+ vehicles) - offering a 9 camera option, 80+ different risk indicators using combination of AI & humans & ECM/ADAS integrations. They differentiate by working with customers to define their ranked / custom risk indicators and building event review, coaching & reporting around those prioritized indicators. Hardware packages start at ~600 - 700 per camera with $30 monthly recurring fee.

# SmartDrive Product: Key Takeaways

**AI camera vs AI box solution:** AI camera approach is an overall better customer experience; multi-box solution require longer / complex installations and create risk against integrated AI camera solutions in long-term.

**Integrated solutions:** Customers value all solutions being on a single, integrated platform (compliance, video safety etc) vs individual point solutions. Important to identify and execute on the 80% that point solutions provide very well for customers.

**SmartDrive's key moat / value prop:** Exhaustive list of triggers / risk indicators (incl non-DPEs), depth of vehicle information & configurability available to customers. **However**, **SmartDrive's lack of HW & fleet management integration, poor web UI/UX, installation length/complex hardware & primitive ML/AI capabilities are weaknesses we can exploit.**

# SmartDrive product: Hardware

**4 piece hardware solution**

AI Box

Driver ID

Camera

Cell Connectivity / In-cab alerting via lights



**Strengths:**

- Tamper-proof
- Modular design - supports upto 9 cameras
- Button for manual event recording
- ECM/ADAS wiring
- 100-200 hrs recording time (incl engine off)

**Weaknesses:**

- Hard-wired into vehicle
- Lengthy installation (1-2 hrs)
- Video quality weak
- Driver ID keypad
- Expensive upfront costs

## SmartDrive product: Driver Monitoring



Company-prioritized list of unsafe events on home page w/ severity ranking

Exhaustive list of triggers & ability to configure ranking / prioritization

Event Review (specific IDs)

# SmartDrive product: Video Event Review



Depth of information on vehicle: braking, speed (ECU vs GPS), ABS, throttle etc



Human event review adds extensive 'observations' (annotations) within 24 hrs of event trigger



Extensive Controls (zoom etc)



Sharing features (watermarking etc)

# SmartDrive product: Coaching

Reporting on performance




Coaching rules configuration & workflow

| Value Prop | SmartDrive Strengths | KeepTruckin Strengths | Opportunity Areas |
|---|---|---|---|
| Exoneration | Video sharing workflow (encryption, watermarking)<br>Recall videos are annotated | Video quality | Our video quality is significantly better. Watermarking w/ data & hyperlapse would differentiate our recall experience. |
| Driver Monitoring | Depth of risk indicators available (DPEs / non-DPEs)<br>Risk Configurability (choose triggers & weighting per company policy)<br>Event severity ranking<br>Video event review with vehicle information | Annotations SLA (5-10 min) | Significantly behind with lack of edge AI solution. Creating more triggered videos and automating annotations with auto-tagging would enable more annotations as short-term stop gap until AI camera is released. |
| Coaching | Score weight prioritization / ranking<br>Reporting (program outcomes)<br>Workflows & driver ranking | Safety Score | Safety score is driven primarily by risk indicator ranking; major opportunity to leap ahead with a differentiated safety score. |
| Camera Hardware | Tamper - proof<br>Button for manual recording<br>Support up to 9 cameras<br>In-cab alerts via lights<br>ECM/ADAS<br>100 - 200 recording hrs (with engine off) | Video Quality<br>Quick installation<br>Driver ID (through compliance integration) | Clear point of weakness; installation requires 1-2 hrs per vehicle. Integration of HW components is a better experience long-term for customers. |

# Resources

All images here

Explanation of product here

## Vendor Profile—SmartDrive

Focusing on an open hardware platform and analytics, it posted 94% Y-o-Y subscriber growth, retaining 98.5% subscriptions in 2016. SmartDrive has 300 review analysts working on 80 different driving observations.

### Video Safety Solutions Market: Key Vendor Profiling—SmartDrive, Global, 2016

**Company Information**

**Established:** 2004
**Company HQ:** San Diego, California
**Employees:** 700+
**Offices:** North America, United Kingdom, India, China
**Subscriber Base:** approximately 120,000 vehicles
**Key Customers:** Transdev and Knight Transportation, Inc., Southwest Gas, and Interstate Distributor

**Customer Base Top Industries**

**Top Industries**
- Transit – 17%
- Trucking – 40%
- Food and Beverages – 9%
- Construction and Mining – 6%
- Others – 28%

**Business Models**

- Purchasing
- Financing
- Contract

**Installed Base Regional Split**




**Installed Base by Fleet Size**




**Solution Packaging**

| | Basic | Mid (Includes Basic) | Premium (Includes Mid) |
|---|---|---|---|
| Cost | **Hardware:** $600-700 | **Hardware:** $600-800 | **Hardware:** $600-1000 |
| Features | • 1 or 2 camera configurations<br>• Video on-demand<br>• Continuous recording<br>• Exoneration focus<br>• Collision capture | • Captures and prevents egregious risk<br>• 1 to 6 camera configurations<br>• Immediate offload of video<br>• Expert review services, risk scoring, and coaching tools<br>• Safety KPIs and driver metrics<br>• Continuous recording<br>• SLA for minimum amount of video provided per vehicle/month | • Proactive captures and reduces broadest set of risks<br>• 1 to 6 camera configurations<br>• Expert review services, risk scoring, and coaching tools<br>• ADAS integration<br>• Increased SLA for minimum amount of video provided per vehicle/month |

Note: All figures are rounded. The base year is 2016. Source: Frost & Sullivan

SMARTDRIVE

# INNOVATIVE PROGRAM. PROVEN RESULTS.

For more than 15 years, the SmartDrive® video-safety program has eliminated the riskiest driving, reduced collision frequency and lowered fuel and operational costs in fleets across the transportation industry. Most importantly, it's brought drivers home safely.

Leading transportation companies rely on the SmartDrive program because it delivers results. Our video-safety program focuses on capturing risky driving performance as it occurs, providing critical safety insights to the fleet and enabling meaningful and productive coaching sessions and insightful intelligence. Through simple, but powerful, safety metrics, the SmartDrive program helps fleets reduce collisions, exonerate drivers and improve safety.

PROMISE

### THE SMARTDRIVE PROMISE

We put our Customers First.

We deliver video in minutes, not days.

We safeguard your drivers and business in every collision.

We protect your investment with a solution you won't outgrow.

We will save you the most money in the shortest time.

## MORE INSIGHT. FASTER RESULTS.

**Analyzed Event Review**
Expert analysis and a unified view of risk and vehicle performance brings clarity and saves time.

**Immediate Offload**
Instead of waiting hours, know what actually happened with access to video within minutes of an incident.

**Easy Coaching Workflow**
Web-based and mobile-capable workflow is a favorite of coaches and drivers alike.

**360-Degree Video Insight**
Up to 9 cameras and privacy mode for flexible protection.

**KPIs, Analytics & Benchmarking**
Management reports and performance scores make it easy to measure results.

**Advanced Risk Assessment and Driver-Assist**
New SmartSense™ ADAS sensors accelerate risk identification and enable real-time driver-assist

## SMARTDRIVE SMARTCHOICE™: BECAUSE ONE SIZE DOESN'T FIT ALL.

SmartDrive understands that a safety program has to be right for your managers, drivers and your business. That's why SmartDrive is the only transportation safety company to offer a range of safety programs that meet your unique needs. SmartChoice lets you choose the level of protection that's right for your fleet. Our Transportation Intelligence Platform provides the analytics capabilities and open, configurable hardware architecture that allows you to change as your safety program and operational needs change. All without the cost of an expensive hardware "rip and replace."




### SmartDrive Video Safety Program

**SmartDrive Safety Score**
Actionable KPIs provide you with the insight you need to take action and make changes in your fleet. The SmartDrive Safety Score helps you focus on drivers who need the most attention and the areas that need the most improvement.

**SmartDrive Response Center**
An easy-to-use single interface for event review, coaching and management activities, fueled by analytic-driven key safety performance indicators aligned to customer-defined risk scoring.

**SmartDrive SR4**
State-of-the-art open and configurable hardware architecture that delivers a full host of ADAS capabilities and posted speed detection for more advanced risk assessment and faster remediation. SmartDrive's most powerful and comprehensive hardware yet.

**SmartDrive Mobile**
Coach wherever and whenever it's needed with a driver and coach-accessible mobile application that allows video event review through SmartPhone and tablet devices.



SMARTDRIVE

Transportation Intelligence:
Driving Insights in Pennsylvania

Risky Driving Insights Based on:
- Over 52 Million Miles of Driving Data
- Across 125 Urban Areas
- 70+ Distinct Driving Observations

TOP FIVE RISKIEST ZIP CODES

PROMINENT RISKY DRIVING BEHAVIORS

4% More Unsafe Following

68% More Rolling Stops

40% More Distracted Driving

121% More Driver Fatigue

49% More Unsafe Lane Management

RISKIEST TIMES ON PENNSYLVANIA ROADS

| RISK TYPE | DAY | TIME |
|---|---|---|
| Distracted Driving | Monday | [illegible] |
| Speeding | Monday | [illegible] |
| Driver Fatigue | Monday | [illegible] |
| Collision & Near Collision | Monday | 9-10pm |

WHEN WILL YOUR NEXT INCIDENT OCCUR?

177,384 Average number of miles driven between near collisions

258,410 Average number of miles driven between collisions

DID YOU KNOW?

Distracted Drivers are **36% more likely** to be involved in a near collision. Drivers who speed are **45% more likely** to be involved in a near collision.

SmartDrive empowers you to protect your drivers with visibility into risky behavior and near-collision data so you can reduce risk and save lives.

WITHIN THE FIRST YEAR, SMARTDRIVE CUSTOMERS TYPICALLY EXPERIENCE...

59% Less Distractions

74% Less Fatigue

60% Less Speeding

73% Less Close Following

BULKMATIC

**Bulkmatic Transport Extends SmartDrive Video-Based Safety Program with Multi-Year Contract**

Largest Dry Bulk Carrier Reduces DOT-Recordable Preventable Accidents by 50% Following SmartDrive Adoption

For years, the industry's largest food companies and plastics manufacturers have relied on Bulkmatic Transport, making it one of the largest and most trusted dry bulk transport companies in the country. Due to increased collisions, Bulkmatic decided to evaluate the SmartDrive® program. Within the first 60 days, the company saw real results and significant improvement, including improved fuel savings and dramatically lower occurrences of risky driving behaviors. As a result, Bulkmatic deployed SmartDrive across its entire fleet of over 500 vehicles.

Since initial implementation of the SmartDrive program in 2014, Bulkmatic has experienced a 50% reduction in the number of DOT-recordable accidents, and now maintains a DOT-recordable accident rate 40% below the national average. In addition, the SmartDrive program has exonerated Bulkmatic in more than 90 incidents. Because of these impressive results, Bulkmatic renewed its contract through 2020.

"The SmartDrive program has allowed us to proactively identify risky driving behavior, coach our drivers and eliminate associated risk. The results are indisputable; you need only look at the significant reduction in our accident rate."

"When we initially installed the SmartDrive program, the numbers were eye-opening. Three years later, the numbers still remain reduced. That's invaluable," said Terry McAdams, VP, Safety, Bulkmatic. "Without a doubt SmartDrive was the best decision we've made from a safety perspective. If we had to do it over again, we would. In fact, we did with this renewal!"

BEST RUN FLEETS IN PENNSYLVANIA ARE USING SMARTDRIVE

Trial Exhibit
395
Case No. 3:23-cv-05261-RFL



KEEP TRUCKIN

SPEC SHEET

# The KeepTruckin AI Dashcam

Stop accidents by detecting unsafe driving with unrivaled accuracy

The KeepTruckin AI Dashcam helps your drivers modify high-risk behaviors instantly. Powered by the leading edge AI processor and patented computer vision algorithms, our AI Dashcam detects unsafe driving with unrivaled accuracy and alerts drivers in real time to help stop crashes before they happen.

## Key benefits








**Alert in real time**

AI instantly detects high-risk

**Automate coaching post-trip**

Our in-house safety team and

**Protect your business**

Use HD video evidence as

## Key benefits








**Alert in real time**

AI instantly detects high-risk behavior with industry-leading accuracy and provides in-cab alerts to modify behavior in real time.

**Automate coaching post-trip**

Our in-house safety team and proprietary event intelligence analyze every video within seconds, and then coach your drivers post-trip.

**Protect your business**

Use HD video evidence as eyewitness support to prove innocence and avoid third-party liability that could end your business.

## Dashcam ecosystem: AI Dashcam vs. Smart Dashcam

Our dashcam ecosystem includes the next-generation AI Dashcam and the Smart Dashcam. Select the option that best fits the needs of your business.



**AI Dashcam**



**Smart Dashcam**

### Key feature comparison

**Alert in real time**

| Feature | AI Dashcam | Smart Dashcam |
| --- | --- | --- |

# Key feature comparison

## Alert in real time

| Feature | AI Dashcam | Smart Dashcam |
| --- | --- | --- |
| Harsh event detection | • Hard brake<br>• Hard acceleration<br>• Hard corner | • Hard brake<br>• Hard acceleration<br>• Hard corner |
| High risk behavior detection and video upload | **Real-time AI detection:**<br>• Close following<br>• Cell phone usage<br>• Unsafe lane change<br>• Seat belt violation<br>• Rolling stops*<br>• Forward collision warning*<br>**In-house safety team detection:**<br>• Lane cutoff<br>• Distraction<br>• Drowsiness<br>• Near collision<br>• Collision<br>• Smoking<br>• Camera installation issues<br>• Traffic violations | **In-house safety team detection:**<br>• Close following<br>• Unsafe lane change<br>• Lane cutoff<br>• Cell phone usage<br>• Distraction<br>• Drowsiness<br>• Near collision<br>• Collision<br>• Seat belt violation<br>• Smoking<br>• Camera installation issues<br>• Rolling stops*<br>• Traffic violations |
| In-cab audio and visual alerts | • Speeding<br>• Hard brake<br>• Hard acceleration<br>• Hard corner<br>• Unidentified trip<br>• Close following<br>• Cell phone usage<br>• Dashcam disconnect / activation<br>• Unsafe lane change*<br>• Seat belt detection*<br>• Rolling stops*<br>• Forward collision warning* | • Speeding<br>• Hard brake<br>• Hard acceleration<br>• Hard corner<br>• Unidentified trip |

## Automate coaching post-trip

| Feature | AI Dashcam | Smart Dashcam |
| --- | --- | --- |

## Automate coaching post-trip

| Feature | AI Dashcam | Smart Dashcam |
|---|---|---|
| In-house safety team | Included in both Pro and Enterprise subscription plans | |
| Safety Hub | | |
| Event Intelligence:<br>• Smart Event Thresholds<br>• Risk Factor Tags<br>• Additional Context Tags<br>• Event Severity | | |
| Real-time speeding alerts | | |
| DRIVE risk score | | |
| Automated coaching<br>• Fleet Dashboard<br>• Driver App | Included in Enterprise subscription plan | |

## Protect your business

| Feature | AI Dashcam | Smart Dashcam |
|---|---|---|
| Video recall | 1 or 3 minutes<br>(45 minutes with timelapse review) | 1 or 3 minutes |
| In-cab audio recording | Included | Included |
| Dashcam health data (installation issues, disconnects, etc) | Included | Included |
| Automated collision reporting (FNOL) | Included | Included |
| Live images | Included | Included |
| Live streaming* | Included | N/A |
| Timelapse review* | Included | N/A |

*Coming soon

## Camera comparison

## Camera comparison

| | AI Dashcam | | Smart Dashcam | |
|---|---|---|---|---|
| | Road-facing camera | Driver-facing camera | Road-facing camera | Driver-facing camera |
| Resolution | 2560 x 1440 (1440p) | 1920 x 1080 (1080p) | 1920 x 1080 (1080p) | 1280 x 720 (720p) |
| Frame rate | 30 FPS | 15 FPS | 15 FPS | 15 FPS |
| Field of view | 150° | 180° | 163° | 155° |
| Pixel size | 2.0 µm x 2.0 µm | 2.8 µm x 2.8 µm | 3.0 µm x 3.0 µm | 3.0 µm x 3.0 µm |
| Dynamic range | 104 dB | 120 dB | 126 dB | 120 dB |
| Aperture | F 2.35 | F 2.2 | F 2.2 | F 2.0 |

## Hardware comparison

| | AI Dashcam | Smart Dashcam |
|---|---|---|
| Road-facing model # | DC-53 | DC-33 |
| Dual-facing model # | DC-54 | DC-34 |
| Camera storage | 68-104 hours | 68-91 hours |
| Industrial-grade battery | Included | N/A |
| Quick Capture button | Included | N/A |
| Custom mount | Supported | N/A |
| Privacy lens cover | Optional | N/A |
| Cable length | 13.1 ft (4m) | 13.1 ft (4m) |
| Dimensions | 4.53 x 2.36 x 1.06 in (115 x 60 x 27 mm) | 3.35 x 3.35 x 1.28 in (85 x 85 x 32.5 mm) |
| Operational temperature | -40 F to 185 F (-40 C to 85 C) | -40 F to 185 F (-40 C to 85 C) |
| Storage temperature | -40 F to 239 F (-40 C to 115 C) | -40 F to 239 F (-40 C to 115 C) |

| | | |
|---|---|---|
| Industrial-grade battery | Included | N/A |
| Quick Capture button | Included | N/A |
| Custom mount | Supported | N/A |
| Privacy lens cover | Optional | N/A |
| Cable length | 13.1 ft (4m) | 13.1 ft (4m) |
| Dimensions | 4.53 x 2.36 x 1.06 in (115 x 60 x 27 mm) | 3.35 x 3.35 x 1.28 in (85 x 85 x 32.5 mm) |
| Operational temperature | -40 F to 185 F (-40 C to 85 C) | -40 F to 185 F (-40 C to 85 C) |
| Storage temperature | -40 F to 239 F (-40 C to 115 C) | -40 F to 239 F (-40 C to 115 C) |
| Connectivity | High-speed LTE through included KeepTruckin Vehicle Gateway | High-speed LTE through included KeepTruckin Vehicle Gateway |
| Microphone | Digital, omni-directional | Digital, omni-directional |
| Speaker | Built-in, max 80 dB | Built-in |
| LED lights for in-cab alerts | Multi-color LED light bar | 1 LED |

## Requirements

The following prerequisites must be met in order to utilize all of the safety features available within the KeepTruckin platform.

| | AI Dashcam | Smart Dashcam |
|---|---|---|
| KeepTruckin Vehicle Gateway | Model: LBB-3.6CA | All |
| KeepTruckin Driver App (Android or iOS) | v36 | |
| KeepTruckin subscription | **Starter plan:** includes video recall only<br>**Pro plan:** includes all features except automated coaching<br>**Enterprise plan:** includes all features | |

Trial Exhibit
446
Case No. 3:23-cv-05261-RFL



Trial Exhibit
511
Case No. 3:23-cv-05261-RFL

**From:** "Dan Fuglewicz" <dpf@keeptruckin.com>
**Sent:** Thu, 21 May 2015 14:53:00 -0500 (CDT)
**To:** "Obaid Khan" <obaid@keeptruckin.com>
**Cc:** "Shoaib Makani" <shoaib@keeptruckin.com>; "Ryan Johns" <ryan@keeptruckin.com>
**Subject:** Re: FW: NOCO

---

Hi Obaid,

Thanks for being the point man on this! As a friendly fleet, I'm looking for the following:

1. Ability to record data from the truck's ECUs (does not harm vehicle - #2 and #3 doesn't either).
2. Ability to record for short duration (< 5 minutes).
3. Ability to record for a long duration (1-2 days) while the driver uses the vehicle.
4. Ability to install our equipment and leave it there (no driver interaction) for a few days.
5. Ability to install our equipment and have the driver work with it (via the Mobile) for a few days.
6. Ability to run two systems, side-by-side to compare new H/W or S/W & old H/W or S/W.
7. Perhaps the ability to compare two different telematics systems side-by-side (e.g., KT and XRS).

Being located in BUF, we can easily work with the local NOCO fleet manager / safety manager / operations manager, to explain what our system reads from the truck, how we use the data, and how it helps the fleet. We can also take the wants / desires / wishes / suggestions that NOCO gives us to help make the overall product more useful to them.

It'd be good to know how many trucks they have in BUF, overall, and if they use owner operators. And also if they're already using an ELD or EOBR, and whose it might be.

I'm sure you'll also have a ton of questions to ask them.

If you have any questions for me, just let me know...

Best Regards,
Dan

**Daniel P. Fuglewicz**
**Director, Embedded Systems**

KEEPTRUCKIN

**Buffalo, NY Office**
**E-Mail: dpf@keeptruckin.com, Cell: 716-698-0908**

On Thu, May 21, 2015 at 8:00 AM, Dan Fuglewicz <dpf@keeptruckin.com> wrote:

> 716-698-0908
>
> Best Regards,
> Dan
>
> **Daniel P. Fuglewicz**

**Director, Embedded Systems**

KEEP TRUCKIN

**Buffalo, NY Office**
**E-Mail: dpf@keeptruckin.com, Cell: 716-698-0908**

On Thu, May 21, 2015 at 8:00 AM, Dan Fuglewicz <dpf@keeptruckin.com> wrote:

> Yep.
>
> Best Regards,
> Dan
>
> **Daniel P. Fuglewicz**
> **Director, Embedded Systems**
>
> KEEP TRUCKIN
>
> **Buffalo, NY Office**
> **E-Mail: dpf@keeptruckin.com, Cell: 716-698-0908**
>
> On Wed, May 20, 2015 at 4:53 PM, Obaid Khan <obaid@keeptruckin.com> wrote:
>
>> Lets do a call tomorrow at noon pst. That work?
>>
>> On Wed, May 20, 2015 at 4:21 AM, Dan Fuglewicz <dpf@keeptruckin.com> wrote:
>>
>>> Yep - at your convenience...
>>>
>>> Best Regards,
>>> Dan
>>>
>>> **Daniel P. Fuglewicz**
>>> **Director, Embedded Systems**
>>>
>>> KEEP TRUCKIN
>>>
>>> **Buffalo, NY Office**
>>> **E-Mail: dpf@keeptruckin.com, Cell: 716-698-0908**
>>>
>>> On Tue, May 19, 2015 at 7:20 PM, Obaid Khan <obaid@keeptruckin.com> wrote:
>>>
>>>> Sure. Can we jump on a call sometime tomorrow so I am all up to speed and to discuss next steps?
>>>>
>>>> On Tue, May 19, 2015 at 4:16 PM, Shoaib Makani <shoaib@keeptruckin.com> wrote:
>>>>
>>>>> Obaid -- can you pick this up? Lets find out what their situation is.
>>>>>
>>>>> On Fri, May 15, 2015 at 6:16 AM, Dan Fuglewicz <dpf@keeptruckin.com> wrote:
>>>>>
>>>>>> Hi Guys,
>>>>>>
>>>>>> Please see the e-mail below from Aaron Clarke (our Linux Contractor).

I'm looking for a local (BUF) friendly fleet where we can record truck data and test our equipment on "live" trucks.

I don't know how many trucks they have, or terminals, but this could be a decent opportunity going forward.

Maybe we provide "xx" trucks of devices for the one local BUF location, and then, when things work out, we'll have a ready & willing early adopter customer.

Who should I work with on this?

Best Regards,
Dan

**Daniel P. Fuglewicz**
**Director, Embedded Systems**

KEEP TRUCKIN

**Buffalo, NY Office**
**E-Mail:** dpf@keeptruckin.com, **Cell:** 716-698-0908

-----Original Message-----
From: Aaron Clarke [mailto:ac@aaronclarke.com]
Sent: Wednesday, May 13, 2015 8:39 AM
To: Dan Fuglewicz
Subject: NOCO

Hi Dan,

I talked to my aunt who works at NOCO in accounting last night. She thinks best way to present this to the management and executives would be for her to forward an e-mail. Her e-mail is beth.merritt@noco.com and she suggested that the e-mail contain a summary of the proposal and contact information. She mentioned she would forward it at least to a VP and the manager of the local facility.

Best regards,

Aaron

716-514-4141

--
Shoaib Makani
keeptruckin.com
twitter.com/smakani
linkedin.com/in/smakani

--
Obaid Khan
https://keeptruckin.com

--
Obaid Khan
https://keeptruckin.com

Trial Exhibit
521
Case No. 3:23-cv-05261-RFL

# [TDD] Hubble Analysis Engine - Edge

| | |
|---|---|
| Owners: | Numan Sheikh, ...<br>Rnd (Motion) |
| Reviewers: | |
| Status: | [Draft, **Reviewed**, InDevelopment, Completed] |
| GoLink: | |
| Created At: | 'May 22, 2020 |
| Updated At: | August 3, 2020 |
| | |

[ TOC \h \u \z \t "Heading 1,1,Heading 2,2,Heading 3,3,Heading 4,4,Heading 5,5,Heading 6,6,"]

# Overview

This document describes system design for the Edge component of the Hubble Analysis Engine. The Analysis Engine is composed of two components; the other one, dealing with the server side, will be described in another document.

The Analysis Engine will be a component of the *new* Hubble AI camera ([ HYPERLINK "https://docs.google.com/document/d/16BQaVyrr2XYu--jKWTQF-C-USCwnygX0dbtbDfgoP6Y/edit?ts=5ea04e49" \h ]), working in conjunction with the Perception Engine ([ HYPERLINK "https://k2labs.atlassian.net/wiki/spaces/RND/pages/1116700675/WIP+Hubble-Vision+Tech+Specs" \h ]) and data from the ELD. The function of this engine is to log driver performance events generated by the video feed analysis.

We will be developing this product in the following phases.

- **Phase1: Complete the architecture and complete technical design**
- **Phase2: V1, close-following events**
- Phase3: V2, unsafe-lane-changing, distracted-driver:
- Phase4: V3, next-generation of motion-DPE's

# Product Features

### New features:

The new Hubble AI camera will be able to record dash cam videos and provide intelligent assistance to the driver as well as the fleet manager.

### Existing features impacted and the scope of this document:

This camera is designed to replace the existing DC2 and DC33/34 cameras.It will connect to the ELD in the truck and will depend on ELD to communicate with the KT cloud gateway. The new firmware for the ELD, the changes to the backend infrastructure include database and the server-side filter development, and a very high level workflow of the related UX is not in the scope represented by this document, but is part of this project as a whole and will need to be upgraded accordingly.

The features/components that are not part of the scope of this document are:

1. Features to be developed in Phase 3 and 4
2. Changes to the Embedded Framework for the ELD
3. Development of the Core Embedded Framework for Hubble Camera and the corresponding communication protocols with the ELD
4. Development and deployments of the Perception Engine
5. Implementation of the server side post-processing filters
6. Design and development of the Data Logging Component (which will be designed as a separate product)
7. UI/UX to be finalized after discussion with the product. Their development is not part of the scope for this project

# High-level design

## System Components




### Hubble Camera Unit

1. Is equipped with a camera that feeds data to the Perception Engine (PE), that in turns analyzes every frame and detects lanes and vehicles; and determines their respective distance from the ego-vehicle with a certain confidence level.
2. Is equipped with an IMU sensor (gyro, magnetometer and accelerometer) that provides data at about 125hz.
3. Receives sensor data from ELD.
4. Combines the info from local sensors, PE and the ELD to feed to the Analysis Engine (AE) for determining if some DPE is occuring.
5. AE output event data that is sent to ELD for transmission to the cloud.

### ELD

1. Is equipped with multiple sensors including: an IMU sensor (gyro and accelerometer), GPS receiver and a CANBUS interface connected to the vehicle's ECU.
2. Processes the sensor data and determines if a DPE has occurred and sends the event data to the cloud.
3. Also continuously streams the processed (noise reduced/smoothed) sensor data to the Hubble unit at (nominal) 2hz.
4. Receives event-data, video/images from Hubble and transmits to the cloud.

### Server-Side FIlters

1. Server side code will post process the event data received from the ELD via protobuf or any other medium.
2. It will initiate the process of video recall if required and prepare the data for presentation to the clients.

### Platform Infrastructure

1. Cloud Gateway/ Database/ Client End

## Hubble Architecture Diagram

The scope of this document is to discuss the technical details of the Edge component that is shown below.




### Data Required

#### From ELD

CONFIG (To be updated in RAM, only at the time of bootup)

1. ELD Identifier
2. ELD Model
3. ELD Mode
4. S/W Package Version
5. Veh_Nets
6. Vin
7. Driver Id
8. Vehicle Id
9. Time Sync???

**Commented [1]:** @kartik.aiyer@keeptruckin.com @mudassir.khan@keeptruckin.com @ali.rehan@keeptruckin.com @joe@keeptruckin.com @derek.palmerton@keeptruckin.com

We have tried to finalize our requirements for the data elements we would need from ELD for the AE. Kindly review
_Assigned to kartik.aiyer@keeptruckin.com_

**Commented [2]:** LBB PR: https://github.com/KeepTruckin/kt/pull/10101

IMU

1. Accelero: ax/ay/az, 2hz smoothed
   - 3 element vector + TS (timestamp), **Ring Buffer**, **continuously updated**
2. Gravity: vector, magnitude
   - 4 element vector +TS, **pushed from ELD whenever updated**
3. Gyro: wx/wy/wz, 2hz smoothed
   - 3 element vector + TS, **Ring Buffer, continuously updated**
4. Gyro Bias: vector, magnitude
   - 3 element vector +TS, **pushed from ELD whenever updated**

Vehicle

5. Vehicle Speed: Smoothed, 2hz
   - One float, +TS, **Ring Buffer, continuously updated**
6. Vehicle Speed Validity
   - One bool, +TS, **Ring Buffer, continuously updated**
7. Vehicle acceleration variance
   - One float, +TS, **Ring Buffer, continuously updated**
8. Vehicle accelerator position at 2hz
   - One float, +TS, **Ring Buffer, continuously updated**
9. Vehicle Brake position at 2hz
   - One float, +TS, **Ring Buffer, continuously updated**
10. Vehicle Odometer, 2hz
    - One float, +TS, **Ring Buffer, continuously updated**

GPS

11. Location, height, smoothed, 2hz
    - Three floats, +TS, **Ring Buffer, continuously updated**
12. Horizontal_accuracy, smoothed, 2hz
    - One float, +TS, **Ring Buffer, continuously updated**
13. GPS Speed (3 axis components), Smoothed
    - Three floats, +TS, **Ring Buffer, continuously updated**
14. Speed accuracy: Smoothed, 2hz, with timestamps
    - One float, +TS, **Ring Buffer, continuously updated**
15. GPS Heading, Smoothed, ,2hz, 360 deg corrected
    - One float, +TS, **Ring Buffer, continuously updated**
16. Heading accuracy : smoothed, 2hz
    - One float, +TS, **Ring Buffer, continuously updated**
17. GPS Speed Validity:
    - One bool, +TS, **Ring Buffer, continuously updated**

Event Processing Flags

2Hz, **Ring Buffer, continuously updated**

18. Event_in_progress , bool
19. Hypoth_Corner_state, enum {0 = reset,1 = first sensor triggered, 2 = wait (in progress) }
20. Hypoth_Linear_state, enum {0,1,2}

**Commented [3]:** Running window variance on last 7 values

**Commented [4]:** Subject to post-processor implementation validation. @abdullah.hasan@keeptruckin.com _Assigned to abdullah.hasan@keeptruckin.com_

**Commented [5]:** Subject to post-processor implementation validation. @abdullah.hasan@keeptruckin.com _Assigned to abdullah.hasan@keeptruckin.com_

**Commented [6]:** Subject to Post processor implementation

**Commented [7]:** Smoothing, sampling at 2hz is subject to verification

**Commented [8]:** Smoothing, sampling at 2hz is subject to verification

**Commented [9]:** Post Processor to be implemented for components.
Post processor exists for the computed magnitude

**Commented [10]:** Smoothing, sampling at 2hz is subject to verification

Event Information

21. Event Start timestamp - TS
22. Type - str - 16
23. Subtype - str - 16
24. Trigger - str - 16
25. Offline_id - str - 40
26. Event End timestamp - TS

### From Hubble Sensors

Following values with timestamps, at 2hz (smoothed)

1. Accelero: ax/ay/az,
2. Gyro: wx/wy/wz
3. Magneto: mx/my/mz

The firmware will provide the data at 125Hz. Preprocessor subroutine(s) in AE we will smooth the data and sample it at 2hz for its use when needed.

### From Perception Engine

1. For each frame,
   a. timestamp,
   b. for each vehicle
      i. Coordinates
      ii. Distance
      iii. Confidence value
   c. lane parameters
      i. Slope and intercept (m,c)

## Perception Engine output (Frame Data)

The output of running the PE on a road-facing image will be a data-structure named "Frame Data" in the architecture diagram above (labeled: high level architecture for Hubble-Vision) is defined (using a pseudo-notation) is given below. Our assumptions are as follows:

- The image coordinates are such that the top-left corner is (0,0) and the x/y values increase as we move right/down, respectively.
- The image will be 1000 pixels wide and 600 pixels high[1].
- Data for up to 100 vehicles identified by the PE will be returned without thresholding on confidence value. (NMS and similar operations will be done as a post-processing part of PE, however).
- Any processing like vehicle tracking & smoothing, lane-line smoothing, vehicle-lane assignment will be done as a pre-processing step of the AE.

```
struct frame_data = {
```

**Commented [11]:** are you sure? shouldn't it be the other way?

**Commented [12]:** usually the ones where 0,0 start from top has it that way. But we can have it any direction, just need to formalize.

**Commented [13]:** In images x is the horizontal axis,and y the vertical. the vertical axis is oriented from top to bottom, but as usual, horizontal from left to right

**Commented [14]:** Limit the number of vehicles due to non dynamic arrays?

**Commented [15]:** What about only return vehicles within ego, left and right lane?

**Commented [16]:** The left and right lanes will be determine at the AE end

[1] Although the Camera image sensor uses a higher resolution (2560x1440), the PE will effectively implement the algorithms on the stated (1000x600) resolution.

```
      lane_line[]; // an array of size 4 elements. Either none, or all, elements will be valid
      vehicle[];   // an array of size 100, with 0 or more valid elements
       int64 timestamp_sec; //epoch timestamp when the PE was generated
       int32 timestamp_nano; //epoch timestamp when the PE was generated

}

struct lane_line = {
    bool is_valid; // To mark the elements as valid/usable, since the memory is preallocated

    // parameters for straight line, represented as y = mx + c
    float m;
    float c;

}

struct vehicle = {
    bool is_valid; // To mark the elements as valid/usable, since the memory is preallocated

    float x0, y0; // top-left coordinate of the box
    float width, height; // width and height of the box, in pixels
    float distance; // distance in meters from the ego vehicle
    float confidence; // confidence value for detection between 0.0 and 1.0

    // The following elements are for future use, although they can be easily added later,
    // but helps define them now in case the protobufs need to be defined.
    int vehicle_type;

}
```

# (Hubble) Driver Performance Events

Close Following Event

## Close Following Event Definition

The Analysis Engine (AE) will be invoked after the perception engine outputs the frame data (or at 2hz, or a similar fixed frequency, which is TBD). The AE will:

1. Determine if the ego vehicle is moving above a certain minimum speed, and
2. Determine if any vehicle in the ego lane is within close distance (determined by calculating time-to-hit which is 0.7s ~~2.5 sec~~) for a minimum duration (15 seconds)
3. If so, it will start recording it as an event
4. After the event is over, it will send the sensor and the PE data for the event duration along with the 10 seconds before and after the event (pre-post duration).

### Configurable Parameters for the Close Following Event

These configurations can be updated as parameters from the server end.

1. t2h-threshold
   - Defined as the time for the ego vehicle to hit the vehicle in front, if the vehicle in front were stationary and the ego vehicle continues at the current speed.
   - Value: (0.7 sec)
2. min-time
   - To allow for transitory actions like lane change, over taking etc...
   - Value: (15 sec)
3. tolerance-time-window
   - Defined as the maximum time period for which the AE lets the event continue, even if the PE output says that close following is not happening. This is to allow for intermittent tailgating, missing tracking info,noise etc.
   - During this duration a watchdog timer will be running
   - Value: (5 sec)
4. min-speed
   - The close following, determined by the t2h, might not be dangerous below a certain speed or if the vehicle is stationary. This is to handle the vehicle stopping at a signal, etc.
   - Value: (56 kph / 35mph)

Another system wide parameter to determine the event data is the pre-post duration, to determine the event in context. This is taken as 10 seconds, both before and after the event.

**Detailed Data Flow**



The lane assignment subroutine will use an (additional) **lane_noise_handling_flag** which, when enabled, will also check if the lane lines are valid. If the lane lines are not valid, the frame data will be dropped. This flag would be set/reset as a server-side parameter, sent to the ELD as required.

**Note:** In upcoming version(s), some additional noise handling mechanism as the tail-gating box (described later) will be used and the entire frame data will not be dropped in case the lane lines are not detected properly.

### Reference Python Code for the AE Loop

```
while (vid_frames.isOpened() and motions_data.isOpened()):

    # Load Data (To be provided by framework)
    offline_id, _, (lines, vehicles) = next(motions_data)
    veh_spd = next(veh_spds)
    timestamp += 1/fps

    #Calculate t2h
    t2hs = [v["distance"]*3.6/veh_spd for v in vehicles]

    # Assign Lane Numbers
    lane_nums = assign_lanes(lines, vehicles)

    ######### EVENT ##########

    # see if unsafe t2h for any box
    is_t2h = False
    for ln, t2h in zip(lane_nums, t2hs):
        if ln == 0: is_t2h = ((is_t2h) or (t2h < event_params.t2h_th))
    event_globals.is_t2h = is_t2h

    """
    -1-+-3-+-----5-----+-7-

    1 - no threshold, no event
    2 - threshold just crossed
    3 - within tolerance, watchdog
    4 - within tolerance, watchdog just up
    5 - within tolerance, event in progress
    6 - no threshold, tolerance just up, end the event,
        generate the relevant data, and call reset to local flags
    7 - no threshold, no event, (back to 1)
    """

    # (2,3,4,5) this frame tailgating at high enough speed
    if (is_t2h and event_params.min_speed_th):

        if event_globals.event_in_progress: # (5) event already in progress
            pass # `

        else: # (2,3,4) event not started yet

            if event_globals.watchdog: # (3,4) watchdog is on

                if (timestamp - event_globals.first_t2h_timestamp) <
event_params.min_event_duration: # (3) if watchdog is not up
```

```
                    pass # do nothing, keep watchdog since the tailgating is on

                else: # (4) watchdog is up, begin the event
                    event_globals.watchdog = False
                    event_globals.event_in_progress = True
                    event_globals.event_start_time = event_globals.first_t2h_timestamp

            else: # (2) event watchdog not started yet, begin the watchdog
                event_globals.watchdog = True
                event_globals.first_t2h_timestamp = timestamp

        event_globals.last_t2h_timestamp = timestamp

    else:  # (1,3,4,5,6,7) this frame not tailgating or speed is slow

        if event_globals.event_in_progress: # (5,6) event already in progress


            # (5) if smoothing time is not up
            if (timestamp - event_globals.last_t2h_timestamp) < event_params.tolerence_th:
                pass

            else: # (6) Smoothing time is up, end the event at last_t2h
                events_list.append({
                    "Start":int(event_globals.event_start_time*10)/10,
                    "Ended":int(event_globals.last_t2h_timestamp*10)/10,
                    "batch":batch
                })
                print(end="!")
                event_globals_reset()

        else: # (1,3,4,7) event no started yet

            if event_globals.watchdog: # (3,4) watchdog is on

                # (3,4) if smoothing time is not up
                if (timestamp - event_globals.last_t2h_timestamp) < event_params.tolerence_th:
                    if (timestamp - event_globals.first_t2h_timestamp) <
event_params.min_event_duration: # (3) if watchdog is not up
                        pass # do nothing, keep watchdog since the tailgating is on

                    else: # (4) watchdog is up, begin the event
                        event_globals.watchdog = False
                        event_globals.event_in_progress = True
                        event_globals.event_start_time = event_globals.first_t2h_timestamp

                # (6) Smoothing time's up, don't start the event within watchdog,reset everything
                else:
                    event_globals_reset()

            else: # (1,7) no watchdog, reset should not be needed
                event_globals_reset()
                pass # do nothing

    ######## END EVENT ########
    serializeData()
    fnum +=1
```

## Pre Processing and Noise removal

We assume that the perception engine's output may miss the lane and vehicle detection completely or its output have some errors/noise at times. The noise removal and smoothing will be done in two stages. While the detailed noise removal and smoothing will be done by post-processing filters on the server/cloud end, some simpler preprocessing steps will be done at the Hubble end (the edge).

These parameters will be determined at the server, and updated just like camera parameters for the PE.

1. *Param*: **min-confidence** for vehicle
   For vehicles, we can use PE confidence scores to threshold for the vehicles' presence in the ego and other lanes.

The following noise handling will be implemented as the part of the first implementation of the AE.

2. *Flag:* **enable_lane_noise_handling**
3. *Params:* $m_k$-max, $m_k$-min, $c_k$-max, $c_k$-min, for $k \in \{0,1,2,3,\}$
   Discard the frames with lane lines with invalid lane lines, determined by the *m* and *c* values. The valid range of m and c values will be determined after some data analysis after initial data is gathered. These params will be used in conjunction with the '*enable_lane_noise_handling*' flag.

The following noise handling will be implemented as the part of the next implementation of the AE.

4. *Flag:* **enable_talgating_window_mode**
5. *Params*: **tailgating-window coordinates**, $x_0, y_0, w, h$
   Determine a typical rectangular region where the vehicles are present while tailgating is in progress. This can be used when the lane-lines are not determined properly. These params will be used in conjunction with the '*enable_talgating_window_mode*' flag.

## (Expected) Event Data Size

We are going to use the following (expected) values for calculating the data-structure size of a typical event per vehicle:

| Data Element | Value | Notes |
|---|---|---|
| Event Duration | 45 sec | • Average duration of an event ~25 sec.<br>• Adding a pre+post event of 10 sec each.<br>• Rounding up for expected value analysis.<br>• Max length of events has been observed for as long as 7~8 minutes (~450 sec). |
| Data Frequency | 2 Hz | • Previous data smoothing analysis (for 100 Hz DPE) shows 2 Hz ELD data provide good tradeoff. Will use the same for Hubble IMU parameters.<br>• PE Engine benchmarks reveal that we can get at least 10 fps for the road-facing-v1. With driver facing and the road-facing-v2 (with multi-resolution) in future, we can expect 2~5 fps.<br>• We can use the pessimistic value of 2 Hz at this point, and may increase after the final benchmarking of our PE algorithm.<br>• In case we can utilize a higher fps from the PE, we can increase the frequency of sensor data accordingly. |

| | | |
|---|---|---|
| Event Frequency | 13 Events per Hour | • This makes for 8.3% driving time<br>• [ HYPERLINK "https://docs.google.com/document/d/1lKmldntVToLhiWPxK8JJqP-OQVhE74Ht5CD0OhIEM3g/edit" \l "heading=h.5mmoe9pwvd3i" \h ] |
| Typical number of Driving hours | 11 Hours per day | • HoS regulations allow for 11 hours maximum<br>• This will make **143 events per vehicle per day** |
| **Number of Events** | **143** | • **143 events per vehicle per day** |

The following data will be accompanied by each frame:

| | | | Size in bytes (numeric) |
|---|---|---|---|
| **ELD Data** | | | **104 bytes** |
| Accelero | ax, ay, az | 3 floats | 12 |
| Gyro | wx, wy, wz | 3 floats | 12 |
| Vehicle | Speed & RPM,<br>accelerator & brake position<br>Veh_speed_valid_flag | 4 floats<br>1 int8 | 17 |
| GPS-Speed | vn, ve,vd,<br>speed-accuracy | 4 floats | 16 |
| GPS-Location | Lat, Lon, Height<br>Horiz_accuracy_m | 4 floats | 16 |
| GPS-misc | fix_type<br>PDOP<br>GPS_speed_valid_flag<br>Received_time (google-epoch[2]) | 3 int_8<br>1 (int64+int32) | 15 |
| GPS-Heading | heading,<br>heading_accuracy | 2 float | 8 |
| *Event Flags* | First Sensor Trig<br>Event in progress<br>GPS Location fix<br>GPS Heading fix<br>Veh SpeedValid<br>_, _, _ | 8 int_8 | 8 |
| **Hubble Sensors** | | | **36 bytes** |
| Accelero | ax, ay, az | 3 floats | 12 |

[2] [ HYPERLINK "https://developers.google.com/protocol-buffers/docs/reference/csharp/class/google/protobuf/well-known-types/timestamp" \h ]

| | | | |
|---|---|---|---|
| Gyro | wx, wy, wz | 3 floats | 12 |
| Megneto | mx, my, mz | 3 floats | 12 |
| | | | |
| **Perception Engine** | | | **562 bytes** |
| Lane-Lines [x4] | lane lines params | 2 floats 8x4 | 32 |
| Vehicles [x16] | Id,<br>lane-num,<br>Coordinates,<br>distance, t2H,confidence | 1 int32<br>1 int8<br>4 int32<br>3 floats<br>33x16 | 528 |
| Ego-vehicle Lane shifting flags | 2 flags, shifting, shifted | 2 int_8 | 2 |
| **TOTAL** | | | **702 bytes** |

**Commented [17]:** Although the PE will be sending upto 100 vehicles data, based on the position and the confidence, we will send the data of up to 16 vehicles in the ego and the adjacent lanes only

The following data is added once for the event. These are the expected values; the actual number of values might be different, especially for associated events data from the eld.

| | | | |
|---|---|---|---|
| offline_id | | 16 bytes | 16 |
| Associated Offline_id<br>Subtype<br>Trigger [x1] | Event(s) from ELD | 16 bytes<br>2 int8 | 18 |
| Event_start timestamp | | 1 (int64+int32) | 6 |
| event_length | excluding pre post | int32 | 4 |
| Gravity [x1] | gx, gy, gz, gmag | 4 float 1x16 | 16 |
| Gyro-bias [x2] | wbx, wby, wbz, wb_magnitude | 4 float 2x16 | 32 |
| Event classification | Subtype<br>trigger | 2 int8 | 2 |
| Valid ranges of the lane line params | Min and max values of m and c for the 4 lane lines | 2+2 float 4x16 | 64 |
| Misc | Additional data | 142 bytes | 142 |
| **TOTAL** | | | **300 bytes** |

The above estimates give us:

- 702 bytes per data structure
- 64 KB per event (702*90 + 300 = 63480)
- 9 MB per day per vehicle (143 events per vehicle per day, for 11 HoS)

# Backend

The details of the backend, including the data model and communication protocols, will be discussed in a different TDD. However, here we describe the post-processing filters that will be implemented on the server side for validating the events generated on the edge.

## Server Side filters for close following event

The server side filters will perform additional analysis on the event data to determine the validity. Since all the event data will be there in entirety, rather than in online fashion (frame by frame), better stats can be computed and utilized.

### Lane Data Smoothing

1. Outlier rejection for m/c data for lane lines. These can be computed for the event data itself and compared to the valid ranges saved in the event data.
2. Interpolation and smoothing of the m/c data for the missing/rejected frames.
3. These interpolations can be incorporated for creating better visualizations

## Parameters for Noise Handling

1. Updated lane lines stats for establishing validity of m/c data can be computed on the server and sent to the ELD. Detailed strategy will follow the preliminary analysis of the actual video data.
2. Valid Tailgating box will also be calculated on the server side, for each camera and will be sent to the edge for the noise reduction for the next version. Detailed strategy will follow the preliminary analysis of the actual video data.

## Milestones and Tasks

- Prototyping, PoC,V0
  - Done in Python
- Code v0 AE in C++
  - AE with dummy data in complete framework
- Code v1,
  - Determine the real parameters for noise reduction and smoothing
  - incorporate these elements in the code
- Code v2,
  - AE with complete framework and live PE data

Trial Exhibit
**542**
Case No. 3:23-cv-05261-RFL

https://gomotive.com/products/dashcam/ October 18, 2023

Motive Products Solutions Resources Company Customers Contact Login Get started

Products | AI Dashcam

# Smart, accurate, and responsive AI dash cams.

Reduce accidents and detect unsafe driving with unrivaled accuracy and speed. After all, fleet dash cams make the best eyewitness.

Get started Get a tour




Motive AI Dashcam successfully alerts drivers to unsafe driving behavior 86% of the time, 3-4x more than Samsara & Lytx. See VTTI results

How it works

## The AI Dashcam is powered by the leading AI processor and advanced computer vision algorithms.

### Alert in real time

AI instantly detects high-risk behavior with industry-leading accuracy and sends in-cab alerts to modify behavior in real time.

### Automate coaching

Our in-house safety team and advanced event intelligence analyze every video within seconds, then coach your drivers post-trip.

### Protect your business

Use HD video footage as in-the-moment evidence to protect your drivers from false claims and shield yourself against litigation.

ReShonda Spears
DOT Compliance Manager
Roush Industries

"Since implementing AI Dashcams, we've cut our accident rate by 50% and exonerated our drivers three times in the last year. That's a 100% exoneration rate. As a whole, I absolutely love the Motive product. Our experience has been touch-free."

## Behind the lens

How Motive's AI Dashcam improves fleet safety.

**Advanced AI detection models**

Our AI detection models recognize unsafe driving actions instantly. Audio and visual dash cam alerts enhance driver awareness in real time.



**Industrial-grade battery and design**

Critical video is captured even when the engine is off or when power is lost due to loose cables or accidents.



OMNI-MTV-00000158

**EX542.1**



**Industry-leading image quality**

With a dash cam resolution of up to 1440p, Motive offers the best image quality in the industry. Our dash cams don't miss a single detail.



**Best-in-class storage and reliability**

Retrieve dash cam footage from the last 30 to 235 hours to understand what happened. Up to 60 minutes of HD footage is available with every request.



**Quick Capture**

Commercial drivers can record high-risk events in their path instantly. Encourage drivers to share dash cam footage with the safety team.



**Driver privacy**

Use Driver Privacy Mode to disable the driver-facing camera. To ensure drivers' privacy off duty, activate the camera during working hours only.





## Pair with the AI Omnicam for complete 360° visibility

Effortlessly gain a holistic view of your fleet's operations by integrating side, rear, passenger, and cargo monitoring with your AI Dashcam.

Learn more →

Resources

## Inspire safety. Elevate performance.



Report

**The 2023 State of Safety report**

This survey of 1,100 businesses reveals that organizations that choose not to invest in safety are losing across the board.

Learn more →



Education Center

**Guided safety resources.**

Get access to free resources for safety leaders who are ready to build an AI-driven safety program.

Learn more →



Guide

**Coaching pays off.**

Fleets using Motive dash cam video to coach drivers have seen 22% fewer accidents and up to 10x ROI.

Learn more →



Case Study

**Can't put a price on AI.**

With Motive, Reliable Carriers perfected deliveries and improved visibility into fleet safety.

Learn more →

View more

## Frequently asked questions

What kinds of fleet driver safety events trigger video recordings? +

Does Motive's AI Dashcam require additional data usage on a smartphone? +

OMNI-MTV-00000159

**EX542.2**

**Does the AI Dashcam record the driver?** +

**Can the AI Dashcam be disconnected?** +

**How long does the AI Dashcam store video?** +

**How does live streaming work?** +

Get Started Today

## Prevent accidents and lower costs with Motive's fleet dash cam.

Get started | Get a tour



Motive

Get started

Login

+1 855-434-3564
sales@gomotive.com
support@gomotive.com

**Products**
- Compliance
- Driver Safety
- Tracking & Telematics
- Maintenance
- Motive Card
- Dispatch
- Sustainability
- Smart Load Board
- ELD compliance
- IFTA fuel tax reporting
- GPS tracking
- Trailer and equipment tracking
- WiFi Hotspot
- Reefer monitoring
- Dashcam
- AI Omnicam
- Driver experience
- Platform
- View all products

**Solutions**
- Construction
- Oil and gas
- Food and beverage
- Trucking and logistics
- Passenger transit
- Delivery
- Field service
- Agriculture
- Enterprise
- Small business

**Resources**
- Help center
- Content Library
- Guides
- Glossary
- Blog
- Customer stories
- Motive vs Samsara
- App Marketplace
- Developer portal
- Legal
- Sitemap

**Company**
- Leadership
- Careers
- Newsroom
- Awards and recognition
- Partners
- Referral Program
- Contact us

© 2013-2023 Motive Technologies, Inc.

Privacy Policy Terms of Service Do Not Sell Disclaimers

Trial Exhibit
557
Case No. 3:23-cv-05261-RFL

https://developer-docs.gomotive.com/reference/endpoints February 11, 2024

motive Log In

API Reference Search CTRL-K

# Endpoints

Our APIs can all be accessed through HTTPS requests to URLs like:

`https://api.keeptruckin.com/<version>/<endpoint>`

The preferred URL to access our APIs is:

`https://api.gomotive.com/<version>/<endpoint>`

All Motive APIs are versioned. If we intend to make breaking changes to the API which change the response format or request parameters, we will always increment the version.

Updated about 2 months ago

← Introduction Authentication → Chat

OMNI-MTV-00006327
**EX557.1**

Trial Exhibit
561
Case No. 3:23-cv-05261-RFL

https://gomotive.com/products/dashcam/ February 10, 2024

motive

Sales

Products | AI Dashcam

# Smart, accurate, and responsive AI dash cams.

Get started

Get a tour

Reduce accidents and detect unsafe driving with unrivaled accuracy and speed. After all, fleet dash cams make the best eyewitness.





New report: We surveyed 1,000 physical operations leaders. 59% say rising costs are their biggest threat. Will AI save the day? **Explore the findings**.

How it works

## The AI Dashcam is powered by the leading AI processor and advanced computer vision algorithms.

### Alert in real time

AI instantly detects high-risk behavior with industry-leading accuracy and sends in-cab alerts to modify behavior in real time.

### Automate coaching

Our in-house safety team and advanced event intelligence analyze every video within seconds, then coach your drivers post-trip.

### Protect your business

Use HD video footage as in-the-moment evidence to protect your drivers from false claims and shield yourself against litigation.

# Behind the lens

## How Motive's AI Dashcam improves fleet safety.

### Advanced AI detection models

Our AI detection models recognize unsafe driving actions instantly. Audio and visual dash cam alerts enhance driver awareness in real time.




### Industrial-grade battery and design

Critical video is captured even when the engine is off or when power is lost due to loose cables or accidents.



### Industry-leading image quality

With a dash cam resolution of up to 1440p, Motive offers the best image quality in the industry. Our dash cams don't miss a single detail.




### Best-in-class storage and reliability

Retrieve dash cam footage from the last 30 to 235 hours to understand what happened. Up to 60 minutes of HD footage is available with every request.




### Quick Capture

Commercial drivers can record high-risk events in their path instantly. Encourage drivers to share dash cam footage with the safety team.




### Driver privacy

Use Driver Privacy Mode to disable the driver-facing camera. To ensure drivers' privacy off duty, activate the camera during working



hours only.




---



## Pair with the AI Omnicam for complete 360° visibility

Effortlessly gain a holistic view of your fleet's operations by integrating side, rear, passenger, and cargo monitoring with your AI Dashcam.

Learn more →

**ReShonda Spears**
DOT Compliance Manager
Roush Industries

" Since implementing AI Dashcams, we've cut our accident rate by 50% and exonerated our drivers three times in the last year. That's a 100% exoneration rate. As a whole, I absolutely love the Motive product. Our experience has been touch-free. "

# Related resources




Benchmark report

## Motive achieves highest alert rates for six unsafe behaviors.

NEW study by Virginia Tech Transportation Institute reveals Motive's AI Dashcam successfully alerts drivers to unsafe driving behavior 86% of the time, 3-4x more than the latest models from Samsara and Lytx.

Explore results

### Most accurate AI

- Zero Harm and Zero Preventable Accidents →
- The quality of your AI processor matters. →
- Unlock 360 visibility with AI. →
- AI-powered dash cams are providing clarity in more ways than one →

### Driver safety

- Up to 10x ROI with AI dashcam and coaching →
- Curb distracted driving with the AI Dashcam. →
- Revolution last-mile safety with AI dash cams. →
- Dual-facing dash cams: Enhancing safety without impacting driver retention. →

### Installation and support

- AI Dashcam installation →
- AI Dashcam setup →
- AI Dashcam troubleshooting →
- Driver Safety troubleshooting →

# Frequently asked questions

**What kinds of fleet driver safety events trigger video recordings?**

Recordings are triggered by unsafe driving tendencies such as close following, cell phone use, and hard braking. Other triggers include hard cornering, hard accelerations, and seat belt violations. As we continue to train our AI detection models, this list will grow.

—

**Does Motive's AI Dashcam require additional data usage on a smartphone?** +

**Does the AI Dashcam record the driver?** +

**Can the AI Dashcam be disconnected?** +

**How long does the AI Dashcam store video?** +

**How does live streaming work?** +

**What is a fleet dash cam?** +

**How much does a dash cam bring down insurance?** +

**Are dash cams worth buying?** +

**What is the best dash cam for commercial fleets?** +

Get Started Today

**Prevent accidents and**



**What kinds of fleet driver safety events trigger video recordings?** +

**Does Motive's AI Dashcam require additional data usage on a smartphone?** —

No. A smart dash cam like ours uses cellular connectivity in the Vehicle Gateway to upload all triggered video content.

**Does the AI Dashcam record the driver?** +

**Can the AI Dashcam be disconnected?** +

**How long does the AI Dashcam store video?** +

**How does live streaming work?** +

**What is a fleet dash cam?** +

**How much does a dash cam bring down insurance?** +

**Are dash cams worth buying?** +

**What is the best dash cam for commercial fleets?** +

Get Started Today

## Prevent accidents and lower costs with



**What kinds of fleet driver safety events trigger video recordings?** +

**Does Motive's AI Dashcam require additional data usage on a smartphone?** +

**Does the AI Dashcam record the driver?** —

Motive offers road-facing and dual-facing dash cams to accommodate different fleet safety needs. The road-facing dash cam only has one camera that records what's on the road. The dual-facing dash cam has a road-facing and driver-facing camera that records in the cab. Administrators can activate Driver Privacy Mode to disable the driver-facing camera. Customers can purchase either AI dash cam.

**Can the AI Dashcam be disconnected?** +

**How long does the AI Dashcam store video?** +

**How does live streaming work?** +

**What is a fleet dash cam?** +

**How much does a dash cam bring down insurance?** +

**Are dash cams worth buying?** +

**What is the best dash cam for commercial fleets?** +

Get Started Today

## Prevent accidents and



**What kinds of fleet driver safety events trigger video recordings?** +

**Does Motive's AI Dashcam require additional data usage on a smartphone?** +

**Does the AI Dashcam record the driver?** +

**Can the AI Dashcam be disconnected?** —

If a fleet dash cam is disconnected, the driver and fleet administrator are notified automatically.

**How long does the AI Dashcam store video?** +

**How does live streaming work?** +

**What is a fleet dash cam?** +

**How much does a dash cam bring down insurance?** +

**Are dash cams worth buying?** +

**What is the best dash cam for commercial fleets?** +

Get Started Today

## Prevent accidents and lower costs with



**What kinds of fleet driver safety events trigger video recordings?** +

**Does Motive's AI Dashcam require additional data usage on a smartphone?** +

**Does the AI Dashcam record the driver?** +

**Can the AI Dashcam be disconnected?** +

**How long does the AI Dashcam store video?** —

The commercial dash cam stores footage from the past 30 to 235 hours.

**How does live streaming work?** +

**What is a fleet dash cam?** +

**How much does a dash cam bring down insurance?** +

**Are dash cams worth buying?** +

**What is the best dash cam for commercial fleets?** +

Get Started Today

## Prevent accidents and lower costs with



### What kinds of fleet driver safety events trigger video recordings? +

### Does Motive's AI Dashcam require additional data usage on a smartphone? +

### Does the AI Dashcam record the driver? +

### Can the AI Dashcam be disconnected? +

### How long does the AI Dashcam store video? +

### How does live streaming work?

Managers can view live dash cam video footage to train drivers remotely and reward them for safe driving. **This optional feature was built with driver privacy in mind. To use, it must be turned on by a fleet administrator.** In-cab audio and visual alerts notify drivers when the live stream starts and ends. These alerts can't be turned off. Only users with live streaming permissions can initiate this feature. —

### What is a fleet dash cam? +

### How much does a dash cam bring down insurance? +

### Are dash cams worth buying? +

### What is the best dash cam for commercial fleets? +

Get Started Today

## Prevent accidents and



### What kinds of fleet driver safety events trigger video recordings? +

### Does Motive's AI Dashcam require additional data usage on a smartphone? +

### Does the AI Dashcam record the driver? +

### Can the AI Dashcam be disconnected? +

### How long does the AI Dashcam store video? +

### How does live streaming work? +

### What is a fleet dash cam?

A fleet dash cam is a specialized camera system designed for commercial vehicles and fleets. It records real-time footage of a vehicle's surroundings and driver activities to enhance safety, monitor behavior, and provide valuable data for fleet management. Motive also provides cameras with **360-degree coverage**.

### How much does a dash cam bring down insurance? +

### Are dash cams worth buying? +

### What is the best dash cam for commercial fleets? +

Get Started Today

## Prevent accidents and



### What kinds of fleet driver safety events trigger video recordings? +

### Does Motive's AI Dashcam require additional data usage on a smartphone? +

### Does the AI Dashcam record the driver? +

### Can the AI Dashcam be disconnected? +

### How long does the AI Dashcam store video? +

### How does live streaming work? +

### What is a fleet dash cam? +

### How much does a dash cam bring down insurance?

While the impact on insurance costs varies, incorporating Motive AI Dashcams in commercial fleets can potentially lead to lower premiums. Advanced collision detection and AI-powered capabilities provide crucial evidence for exoneration, reduce fraudulent claims, and contribute to overall fleet safety – factors that insurance providers may consider in determining premiums.

—

### Are dash cams worth buying? +

### What is the best dash cam for commercial fleets? +

Get Started Today

## Prevent accidents and



What kinds of fleet driver safety events trigger video recordings? +

Does Motive's AI Dashcam require additional data usage on a smartphone? +

Does the AI Dashcam record the driver? +

Can the AI Dashcam be disconnected? +

How long does the AI Dashcam store video? +

How does live streaming work? +

What is a fleet dash cam? +

How much does a dash cam bring down insurance? +

Are dash cams worth buying? —

Absolutely, Motive AI Dashcams are highly recommended for fleets as they contribute significantly to fewer accidents, reduced accident-related costs, and improved driver behavior. They serve as indispensable tools for incident documentation and exoneration, driver coaching, and improving safety team efficiency.

What is the best dash cam for commercial fleets? +

Get Started Today

## Prevent accidents and



**What kinds of fleet driver safety events trigger video recordings?** +

**Does Motive's AI Dashcam require additional data usage on a smartphone?** +

**Does the AI Dashcam record the driver?** +

**Can the AI Dashcam be disconnected?** +

**How long does the AI Dashcam store video?** +

**How does live streaming work?** +

**What is a fleet dash cam?** +

**How much does a dash cam bring down insurance?** +

**Are dash cams worth buying?** +

**What is the best dash cam for commercial fleets?**

The Motive AI Dashcam **stands out** as an ideal choice for commercial fleets. It offers advanced features, including AI-powered detection of unsafe behaviors, ultrawide 1440p HD video, configurable storage, battery backup, and driver privacy controls.

Get Started Today

# Prevent accidents and



lower costs with Motive's fleet dash cam.

Get started

Get a tour



motive

Get started

Login

+1 855-434-3564

sales@gomotive.com

support@gomotive.com

| Products | Solutions | Resources | Company |
|---|---|---|---|
| Compliance | Construction | Help center | Leadership |
| Driver Safety | Public Sector | Content Library | Careers |
| Tracking & Telematics | Trucking and logistics | Webinars | Newsroom |
| Maintenance | Field service | Guides | Awards and recognition |
| Motive Fleet Card | Oil and gas | Glossary | Partners |
| Dispatch | Food and beverage | Blog | Contact us |
| Sustainability | Delivery | Customer stories | |
| ELD compliance | Passenger transit | Motive vs Samsara | |
| IFTA fuel tax reporting | Agriculture | Motive vs Lytx | |
| GPS fleet tracking | Small business | Motive vs Verizon Connect | |
| Equipment monitoring | Enterprise | App Marketplace | |
| WiFi Hotspot | | Developer portal | |

Reefer monitoring

AI Dashcam

AI Omnicam

Driver experience

Platform

View all products

Legal

Motive Matters: Ethics Hotline

Sitemap

© 2013-2024 Motive Technologies, Inc.

Privacy Policy Terms of Service Do Not Sell Disclaimers

Trial Exhibit
731
Case No. 3:23-cv-05261-RFL

https://developer-docs.gomotive.com/reference/http-version February 13, 2024

motive

Log In

API Reference

Search CTRL-K

# HTTP Version

All Motive APIs require HTTP/1.1 or higher in order to be called successfully. If an attempt is made to call the APIs with a version lower than 1.1, the API returns an `HTTP 426 Upgrade Required` response.

Updated almost 2 years ago

← API User

Request Methods →

Chat

Trial Exhibit
749
Case No. 3:23-cv-05261-RFL

https://web.archive.org/web/20180704100418/https:/keeptruckin.com/ February 14, 2024

https://keeptruckin.com/ Go MAY JUL AUG
592 captures 04
4 Apr 2001 - 26 Jan 2024 2017 2018 2019 About this capture




## One platform for fleets of all types

Whether your fleet is local or over the road, KeepTruckin is right for you.

COMPLIANCE TELEMATICS VIDEO INTEGRATIONS

ELD Compliance GPS Tracking Smart Dashcam

OMNI-MTV-00008742
EX749.1

- Vehicle Inspections
- Vehicle Diagnostics
- Driver Scorecards
- Fuel Tax Reporting
- Vehicle Utilization
- Open API
- Messaging

Buy Now

## Never worry about ELD compliance again

Set up your fleet for compliance in minutes with KeepTruckin's FMCSA-certified ELD. It is the easiest, most affordable way to achieve compliance today.

- #1 Rated ELD
- Vehicle Inspections
- Fuel Tax Reporting

Request Demo






## Get complete visibility into your fleet with advanced telematics

Stay on top of your fleet's operations from KeepTruckin's powerful dashboard. Reduce costs by tracking vehicle health, excessive idling and more.

- Real-time GPS Tracking
- Vehicle Utilization

Request Demo




## Protect drivers and improve efficiency with the power of video

KeepTruckin's video monitoring solution improves driver safety and reduces accident related costs.

- Smart Dashcam
- Driver Scorecards

Request Demo




# An integrated hardware platform

A modular IoT platform powered by a central Vehicle Gateway that can scale on demand when you need additional features.






### DRIVER APP

An easy-to-use app that tracks drivers' hours of service, vehicle inspections and more.

### ELECTRONIC LOGGING DEVICE

A powerful device that tracks all vehicle data and connects to the entire suite of devices.

### DASHCAM

A powerful dashcam solution that connects directly to the vehicle gateway.

“

KeepTruckin also helped us with our DOT compliance. We improved our CSA score. KeepTruckin is very easy and convenient to use for every fleet.



Maria Friedrich
Safety Director



## Trusted by fleets of all sizes

50,000 companies trust KeepTruckin

Learn Why




## Drivers love KeepTruckin

KeepTruckin is the easiest-to-use and most reliable Electronic Logging Device for iPhone and Android.

Download on the App Store

GET IT ON Google Play

OMNI-MTV-00008748

**EX749.7**

## Top-Rated Electronic Logbook App

KeepTruckin Electronic Logbook is the highest-rated among drivers.

4.8/5

★★★★★

After trying out several trucking apps I was skeptical that this one would be any different. Wow was I in for a surprise!!! Hands down the best log app out there!!



D Robinson

★★★★★

Easy to prir
your email.
ease and cc
when I han

R

Ro

★

PRODUCT

- ELD Compliance
- GPS Tracking
- Smart Dashcam
- IFTA Fuel Tax Reporting
- Driver Scorecards
- Vehicle Utilization
- Vehicle Inspection
- Vehicle Diagnostics
- Messaging

RESOURCES

- Newsletters
- Case studies
- Useful downloads
- API Documentation
- Pricing
- Compare

SUPPORT

ABOUT

FAQs

Support

Press

Company

Careers

Partners

CONTACT US

*855-434-ELOG*

*sales@keeptruckin.com*

*support@keeptruckin.com*

KEEP TRUCKIN © 2013-2018 KeepTruckin, Inc. | Privacy | Terms of Service

Trial Exhibit
897
Case No. 3:23-cv-05261-RFL

https://web.archive.org/web/20130715014011/http:/xrscorp.com/fleet-management-solutions/xrs/technology April 10, 2025

http://xrscorp.com/fleet-management-solutions/xrs/technology Go JUN JUL AUG 15 2012 2013 2014
7 captures 15 Jul 2013 - 7 Oct 2014
About this capture

REQUEST DEMO ROI CALCULATOR DEVICES LOGIN SUPPORT

XRS TURNPIKE SERVICES BY INDUSTRY

OVERVIEW RUN EFFICIENT RUN SAFE RUN EASY

XRS

SOLUTIONS
PARTNERS
INVESTORS
RESOURCES
NEWS
BLOG
ABOUT

Search GO

Compliance has become mobile.

XRS is virtually instant. It's truly "plug-and-play." The palm-sized "XRS Relay" device in the cab connects in minutes to your truck's engine. Through Bluetooth, the data is transferred wirelessly to the driver's mobile phone, tablet or rugged handheld. Then the data is uploaded automatically to a web-based application for real time visibility, exception alerts, and fleet analysis. 1, 2 3—life is easier for the driver, and the information is accurate and complete for the carrier.



XRS RELAY > BLUETOOTH DATA TRANSFER > XRS MOBILE > CELLULAR DATA TRANSFER > XRS CLOUD

The core competence of XRS is compliance. We're here to help you manage FMCSA issues and monitor DVIR to keep drivers safe and compliant, and trucks operating.

## XRS Relay

- 10 Minute installation
- Single cable
- Real time events
  - Hard brakes, faults, speeding
- Engine summary data captured hourly
- AVL captured every 5 minutes
- 1708/1939 Support
  - 1939 500kb support
- OTA Firmware updates installed at logout




## Mobile

The trucking market is mobile-ready. Mobile devices are already in truckers' hands. It only makes sense to use them.

**Phones & Tablets**

For fleet managers, XRS reports run on almost any platform, including Apple operating systems.

**Android**

XRS Mobile runs on phones and tablets with the flexibility of the leading OS.

**OEMs**

XRS in the cab is compatible on tablets, smartphones, and rugged devices from many OEMs, including Motorola, Intermec, Samsung, HTC, Casio, Sanyo and more to come.

**Ruggedized**

The stability of WinMo OS on technology that endures the day to day bumps, splashes, heat and cold.

A solid choice for those who work in rough environments.

**Web - Flexible Company Structure**

- Hierarchy Organizations
- Matrix-based Resource Groups for dynamic fleets and advanced reporting
- Shared Resources
- Self-Service Entity Moves




**User Friendly Tools**

- Always-on Alerts Module
- Favorites
- Global Search

**Frictionless Ramp up**

- Startup Wizard
- XRS Knowledgebase: Setup guides, training
- Embedded Videos, documentation
- Context Sensitive help
- Import Tools

## Integration

XRS easily blends fleets' other software applications with ours through our two-way mobile Application Programming Interface (API)

Easily integrate with other business systems using the XRS Mobile and XRS Web APIs

**XRS Mobile API**

Multiple proof-of-delivery applications have teamed with Xata to add compliance and performance data to their apps. XRS has its own signature capture feature, or it can be teamed with partners' solutions.

- Layer XRS on top of other mobile apps (POD)
- Flexible mobile app to mobile app integration
- Seamless driver workflow

**XRS Web API**

- Easy to implement
- REST web services
- Access to real-time and historical data
  - Entity Data
  - Messaging and Forms
  - HOS Status
  - Driver/Vehicle Events
  - Alerts
  - Summarized Report Data










3,487,777

domiciles/sites that customers manage and track

XRS

Our solutions collect and visualize the data that truck fleet owners, managers and drivers rely on to optimize efficiency, safety, compliance and ROI.

We take care of the numbers.
Our customers take care of business.

| ABOUT | SOLUTIONS | PARTNERS | SUPPORT | CONTACT |
|---|---|---|---|---|
| OVERVIEW | XRS | SPRINT | EMAIL | LOCATIONS |
| INVESTORS | TURNPIKE | VERIZON | BRANDING | EMAIL |
| MANAGEMENT | | AT&T | SITEMAP | |
| NEWS | | OTHER | | |
| EVENTS | | | | |
| MEDIA | | | | |

COPYRIGHT © 2012-13 XRS CORPORATION. ALL RIGHTS RESERVED. | POWERED BY FIREBRAND

1-800-745-9282

Trial Exhibit
1832
Case No. 3:23-cv-05261-RFL

| | |
|---|---|
| **From:** | "Dan Fuglewicz" <dfuglewicz@yahoo.com> |
| **Sent:** | Sat, 27 Dec 2014 15:43:30 -0600 (CST) |
| **To:** | "'Shoaib Makani'" <shoaib@keeptruckin.com> |
| **Subject:** | Additional Thoughts from Our Recent Conversation |
| **Attachments:** | DPF Resume - 2014-12-09.doc |

Hi Shoaib,

I've been thinking about our recent conversation. Thanks very much for the time! I'd like to add a few thoughts here that you can forward to the gentleman you said would be getting in touch with me. I am looking forward to continuing our conversations.

Firstly, enclosed is an updated resume.

Secondly, our conversation focused a lot on H/W – but H/W is only one aspect that needs to be well understood when working with heavy trucks / fleets. There are three aspects that are critical for successful interfacing to heavy trucks and satisfying heavy trucking fleets needs: 1) H/W, 2) S/W, and 3) understanding how heavy trucks & fleets really operate. So, using my experience gained from being responsible for > 100k embedded devices for XRS / Xata / Turnpike, I offer the following.

**<u>H/W:</u>**

It's obvious that any H/W connected to a heavy truck needs to operate "correctly". But it's the details in "correctly" that are critical. Of course there are recommended practices from organizations like SAE (i.e., J1455, J1587, J1708, J1939) that guide some of the design/operational aspects – but those aren't all of them. For example, how low of an operational voltage should be tolerable? I have personally seen trucks take the battery voltage down to 4.5 VDC at start-up. If the embedded device doesn't have an energy reserve, it will reboot when the truck starts. According to the Digi WVBA datasheet, its operational voltage is 9-36 VDC. It's not clear if it has an energy reserve, but if it doesn't, it will reboot at startup. Is that critical? It depends on what you're trying to obtain from the truck, and how long a device reboot takes. I know for sure that a device reboot would result in a data gap if you're trying to collect black box and perhaps some types of performance data.

SAE J1455 states the device should operate down to 6.5 VDC during cold cranking. Like I said, I've seen much lower. In order to survive these cold-cranking events, typically an energy reserve is included in the design. All XRS / Xata / Turnpike equipment has energy reserves – we made Digi add it to the X5. Other aspects that are critical are sensitivity to noise (conducted and radiated), load dump, temperature, humidity, and vibration. Of course, the device cannot emit excessive noise – conducted or radiated.

There are things that seem straight-forward, like the actual electrical interfaces for J1708 and J1939. But when talking to Volvo, Mack, and Freightliner, they all told me how the telematics companies keep getting it wrong. I worked with the truck OEMs to make sure our interfaces are electrically correct, and tolerant to the realities of what actually occurs in the field. Even cabling isn't straight-forward. Not everyone uses the J1939 9-pin OBD connector for data. Volvo & Mack use the OBDII-style connector, and don't even want telematics companies to connect there. I worked with Volvo & Mack to connect where they recommended, using appropriate cables. I wasn't hard, and this ensured that Volvo & Mack answered my questions when problems were seen on their trucks.

Keep in mind that Digi is not a trucking fleet telematics provider. They generalize to what the "average" use case is. The problem is the customer will want **<u>ALL</u>** of their trucks working on the system – heavy-, medium-, and light-duty. They are not satisfied if 95% of their fleet is on the system. When they switch to paperless logs, they want all vehicles to comply. I've heard this over and over. And I've had to deal with getting light- and medium-duty vehicles onto the XRS systems.

It's interesting to me to see everyone jumping on the wireless solution for obtaining vehicle data. Sure, that is a very good solution when you need to take the mobile device out of the cab, but most of the time it is in the cab, and many devices cannot operate for more than 10 hours running GPS and the mobile app and using wireless on its battery. Therefore, mobiles are plugged into a charger, which typically takes up the automotive accessory port (a.k.a., cigarette lighter). Why not plug the mobile directly into the embedded device for power, and then talk to it via USB? This eliminates the charger and ensures communication. That being said, having wireless is a good option for those who need portability. I think it's always good to offer options.

So, there are many details that must be carefully considered when it comes to H/W. And only one bad mistake will cause a ton of issues in the field – and cause a ton of expense. That being said, is it doable? Of course! But real expertise must be applied to ensure success.

**S/W:**

The embedded S/W must be rock solid, maintainable, adaptable, and field upgradable. I know we put a few man-years of effort into the XRS Relay, Xata X5 and XAM, and Turnpike RouteTracker. And we were always finding new aspects of vehicle operations that we had to adjust for. For example, newer Volvos & Macks do not precisely follow the J1708 & J1939 S/W standards. We had to adjust for them – it wasn't hard, but was somewhat unexpected, and it was critical that we could communicate correctly with those trucks.

Once you get into black box data recording (e.g., crash event recording) and performance data recording, sampling rates and data storage become very important. The XRS Relay and Turnpike RouteTracker did a great job at this. Unfortunately, the Digi X5 did not. It could not keep up with the data rates we needed and it lost data. We had a few truck crashes where the black box data record was incomplete – and that just will not cut it from the fleet's perspective. And at one point Digi told us the X5 was no longer being actively upgraded / supported – that put us into a difficult situation – and we (obviously) stopped selling them.

We took a lot of time designing the embedded S/W so that it could record data when there was no mobile device present, and then when the mobile device was there, pre-recorded data was delivered and assimilated into the system. This is also very important. Fleets need to know where their trucks are, and how they're being operated at all times. We had drivers purposefully turn off the mobile device, thinking operational data wouldn't be recorded. They were wrong, and the fleets appreciated our ability to catch these events.

We also had to design the S/W to be very fault tolerant. If the vehicle wasn't operating correctly, we had to be able to collect enough data, not only to keep operating and producing as many reports as we could, but to clearly show the fleet manager why a particular truck was having a specific issue. Several times we ended up debugging their trucks – sometimes by going into the field. We directly exposed issues (bugs) on Detroit Diesel and Volvo engines. You will find that customers will blame you for incorrect truck operations – mostly because you will have an aftermarket device sitting on the data bus. And the OEMs will also blame you. The good news is that if you know what data to collect, and can present it in logical form, both the fleets and OEMs will accept your conclusion – and the fleets really start to trust you and your data.

Eventually, you will want to get into fault code reporting. This information is very important to fleets. On J1939, if more than one fault code is present, it comes across via an extended message. J1587 can have extended messages as well. It is very important that extended messages be supported, so all data broadcast on the data bus is read and used. It's also very important to represent the faults correct in the host reports.

**Understanding Heavy Truck Operations:**

I have found that working for trucks fleets is the most difficult group of customers I've ever worked with. They want all of their trucks to be on the system. They blame you for all kinds of problems that end up being **not** the telematics system. They require you to have a working system – but refuse to fix an aspect of the vehicle that prevents the system from operating correctly (e.g., faulty speed sensor). But this is a huge market, with a lot of money to be made. The key is

to build a team that knows how trucks and fleets operate, and can reply on experience to help the fleet through their issues. And then build a rock-solid system that performs.

The upcoming ELD Mandate is very exciting, and I think the forward-looking telematics providers, the ones who give the best overall value, will really make out in the market. The fleets will not only want HOS, but they will also want vehicle performance, driver behavior monitoring, safety system data, crash data, and be able to perform predictive maintenance. While the ELD mandate is all about HOS, fleets will buy the systems that provide the "total package" – at least that's my humble opinion.

**Summary**:

While the vehicle data aspect of a telematics systems is very complicated, and there are many angles that must be considered, it is definitely possible. Care must be used when partnering with anyone who isn't an "on-vehicle" expert. Even vehicle diagnostics equipment suppliers like Dearborn Group, Intrepid Control Systems, or Noregon, while they have a ton of experience, it's mostly on equipment in development, or new vehicles, or with vehicles that are not moving. It's the permanently-installed, always on, systems that needs to be able to take a beating (for years), and be compatible with the last 20 years' worth of trucks from 10 (or so) different manufacturers.

We had quite a few issues with Digi. The reason we could weather those "storms" was because we only had about 8k active devices on the X5 – but even then, any issue (H/W, S/W, or with their cloud) caused a lot of problems, slow responses, and angry customers. Note that I'm not trying to pound on Digi – I'm just stressing that when you control the embedded H/W and S/W these problems are much more of a rare occurrence – and can be responded to very quickly. Is it a good long-term solution to trust another company with a critical aspect of your company?

I could go on & on, but I think this is enough to assimilate for now. ☺

Again, thanks for your time the other day, and I look forward to talking to you or to someone from your team.

Have a Happy New Year!

Best Regards,

Dan Fuglewicz
716-698-0908

Trial Exhibit
1957
Case No. 3:23-cv-05261-RFL

**From:** "Joe Kraus" <jkraus@google.com>
**Sent:** Mon, 5 Jan 2015 15:33:36 -0600 (CST)
**To:** "Shoaib Makani" <shoaib@keeptruckin.com>
**Subject:** Re: Additional Thoughts from Our Recent Conversation

---

If we don't get him, we need someone with those insights.

Let me know if I can help on recruiting

On Monday, January 5, 2015, Shoaib Makani <shoaib@keeptruckin.com> wrote:

> agree on all points. assuming meeting next week goes well, we are going to aggressively pursue him.
>
> On Mon, Jan 5, 2015 at 1:19 PM, Joe Kraus <jkraus@google.com> wrote:
>
>> sorry for the delay. I was trying to stay off devices for about 10 days. Back on now, obviously.
>>
>> First off, when I read the email, I was really impressed with the level of detailed understanding of the problem. Second feeling I had was being overwhelmed with a fear that we're not ready for what we're getting into given all the corner-cases he's describing and the level of operational expertise our competitors may be bringing to the table.
>>
>> All in all, this guy seems like he would seriously tune-up our perspective on how to succeed in the market.
>>
>> --joe
>>
>> On Mon, Jan 5, 2015 at 1:11 PM, Shoaib Makani <shoaib@keeptruckin.com> wrote:
>>
>>> quick update -- we are bringing Dan out next week to meet the team. We are making progress on our integration with the Digi device and will continue that no matter what happens with Dan. But we are feeling pretty good about him -- he would round out the team really nicely with deep automative hardware/software experience.
>>>
>>> On Mon, Dec 29, 2014 at 1:53 PM, Shoaib Makani < shoaib@keeptruckin.com> wrote:
>>>
>>>> Joe -- we have an opportunity to pick up the guy who lead the development of the XRS relay device. XRS is the co that was acquired by Omnitracs a few months back for their smartphone/tablet based eld platform. Would be the guy to lead our own hardware dev efforts if we wanted to go that route. Would be a hedge to digi. Thoughts?
>>>>
>>>> Shoaih
>>>>
>>>> On Sun, Dec 28, 2014 at 4:43 AM, Dan Fuglewicz < dfuglewicz@yahoo.com> wrote:
>>>>
>>>>> Hi Shoaib,
>>>>>
>>>>> I've been thinking about our recent conversation. Thanks very much for the time! I'd like to add a few thoughts here that you can forward to the gentleman you said would be getting in touch with me. I am looking forward to continuing our conversations.
>>>>>
>>>>> Firstly, enclosed is an updated resume.

Secondly, our conversation focused a lot on H/W – but H/W is only one aspect that needs to be well understood when working with heavy trucks / fleets. There are three aspects that are critical for successful interfacing to heavy trucks and satisfying heavy trucking fleets needs: 1) H/W, 2) S/W, and 3) understanding how heavy trucks & fleets really operate. So, using my experience gained from being responsible for > 100k embedded devices for XRS / Xata / Turnpike, I offer the following.

**<u>H/W:</u>**

It's obvious that any H/W connected to a heavy truck needs to operate "correctly". But it's the details in "correctly" that are critical. Of course there are recommended practices from organizations like SAE (i.e., J1455, J1587, J1708, J1939) that guide some of the design/operational aspects – but those aren't all of them. For example, how low of an operational voltage should be tolerable? I have personally seen trucks take the battery voltage down to 4.5 VDC at start-up. If the embedded device doesn't have an energy reserve, it will reboot when the truck starts. According to the Digi WVBA datasheet, its operational voltage is 9-36 VDC. It's not clear if it has an energy reserve, but if it doesn't, it will reboot at startup. Is that critical? It depends on what you're trying to obtain from the truck, and how long a device reboot takes. I know for sure that a device reboot would result in a data gap if you're trying to collect black box and perhaps some types of performance data.

SAE J1455 states the device should operate down to 6.5 VDC during cold cranking. Like I said, I've seen much lower. In order to survive these cold-cranking events, typically an energy reserve is included in the design. All XRS / Xata / Turnpike equipment has energy reserves – we made Digi add it to the X5. Other aspects that are critical are sensitivity to noise (conducted and radiated), load dump, temperature, humidity, and vibration. Of course, the device cannot emit excessive noise – conducted or radiated.

There are things that seem straight-forward, like the actual electrical interfaces for J1708 and J1939. But when talking to Volvo, Mack, and Freightliner, they all told me how the telematics companies keep getting it wrong. I worked with the truck OEMs to make sure our interfaces are electrically correct, and tolerant to the realities of what actually occurs in the field. Even cabling isn't straight-forward. Not everyone uses the J1939 9-pin OBD connector for data. Volvo & Mack use the OBDII-style connector, and don't even want telematics companies to connect there. I worked with Volvo & Mack to connect where they recommended, using appropriate cables. I wasn't hard, and this ensured that Volvo & Mack answered my questions when problems were seen on their trucks.

Keep in mind that Digi is not a trucking fleet telematics provider. They generalize to what the "average" use case is. The problem is the customer will want **<u>ALL</u>** of their trucks working on the system – heavy-, medium-, and light-duty. They are not satisfied if 95% of their fleet is on the system. When they switch to paperless logs, they want all vehicles to comply. I've heard this over and over. And I've had to deal with getting light- and medium-duty vehicles onto the XRS systems.

It's interesting to me to see everyone jumping on the wireless solution for obtaining vehicle data. Sure, that is a very good solution when you need to take the mobile device out of the cab, but most of the time it is in the cab, and many devices cannot operate for more than 10 hours running GPS and the mobile app and using wireless on its battery. Therefore, mobiles are plugged into a charger, which typically takes up the automotive accessory port (a.k.a., cigarette lighter). Why not plug the mobile directly into the embedded device for power, and then talk to it via USB? This eliminates the charger and ensures communication. That being said, having wireless is a good option for those who need portability. I think it's always good to offer options.

So, there are many details that must be carefully considered when it comes to H/W. And only one bad mistake will cause a ton of issues in the field – and cause a ton of expense. That being said, is it doable? Of course! But real expertise must be applied to ensure success.

**S/W:**

The embedded S/W must be rock solid, maintainable, adaptable, and field upgradable. I know we put a few man-years of effort into the XRS Relay, Xata X5 and XAM, and Turnpike RouteTracker. And we were always finding new aspects of vehicle operations that we had to adjust for. For example, newer Volvos & Macks do not precisely follow the J1708 & J1939 S/W standards. We had to adjust for them – it wasn't hard, but was somewhat unexpected, and it was critical that we could communicate correctly with those trucks.

Once you get into black box data recording (e.g., crash event recording) and performance data recording, sampling rates and data storage become very important. The XRS Relay and Turnpike RouteTracker did a great job at this. Unfortunately, the Digi X5 did not. It could not keep up with the data rates we needed and it lost data. We had a few truck crashes where the black box data record was incomplete – and that just will not cut it from the fleet's perspective. And at one point Digi told us the X5 was no longer being actively upgraded / supported – that put us into a difficult situation – and we (obviously) stopped selling them.

We took a lot of time designing the embedded S/W so that it could record data when there was no mobile device present, and then when the mobile device was there, pre-recorded data was delivered and assimilated into the system. This is also very important. Fleets need to know where their trucks are, and how they're being operated at all times. We had drivers purposefully turn off the mobile device, thinking operational data wouldn't be recorded. They were wrong, and the fleets appreciated our ability to catch these events.

We also had to design the S/W to be very fault tolerant. If the vehicle wasn't operating correctly, we had to be able to collect enough data, not only to keep operating and producing as many reports as

we could, but to clearly show the fleet manager why a particular truck was having a specific issue. Several times we ended up debugging their trucks – sometimes by going into the field. We directly exposed issues (bugs) on Detroit Diesel and Volvo engines. You will find that customers will blame you for incorrect truck operations – mostly because you will have an aftermarket device sitting on the data bus. And the OEMs will also blame you. The good news is that if you know what data to collect, and can present it in logical form, both the fleets and OEMs will accept your conclusion – and the fleets really start to trust you and your data.

Eventually, you will want to get into fault code reporting. This information is very important to fleets. On J1939, if more than one fault code is present, it comes across via an extended message. J1587 can have extended messages as well. It is very important that extended messages be supported, so all data broadcast on the data bus is read and used. It's also very important to represent the faults correct in the host reports.

**Understanding Heavy Truck Operations:**

I have found that working for trucks fleets is the most difficult group of customers I've ever worked with. They want all of their trucks to be on the system. They blame you for all kinds of problems that end up being **not** the telematics system. They require you to have a working system – but refuse to fix an aspect of the vehicle that prevents the system from operating correctly (e.g., faulty speed sensor). But this is a huge market, with a lot of money to be made. The key is to build a team that knows how trucks and fleets operate, and can reply on experience to help the fleet through their issues. And then build a rock-solid system that performs.

The upcoming ELD Mandate is very exciting, and I think the forward-looking telematics providers, the ones who give the best overall value, will really make out in the market. The fleets will not only want HOS, but they will also want vehicle performance, driver behavior monitoring, safety system data, crash data, and be able to perform predictive maintenance. While the ELD mandate is all about HOS, fleets will buy the systems that provide the "total package" – at least that's my humble opinion.

**Summary**:

While the vehicle data aspect of a telematics systems is very complicated, and there are many angles that must be considered, it is definitely possible. Care must be used when partnering with anyone who isn't an "on-vehicle" expert. Even vehicle diagnostics equipment suppliers like Dearborn Group, Intrepid Control Systems, or Noregon, while they have a ton of experience, it's mostly on equipment in development, or new vehicles, or with vehicles that are not moving. It's the permanently-installed, always on, systems that needs to be able to take a beating (for years), and be compatible with the last 20 years' worth of trucks from 10 (or so) different manufacturers.

We had quite a few issues with Digi. The reason we could weather those "storms" was because we only had about 8k active devices on the X5 – but even then, any issue (H/W, S/W, or with their cloud) caused a lot of problems, slow responses, and angry customers. Note that I'm not trying to pound on Digi – I'm just stressing that when you control the embedded H/W and S/W these problems are much more of a rare occurrence – and can be responded to very quickly. Is it a good long-term solution to trust another company with a critical aspect of your company?

I could go on & on, but I think this is enough to assimilate for now. ☺

Again, thanks for your time the other day, and I look forward to talking to you or to someone from your team.

Have a Happy New Year!

Best Regards,

Dan Fuglewicz

716-698-0908

--
Shoaib Makani
keeptruckin.com
twitter.com/smakani
linkedin.com/in/smakani

--
Shoaib Makani
keeptruckin.com
twitter.com/smakani
linkedin.com/in/smakani

--
Joe Kraus
Partner, Google Ventures
cell:650-208-2022
http://joekraus.com

--
Shoaib Makani
keeptruckin.com
twitter.com/smakani
linkedin.com/in/smakani

--
Joe Kraus
Partner, Google Ventures
cell:650-208-2022
http://joekraus.com

Trial Exhibit
1964
Case No. 3:23-cv-05261-RFL

omnitracs

**Omnitracs, LLC**

717 N. Harwood Street, Suite 1300
Dallas, TX 75201
(800) 647-3325

www.omnitracs.com

September 25, 2018

KeepTruckin
Attn: Shoaib Makani, CEO
370 Townsend Street, Suite 420
San Francisco, CA 94107

Dear Shoaib,

Thank you for your letter dated August 6, 2018.

[redacted] With respect to your request for some additional reasons for our concerns here, it appears that, thanks to Dan and his intimate knowledge of the technology, your company had a significant head start in getting your products to market. It is also easy to see that your products look a lot like the XRS Relay Unit product. We do not consider this issue resolved at this point, and we would appreciate if we could continue the dialog. [redacted]

With respect to your request for more information regarding our patents, we previously highlighted five patents for your consideration: U.S. Patent Nos. 6,317,668 ("the '668 patent"); 9,064,422 ("the '422 patent"); 9,633,568 ("the '568 patent"); 9,262,873 ("the '873 patent"); and 9,390,628 ("the '628 patent"). These patents can be categorized into two distinct families: (1) the electronic logging device (ELD) compliance family, which includes the '668 and '422 patents; and (2) the driver scorecard family, which includes the '568, '873, and '628 patents.

Turning first to the ELD compliance family, the '668 and '422 patents generally relate to a device and system that automatically maintains a paperless log for a driver, including the hours of service (HOS) information. As you are aware, the Moving Ahead for Progress in the 21st Century Act – MAP-21 was signed into law on July 6, 2012 and mandated commercial motor vehicle drivers to adopt compliant ELDs. Omnitracs, however, has been at the forefront of this development as early as 1999. *See e.g.*, the '668 patent. Indeed, the two patents in this family provide devices and techniques to seamlessly maintain and transmit the HOS information without burdening the drivers.

Turning next to the driver scorecard family, the '568, '873, and '628 patents provide techniques for the fleet operator, for example, to monitor and collect a set of metrics relating to the operation of the vehicle and the driver. To this end, these patents provide techniques to monitor events related to the driver's

omnitracs

**Omnitracs, LLC**

717 N. Harwood Street, Suite 1300
Dallas, TX 75201
(800) 647-3325

www.omnitracs.com

interaction with the vehicle (e.g., hard braking, speeding, etc.) and to generate an electronic driver scorecard according to specified safety and efficiency criteria.

I hope that the additional information is helpful. Please let me know your thoughts on us discussing the potential of a business arrangement between our companies, including whether KeepTruckin would be interested in licensing our patents.

Sincerely,

Ray Greer
CEO
Omnitracs, LLC

cc: Janine A. Carlan, Esq.

Trial Exhibit
3459
3:23-CV-05261-RFL

# Hubble User Stories

**Creator:** joe@gomotive.com
**Date Created:** 7/2/2021 11:07:36 AM -05:00
**Last Modifier:** joe@gomotive.com
**Date Last Modified:** 7/2/2021 12:23:43 PM -05:00
**Page Version:** 1
**Space:** Embedded

---

# Product Requirements Document

View the latest release in this Google Drive folder.

# Hubble v11 : 2021-09-15

Hubble **v11** is the first post launch update. Focus will be Reliability, Live Streaming, AI Improvements

| Feature | User Stories |
|---|---|
| Camera Initialization | |
| Close Following | |
| Distraction - Cell Phone Usage | |
| In Cab Alerts | |
| Live Streaming | |

# Hubble v10: 2021-07-15

Hubble **v10** is the product launch release

| Feature | User Stories |
|---|---|
| Audio / Video Recording | • The camera shall bootup and start recording from all connected sensors within 60 seconds of power being applied<br>• The camera shall start recording when commanded by the connected host to start recording<br>• The camera shall record video to internal storage in 5 minute clips. Clips are .mp4 and stored in the C:\Normal folder<br>    o The video shall be encoded in hvend (.h265 ) format<br>    o The video resolution and frame rate are fixed. The default frame rate is 30 fps. See Supported Camera Modes for more information<br>    o The video bitrate is configurable remotely in increments of 100 KBPS. Default bitrate is 3 MBPS front, 2 MBPS rear. See Supported Camera Modes for more information<br>    o The camera shall delete the oldest files to make room for new files. Recording shall never stop<br>    o The camera shall store at least the previous 40 hours of recorded video<br>    o Audio may be captured in PCM format and stored in the .mp4 contain. This option is remotely configurable<br>• The camera shall generate a timeline file to advertise camera recording sessions stored in internal flash. |

| | |
|---|---|
| | ◦ The file list shall include recording start times and file duration<br>◦ The timeline shall be calculated at boot up and updated while recording to remove deleted sessions and add new sessions<br>• The camera shall respond to clip requests from a connected USB hosts<br>◦ Clip requests shall provide a start time, duration, and file prefix. The max duration is 60 seconds<br>◦ The camera will compile a new .mp4 file in the C:\EVENT folder with the file prefix supplied<br>◦ The camera shall include audio in the .mp4 file if audio capture is enabled<br>◦ The camera shall report an error if the requested clip compilation fails<br>• The camera shall continue recording in "emergency mode" if camera loses power while recording<br>◦ The emergency mode recording time shall be configurable remotely, default is 30 seconds. |
| Still Capture | • The camera shall create a JPEG still capture image from all available sensors when commanded by the connected host<br>• Image compression shall be configurable by quality from 0 - 100, where 0 means minimal quality,max compression and 100 means maximum quality,minimum compression.<br>• The compression setting shall be globally stored and persistent across reboots or provided as part of the still capture request<br>• JPEG files shall be stored in the C:\EVENT folder<br>• JPEG files shall use the filename prefix provided in the image capture request. |
| Internal Storage Access | The camera will produce a JPEG still capture image from all available sensors.<br><br>• The camera will support the image breadcrumb feature. Images will appear on the fleet admin site<br>• A driver may request an installation image from the KT mobile application using the existing image installation check diagnostic screen button.<br>• Image compression will be done by the camera with the option of additional compression done by the LBB. Camera setting is not configurable. |
| Camera Time | The camera will produce a JPEG still capture image from all available sensors.<br><br>• The camera will support the image breadcrumb feature. Images will appear on the fleet admin site<br>• A driver may request an installation image from the KT mobile application using the existing image installation check diagnostic screen button.<br>• Image compression will be done by the camera with the option of additional compression done by the LBB. Camera setting is not configurable. |
| Firmware Update | The camera will produce a JPEG still capture image from all available sensors.<br><br>• The camera will support the image breadcrumb feature. Images will appear on the fleet admin site<br>• A driver may request an installation image from the KT mobile application using the existing image installation check diagnostic screen button.<br>• Image compression will be done by the camera with the option of additional compression done by the LBB. Camera setting is not configurable. |
| | • Camera Initialization shall be required for AI features, close following and distraction<br>◦ State 1: uninitialized : generate cam init dpe events, AI disabled<br>◦ State 2: in progress: do not generate cam init dpe events, AI disabled<br>◦ State 3: initialized: do not generate cam init dpe events, AI enabled<br>• The camera shall generate a dpe in the composite dpe file for cam_init events<br>◦ The dpe shall have at most 10 seconds of pre event data |

Trial Exhibit
4074
3:23-CV-05261-RFL

# SMB Business Model

Steering Committee Presentation #2

September 17, 2018



omnitracs
innovation driven.

© 2016 Omnitracs, LLC. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OMNI-MTV-01952952

EX4074.1

# Competitive Scorecard Categories

- **Price** – Total cost of service (hardware + software)
- **Market Strength** – Solution fit for SMB space and reach of the company. A measure of the level of core competencies focused around SMB
- **Customer Service** – The level and availability of support a customer has access to
- **Compliance** – The ability to cover current and future regulations
- **Innovation** – The markets perception of how modernized the product is
- **Ease of Use** – How user friendly the back office and product applications are
- **Business Maturity** – Access to capital, longevity of the business, and management team strength
- **Product Breadth** – How many feature/functions are available throughout the product offering

| Category | Telematics Weighted | R & D Weighted |
|---|---|---|
| Price | 1.5 | 1.5 |
| Market Strength | 1 | 1 |
| Customer Service | 1 | 1.5 |
| Compliance | 0.25 | - |
| Innovation | 1 | 1 |
| Ease of Use | 1.5 | 1 |
| Business Maturity | 1 | 0.5 |
| Product Breadth | 0.5 | 0.5 |


© 2013 Omnitracs, LLC. All rights reserved.

omnitracs innovation driven

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OMNI-MTV-01953019

EX4074.68

# Telematics Competitive Analysis (ES, XRS, RNT)




*Will validate initial perspectives with customers

# Telematics Scoring Summary

Many areas of strength for Omnitracs aren't as important to SMB

| Company | Total | Weighted Score | Rank |
|---|---|---|---|
| Verizon Connect | 31 | 30.75 | 1 |
| KeepTruckin | 26 | 29 | 2 |
| Geotab | 28 | 27.75 | 3 |
| Samsara | 26 | 27.5 | 4 |
| **Omnitracs** | **30** | **26.25** | **5** |
| PeopleNet | 22 | 19.75 | 6 |

## SMB Findings

- Verizon Connect is well-established and excels in areas important to SMB
- KeepTruckin and Samsara's products are viewed as more innovative and user friendly
- Our biggest ELD competitors in SMB are upstarts
- Omnitracs is really strong in experience, customer support, and compliance
- Omnitracs is 2nd in Total, but falls to 5th when weighted for SMB


© 2018 Omnitracs, LLC. All rights reserved.

omnitracs innovation driven

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



EX4074.70

Trial Exhibit
3294
3:23-CV-05261-RFL

# Galileo Backend Design (Q1-2022)

| | |
|---|---|
| Owners: | Himanshu Dhillon Chandra Rathina |
| Reviewers: | Nico VayiasJoe Pulver Kartik Aiyer Jim GorskiGuru SivanesanRahul Singh Arvind RamachandranMuhammad BilalSivanesh Manoharan Gautam DasArash (Ash) OutadiRicardo Guevara |
| Status: | [**Draft**, Reviewed, InDevelopment, Completed] |
| GoLink: | |
| Created At: | Oct 19, 2021 |
| Updated At: | |
| Linked TDDs: | • SRC - Video Recall<br>• Embedded Linux Application Architecture<br>• Embedded LTE Connectivity<br>• IoT Scalable Jobs - Custom Jobs<br>• Video Recall v2 - Safety<br>• Low Power Modes<br>• LTE Connectivity<br>• AWS IoT Registration<br>• Galileo SecureBoot<br>• SRC - Factory Testing |
| PRD: | PRD - Side and Rear Camera - H2 2022 |

**Sign off** 1
**Overview** 1
**Product Features** 2
New features: 2
Scope 3
Q1 2022 (Till March end) 3
PoC &/or Data analysis [Optional] 3
High-level design 3
Device import 3
CSV columns (for Q1 2022 release) 4
Data model changes 5
Database: 7
Communication from device to backend (breadcrumbs) 8
Other Options Considered 12
Options for Rest endpoint 14
Options for message consumption from Kafka (backend) 14

TDD template https://docs.google.com/document/d/1okPRPvLLJ0YiZxSQE7Tx-ehWmRHNr5JmxQNSaBAglJE/edit

## Existing communication channels *(for reference)*

- Asset Gateway (AG) (source)




- Overview of data flow from AG
  1. MQTT receives the message from AG and sends them to the S3 Bucket based on topic names.
  2. S3 send the message to SQS along with S3 key details
  3. SQS Consumer trigger lambda
  4. Lambda receives the SQS Event and get the data from S3 based on the key and bucket values
  5. Deserialize the breadcrumb data and process it.

- Other points to note
  1. Data is something similar to a breadcrumb sent in batches of 5 breadcrumbs
  2. Interesting thing to note is that vehicle / VG association with AG is done programmatically on the fly by backend. This is done by trying to match the information received from AG and VG.
  3. Configuration management is done through IOT servers by pushing the desired configuration to shadow ( not sure if this is the right phrase to describe it)

- Camera
  - Video Recall (source)




Overview of data flow

1. Server pushes a Video Recall Request to the ELD via IOT
2. ELD sends a request to the POST API endpoint "eld/e1/camera_medias."
3. Server responds to the request with a presigned upload url
4. ELD uploads video to S3
5. File upload triggers a lambda function (via an SQS queue) that untars the file and puts them back on S3
6. Lambda notifies the backend of untar process completion via an SNS
7. Backend initiates transcoding jobs on Elastic transcoder

  - Driver performance event, Vehicle Gateway triggered




**Commented [49]:** can we add some more detail around:
1) how does the server get the timeline to know what video-recalls are available?
2) what does the camera media table do? When do we write to it, read from it?

**Commented [50]:** @himanshu.dhillon@keeptruckin.com

**Commented [51]:** @nicolas.vayias@keeptruckin.com

a) The timeline is sent as part of camera message (event= video_timeline) every 15 mins. Is is stored in vehicle metadata table.

b) camera_media is sort of meta data for the video, including the status of when it is available (after transcoding). It is created at the POST call to get S3 URL

**Commented [52]:** it will be great if we can eliminate having the device to POST to k2-web.

device should know where to upload videos directly after it gets the job request thru mqtt. either a predefined s3 bucket or a presigned url is on the job document

**Commented [53]:** Yes, we plan to send the URL in the job request.

Overview of data flow

1. ELD sends a message of type driver_performance
2. ELD sends a request to the POST API endpoint eld/e1/camera_medias.
3. Server responds with a yes / no based on filtering of the driver performance event if a video is needed or not (along with pre signed S3 url)
4. ELD uploads video to S3.
5. Other steps follow which involve untaring and transcoding the media.

- Driver performance event (Close following), Camera triggered (source)




1. We receive a close-following event “File” in FIS from ELD/ VG.
2. Kafka message is generated for new event arrival (identifier + file path)
3. We consume Kafka messages at Safety service. We will store the event header information and call “Event Filtering Service”
4. If the event is accepted, request k2 web to create the DPE. Data required for event generation will be sent to k2_web (no need to read files from FIS again).
    a. Endpoint will be exposed in k2web (proposed name: api/i1/driver_performance_events/hubble/
5. K2web Internal API performs following:
    a. create DPE metadata
    b. Request video using MQTT from DPE model
6. When the MQTT job is successful:
    a. Video is uploaded to s3 bucket